**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| SHARONN E. THOMAS,<br>            Debtor | : |
| | : Bankruptcy No. 18-17430-elf |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

    PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), the undersigned attorney for Martin Brown and Brown and Thomas, LLC  request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
Ph: 267-242-3943
cord@claytonlit.com

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorney be added to the master mailing list and the ECF/PACER electronic notice list for the above-referenced case.

                                                                         Respectfully Submitted,

                                                                        */s/ E. McCord Clayton*

                                                          _____
                                                          E. McCord Clayton, Esq.

Dated: November 21, 2018