# United States Bankruptcy Court

### Eastern District of Pennsylvania

In re:    **SHARONN E. THOMAS**

        Debtor

Case No.:    **18-17430-ELF**

Chapter:    **13**

Address:    **856 North 29th Street, Philadelphia, P.A 19130**

Employer's Tax Identification (EIN) No(s).:

Last four digits of Social Security No(s). :    **xxx-xx-6366**

## MOTION TO EXTEND TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER FORMS

The Debtor, through her undersigned Attorney, moves the Court a follows:

1) On November 08, 2018 the Debtor filed an emergency voluntary Chapter 13 petition in the Eastern District of Pennsylvania.

2) Case number 18-17430 was assigned to the Debtor..

3) The Chapter 13 schedules, payment advices, are due on November 22, 2018.

4) The Debtor will need an additional tthirty (30) to gather the needed information to finish preparing the required schedules and get them filed with th bankruptcy courts.

5) The Debtor requests that this court grant the extension of tthirty days (30), till December 22, 2018 to file the remaining schedules, statements, amendments, and Chapter 13 Plan.

Date    **11/25/2018**

Signature    /s/ Joshua L. Thomas

Name    **Joshua L. Thomas, Esquire #312476 P.A.**

        225 Wilmington West Chester Pike, Ste. 200

Address    Chadds Ford, P.A.19317