UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Sharonn E. Thomas
Bankruptcy No. 18-17430
Adversary No.
Chapter        13

Date:   November 26, 2018

To:   Joshua Louis Thomas
PO Box  415
Pocopson, Pa   19366

## NOTICE OF INACCURATE FILING

Re:  Motion to Extend time to file schedules

The above pleading was filed in this office on **November 25, 2018.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document  not legible
- ( )    Notice of Motion/Objection
- ( )    Electronic Signature missing
- **(X)**    Proposed Order

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Jeanette Gilmore**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04