IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONN E. THOMAS,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No: 18- 17430-ELF |

## ORDER FOR MOTION TO EXTEND DEADLINE

## TO FILE MISSING SCHEDULES, AMENDMENTS AND CHAPTER 13 PLAN

AND NOW, this _____ day of _____, 2018, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby ORDERED that:

1. Debtor's motion for extension of time is **GRANTED** and
2. Debtor's extension of an additional _____ days, until _____ to properly file all the required filings is **GRANTED.**

BY THE COURT:

_____
Judge