**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-17430-elf** |
| | **CHAPTER 13** |
| **Sharonn E. Thomas,** | |
|   Debtor. | |
| _____/ | |

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                              RAS Citron, LLC
                              Authorized Agent for Secured Creditor
                              130 Clinton Road, Suite 202
                              Fairfield, NJ 07004
                              Telephone: 973-575-0707
                              Facsimile: 973-404-8886
                              By: /s/Kevin Buttery
                              Kevin Buttery, Esquire
                              Email: kbuttery@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 01, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSHUA L. THOMAS & ASSOCIATES
PO BOX 415
POCOPSON, PA  19366

SHARONN E. THOMAS
856 NORTH 29TH ST.
PHILADELPHIA, PA  19130

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA  19105

U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

        RAS Citron, LLC
        Authorized Agent for Secured Creditor
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707
        Facsimile: 973-404-8886
        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        Email: kbuttery@rascrane.com