IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARONN E. THOMAS,<br><br>Debtor | Chapter 13<br><br>Bankruptcy No: 18- 17430-ELF |

## ORDER

AND NOW, this **30th day of November 2018**, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby **ORDERED** that:

1. Debtor's motion for extension of time is **GRANTED IN PART**.

2. Debtor is granted an extension to **December 7, 2018** to properly file all the documents required by the rules of court.

3. No further extensions shall be granted.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

BY THE COURT:

_____
Judge