United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17430-elf
Sharonn E. Thomas                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 03, 2018
                              Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2018.
db             +Sharonn E. Thomas,    856 North 29th St.,   Philadelphia, PA 19130-1144
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr             +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
                Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr             +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 04 2018 03:14:21    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2018 03:14:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 04 2018 03:14:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Dec 04 2018 03:14:21    City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARONN E. THOMAS,

     Debtor

Chapter 13

Bankruptcy No: 18- 17430-ELF

## **ORDER**

AND NOW, this **30th  day of  November 2018**, upon consideration of the attached Motion and after notice having been given to all interested parties, it is hereby **ORDERED** that:

1.    Debtor's motion for extension of time is **GRANTED** IN **PART**.

2.    Debtor is granted an extension to **December 7, 2018** to properly file all the documents required by the rules of court.

3.    No further extensions shall be granted.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

BY THE COURT:

_____
Judge