IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17430-elf |
| Sharonn E. Thomas | : Chapter 13 |
|         Debtor | : |
| | : |
| U.S. Bank, National Association, as Trustee | : |
| for the Structured Asset Investment Loan Trust | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2005-8 c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
|     vs. | : |
| | : |
| Sharonn E. Thomas | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

     Movant, U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Sharonn E. Thomas ("Debtor"), as follows:

     1.    As of the bankruptcy filing date of November 8, 2018, Movant holds a secured Claim against the Debtor's property located at 2832 N Bambrey St, Philadelphia, PA 19132.

     2.    Movant is in the process of filing a Proof of Claim by the bar date.

     3.    The proposed Plan indicates the Debtor is attempting to obtain a Loan Modification. Movant is not opposed to Debtor completing the required paperwork and submitting financials for review for a Loan Modification, however, Movant should be paid its arrearages through the Plan at this time, if and until a loan modification placing all arrears into such a loan modification is approved.

     4.    The proposed Plan also does not list a deadline for the Loan Modification to be completed by. A deadline is needed especially considering the fact that Debtor has not submitted the required paperwork to instigate the loss mitigation process.

     5.    The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

     6.    The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 12/18/2018

s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17430-elf |
| Sharonn E. Thomas | : Chapter 13 |
|         Debtor | : |
| | : |
| U.S. Bank, National Association, as Trustee | : |
| for the Structured Asset Investment Loan Trust | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2005-8 c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
|    vs. | : |
| | : |
| Sharonn E. Thomas | : |
|         Debtor/Respondent | : |
|    and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

    I, Danielle Boyle-Ebersole, Esquire, attorney for U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on **12/18/2018**:

Joshua Louis Thomas, Esquire  
Via ECF  
*Attorney for Debtors*

Sharonn E. Thomas  
856 North 29th St.  
Philadelphia, PA 19130  
Via First Class Mail  
*Debtors*

William C. Miller, Esquire  
Via ECF  
*Trustee*

Date: 12/18/2018

                                                    Respectfully Submitted,  
                                                    <u>s/Danielle Boyle-Ebersole, Esquire</u>  
                                                      Danielle Boyle-Ebersole, Esquire  
                                                      Attorney I.D. # 81747  
                                                      Hladik, Onorato & Federman, LLP  
                                                      298 Wissahickon Avenue  
                                                      North Wales, PA 19454  
                                                      Phone 215-855-9521/Fax 215-855-9121  
                                                      debersole@hoflawgroup.com