**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> Sharonn E. Thomas, <br>           Debtor. <br><br> The Bank Of New York Mellon F/K/A The Bank Of New York As Trustee For First Horizon Alternative Mortgage Securities Trust 2006-Fa2 <br>           Objecting Party <br>    v. <br> Sharonn E. Thomas and William C. Miller, Esq. <br>           Respondents. | Bankruptcy 18-17430-elf <br><br> Chapter 13 <br><br> Related to Doc. No. 30 |

## **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

The Bank Of New York Mellon F/K/A the Bank Of New York As Trustee for First Horizon Alternative Mortgage Securities Trust 2006-Fa2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #30), and states as follows:

1. Debtor, Sharonn E. Thomas ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 8, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 4712 Penn Street, Philadelphia, PA 19124, by virtue of a Mortgage recorded on March 15, 2006 in Document Number 51399489 of the Public Records of Philadelphia County, PA. Said Mortgage secures a Note in the amount of $60,151.00.

3. The Debtor filed a Chapter 13 Plan on December 10, 2018.

4. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

5. The Plan does not appear feasible due to the lack of treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Harold Kaplan
Harold Kaplan, Esquire
Pennsylvania Bar Number HK-0226
Email: hkaplan@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSHUA LOUIS THOMAS
JOSHUA L. THOMAS & ASSOCIATES
PO BOX 415
POCOPSON, PA 19366

SHARONN E. THOMAS
856 NORTH 29TH ST.
PHILADELPHIA, PA 19130

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/Harold Kaplan
        Harold Kaplan, Esquire
        Pennsylvania Bar Number HK-0226
        Email: hkaplan@rasnj.com