**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| SHARONN E. THOMAS, | : |
| | : |
| Debtor | : |
| | : Bky. No. 18-17430 ELF |

## ORDER

**AND NOW** upon consideration of the *Motion Under § 1307(c) To Convert This Case To Chapter 7 (Or, Alternatively, Dismiss It With A Filing Injunction)* ("the Motion") filed by Martin Brown and Brown & Thomas LLC (collectively, "Brown") and the response thereto, and after notice and hearing, and for the reasons stated in court,[1]

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and

2. This case is hereby converted from chapter 13 to chapter 7.

3. The United States Trustee shall appoint a chapter 7 trustee in this case.

_____
 Eric L. Frank
 U.S. Bankruptcy Judge

**Dated:  January 22, 2019**

---

[1]     At the conclusion of the hearing on the Motion, I ruled from the bench in a bench opinion. In entering this order, I am modifying that oral opinion.

In concluding that there was cause for dismissal, I relied, in part in the oral opinion, on Brown's contention that the filing this chapter 13 case violated 11 U.S.C. §109(g)(2). I am withdrawing that portion of the bench opinion. In other words, I do not reach the §109(g)(2) issue. The remaining reasons articulated in the bench opinion for conversion of the case from chapter 13 and chapter 7 are unaffected and provide ample grounds for this conversion order.