**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **Chapter 7** |
| | **:** | |
| **SHARONN E. THOMAS,** | **:** | |
| | **:** | |
| **Debtor** | **:** | |
| | **:** | **Bky. No. 18-17430 ELF** |

---

# <u>O R D E R</u>

**AND NOW WHEREAS:**

A.  On **December 6, 2018**, Martin Brown and Brown and Thomas, LLC (collectively, "Brown") filed a Motion to Annul the Automatic Stay ("the Motion") (Doc. # 21), to which the Debtor responded (<u>see</u> Doc. # 47).

B.  A hearing on the Motion was held and concluded on **January 8, 2019**.

C.  On **January 23, 2019**, this case was converted from chapter 13 to chapter 7.


It is therefore **ORDERED** that, once appointed, the chapter 7 trustee may file a statement of position with respect to the relief requested by Brown in the Motion.  The statement of position shall be filed **on or before February 8, 2019**.


**Dated:  January 23, 2019**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**