```
                               United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                  Case No. 18-17430-elf
Sharonn E. Thomas                                                       Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0313-2           User: JEGilmore              Page 1 of 3                   Date Rcvd: Jan 23, 2019
                               Form ID: 210U               Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr             +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
                 Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr             +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
14227420       +Account Resolution Services,    1643 North Harrison Pkwy,    Bldg. H, Ste. 100,
                 Fort LauderdaleFL 33323-2857
14227515       +Andria Norton,    3508 N 23rd St.,    Philadelphia, PA 19140-3850
14227421       +Asset Maximization Group Inc.,    Po Box 190191,    South Richmond Hill NY 11419-0191
14227422      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Po Box 982238,    El Paso,TX 7998)
14227516       +Barbara Hines,    504 N 57th St, 2nd Floor,    Philadelphia, PA 19131-4804
14227496        Brown and Thomas,    2105 Voorhees Town Center,    Voorhees, NJ 08043
14227517       +Calvin Terrell,    6101 W Oxford St 1st Floor,    Philadelphia, PA 19151-4541
14227423       +Cavalry SPV I, LLC.,    Schachter Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
14227518       +Charmaine Carter,    3330 Sergeant St,    Philadelphia, PA 19132-2834
14227424       +Chase,    Pob 24696,    Columbus, OH 43224-0696
14227425       +Chase Auto Finance,    Po Box 901003,    Fort Worth, TX 76101-2003
14227426       +Citmortgage Inc.,    Po Box 6243,    Sioux Falls, SD 57117-6243
14227427        City of Philadelphia,    1401 JKF Blvd, Concourse Level,    Dept. of Revenue- Water Revenue,
                 Philadelphia, PA 19102
14227519       +Debra Norton,    3508 N 23rd St. 1st Floor,    Philadelphia, PA 19140-3847
14240914       +Ditech Financial LLC,    c/o Kevin Buttery, Esquire,    RAS Citron, LLC,
                 130 Clinton Road, Suire 202,    Fairfield, NJ 07004-2927
14227430       +Ditech Financial Services,    5401 N. Pima Rd. Ste. 150,    Scottsdale, AZ 85250-2630
14227431       +E.McCord Clayton,    Clayton Commerical Litigation,    2 Penn Center,    1500 JKF Blvd. Ste. 920,
                 Philadelphia, PA 19102
14227520       +Earl Hill and Brenda Royal,    3060 Bonsall St,    Philadelphia, PA 19132-1402
14253194        Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14227433       +Financial Recoveries,    200 E. Park Dr. Ste. 100,    Po Box 1388,    Mount Laurel, NJ 08054-7388
14227434        First Tennessee Bank,    Po Box 1469,    Knoxville, TN 37901-1469
14258166       +First Tennessee Bank National Assoc.,    c/o Law Office of Gregory Javardian, LLC,
                 1310 Industrial Boulevard, Suite 101,    Southampton, PA 18966-4030
14250620       +First Tennessee Bank National Association,    c/o Mary F. Kennedy, Esquire,
                 1310 Industrial Boulevard,    1st Floor, Suite 101,    Southampton, PA 18966-4030
14227498        HSBC BANK USA,    C/O Ocwen Loan,    Attn: Bankruptcy Dept.,    Po Box 24605,
                 West Palm Beach, FL 33416-4605
14227435       #HSBC Bank,    Po Box 9068,    Brandon, FL 33509-9068
14250212        HSBC Bank USA, N.A., As Indenture et al,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL, 33416-4605
14243056        JP Morgan Chase Bank,,    National Association,    c/o Thomas Song Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,    1617 JKF Boulevard, Suite 1400,
                 Philadelphia, pA   19103
14227500       +JPMorgan Chase,    Attn Correspondence,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
14258551        JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14227521       +Jim McGarvey,    5621 Walton St 19143,    Philadelphia, PA 19143-2425
14227522       +Linda Thomas,    5728 Hoffman St,    Philadelphia, PA 19143-3923
14227523       +Loretta Hughes,    2045 W Oxford St 2nd Floor,    Philadelphia, PA 19121-4001
14227501       +Mario J Hanyn Esq.,    1617 JFK Blvd. Ste 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
14235415       +Martin Brown and Brown and Thomas, LLC,    c/o E. McCord Clayton, Esquire,    Two Penn Center,
                 1500 JFK Boulevard, Suite 920,    Philadelphia, Pa 19102-1742
14227525       +Mary Clark,    2924 Ringgold St,    Philadelphia, PA 19132-1907
14227502       +Matteo S. Weiner,    KML Law Group,    701 Market Street Ste. 5000,    Philadelphia, PA 19106-1541
14227526       +Monique Trottle,    2607 N 24th St,    Philadelphia, PA 19132-3613
14227503        NationStar Mortgage,    Attn: Bankruptcy,    Po Box 619094,    Dallas, TX 75261-9094
14227438        NationStar Mortgage,    8950 Cypress Waters Blvd.,    Irving, TX 75063
14227527       +Norman Scott,    6106 W. Oxford St. 2nd Floor,    Philadelphia, PA 19151-4540
14227441       +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
14260181       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14227528       +Patricia Trottie,    3508 N 23rd St. 2nd Floor,    Philadelphia, PA 19140-3847
14227504       +Peter Meltzer,    2000 Market Street,    13th Floor,    Philadelphia, PA 19103-3204
14227506        Philadelphia,    900 Market St. Ste. 400,    Philadelphia, PA 19107-4233
14227529       +Quintisha Pace,    1720 Taney St,    Philadelphia, PA 19121-2821
14227444       +RUSHMORE LOAN MANAGEMENT,    PO BOX 55004,    Irvine, CA 92619-5004
14227508       +Rebecca A. Solarz,    KML Law Group PC,    701 Market Street, Ste. 5000,
                 Philadelphia, PA 19106-1541
14227443       +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
14227530       +Robert Sanders,    504 N 57th St First floor,    Philadelphia, PA 19131-4804
