**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17430-elf |
| Sharonn E. Thomas | : Chapter 7 |
|     Debtor | : |
| | : |
| U.S. Bank, National Association, as Trustee | : |
| for the Structured Asset Investment Loan Trust | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2005-8 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|   vs. | : |
| | : |
| Sharonn E. Thomas | : |
|     Debtor/Respondent | : |
|   and | : |
| Terry P. Dershaw, Esquire | : |
|     Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION FOR RELIEF FROM STAY**

    I, Danielle Boyle-Ebersole, counsel for U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: March 5, 2019

    /s/Danielle Boyle-Ebersole, Esquire
    Danielle Boyle-Ebersole, Esquire
    Hladik, Onorato & Federman, LLP
    Attorney I.D. # 81747
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521
    Fax: 215-855-9121
    Email: debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17430-elf |
| Sharonn E. Thomas | : Chapter 7 |
| Debtor | : |
| | : |
| U.S. Bank, National Association, as Trustee | : |
| for the Structured Asset Investment Loan Trust | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2005-8 c/o Select Portfolio Servicing, Inc. | : |
| Movant | : |
| vs. | : |
| | : |
| Sharonn E. Thomas | : |
| Debtor/Respondent | : |
| and | : |
| Terry P. Dershaw, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on March 5, 2019.

The types of service made on the parties were: Electronic Notification and/ or First-Class Mail, as noted below:

Joshua Louis Thomas, Esquire  
Via ECF  
*Attorney for Debtor*

Sharonn E. Thomas  
856 North 29th St.  
Philadelphia, PA 19130  
Via First Class Mail  
*Debtor*

Terry P. Dershaw, Esquire  
Via ECF  
*Trustee*

Dated: 03/05/219

/s/Danielle Boyle-Ebersole, Esquire  
Danielle Boyle-Ebersole, Esquire  
Hladik, Onorato & Federman, LLP  
Attorney I.D. # 81747  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521  
Fax 215-855-9121  
debersole@hoflawgroup.com