14227509       +Rushmore Loan Management,    15480 Laguna Canyon Rd.,    Irvine, CA 92618-2132
14227531       +Sam Polk,    3508 N 23rd 3rd floor,    Philadelphia, PA 19140-3847
```

```
District/off: 0313-2           User: JEGilmore             Page 2 of 3                  Date Rcvd: Jan 23, 2019
                               Form ID: 210U              Total Noticed: 90


14227510       +Select Portfolio Services,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14233803       +Select Portfolio Servicing,    servicer for U.S. Bank National Associat,
                 c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14227511        Shapiro and Fishman,    3600 Horizon Drive,    Ste. 150,    King of Prussia, PA 19406-4702
14252355       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14252626        THE BANK OF NEW YORK MELLON F/K/A THE,    BANK OF NEW YORK AS TRUSTEE FOR FIRST,
                 HORIZON ALTERNATIVE MORTGAGE SECURITIES,    TRUST 2006-FA2,    PO Box 619096, Dallas TX 75261
14227446        The Bank of New York Mellon,    Robertson, Anschutz,    6409 Congress Ave. Ste. 100,
                 Boca Raton, FL 33487-2853
14227512        The Bank of New York Mellon,    Attn: Bankruptcy Dept.,    Po Box 619094,    Dallas, TX 75261-9094
14227475        The Galman Law Group,    2 Penn Center Plaza Ste. 1120,    Philadelphia, PA 19102
14227476        US Bank National Assoc.,    Po Box 65250,    Salt Lake City, UT 84165-0250
14245464        WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al.,     OCWEN LOAN SERVICING, LLC,
                 Attention: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14227477       +Wells Fargo,    Po Box 10335,    Des Moines, IA 50306-0335
14227513       #+Wells Fargo,    E2578-021 Po Box 3599,    Rancho Cucamonga, CA 91729-3599
14227514        Wells Fargo Bank,    N9286 O1Y,    1000 Blue Gentian Rd.,    Eagan, MN 55121-7700
14227478       +Wells Fargo Financial,    CSCL DSP TM MAC N8235-04M,    Po Box 14517,    Des Moines, IA 50306-3517
14227479        Wilmington Trust National Associates,    Fay Servicing LLC.,    3000 Kellyway Drive, Ste. 150,
                 Carrollton, TX 75006-3357
14233800        Wilmington Trust, National Association,    trustee for MFRA,    c/o Karina Velter, Esquire,
                 PO Box 165028,    Columbus, OH   43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 24 2019 02:39:10      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2019 02:38:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2019 02:39:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jan 24 2019 02:39:10      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
14240987        E-mail/Text: megan.harper@phila.gov Jan 24 2019 02:39:10
                 City of Philadelphia, Water Revenue Bureau,    c/o Pamela Elchert Thurmond,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1595
14234127       +E-mail/Text: megan.harper@phila.gov Jan 24 2019 02:39:10
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14228665       +E-mail/Text: bankruptcy@cavps.com Jan 24 2019 02:38:59      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14227428       +E-mail/Text: info@dalinfinancial.com Jan 24 2019 02:39:17      Dalin Funding,
                 1801 North America Street #2a,    Philadelphia, PA 19122-2330
14227497       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2019 02:38:41      Dietch Financial,    Po Box 6154,
                 Rapid City, SD 57709-6154
14259533        E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2019 02:38:41      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City SD 57709-6154
14227437       +E-mail/Text: bknotices@mbandw.com Jan 24 2019 02:38:59      McCarthy Burgess and Wol,
                 26000 Cannon Road,    Bedford, OH 44146-1807
14227439       +Fax: 407-737-5634 Jan 24 2019 05:37:27      Ocwen Loan Servicing,    1661 Worthington Rd.,
                 Ste 100,    West Palm Beach, FL 33409-6493
14227442        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 02:50:41
                 Portfolio Recovery,    120 Corporate Blvd., Ste 1,    Norfolk, VA 23502
14227507        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 02:50:33
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541-1067
14260022        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 02:50:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14227440        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2019 02:38:52      Pennsylvania Dept. Of Revenue,
                 Bankruptcy Dept.,    Po Box 2809646,    Harrisburg, PA 17128-0946
14227445       +E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 02:39:20      Select Portfolio Services,
                 3217 Decker Lake Drive,    Salt Lake City, UT 84119-3284
14255817        E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 02:39:20
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14227524*      +Loretta Hughes,    2045 W Oxford St 2nd Floor,    Philadelphia, PA 19121-4001
14252644*       THE BANK OF NEW YORK MELLON F/K/A THE,    BANK OF NEW YORK AS TRUSTEE FOR FIRST,
                 HORIZON ALTERNATIVE MORTGAGE,    SECURITIES TRUST 2006-FA2,    PO Box 619096, Dallas TX 75261
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: JEGilmore             Page 3 of 3              Date Rcvd: Jan 23, 2019
                               Form ID: 210U               Total Noticed: 90
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:

```
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA  VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
           paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
           mary@javardianlaw.com,  tami@javardianlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sharonn E. Thomas                                               Case No: 18−17430−elf

　　　Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 1/23/19

For The Court

Timothy B. McGrath
Clerk of Court