## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-17430-elf |
| Sharonn E. Thomas | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank, National Association, as Trustee | : |
| for the Structured Asset Investment Loan Trust | : |
| Mortgage Pass-Through Certificates, Series | : |
| 2005-8 c/o Select Portfolio Servicing, Inc. | : |
|     Movant | : |
|     vs. | : |
| | : |
| Sharonn E. Thomas | : |
|     Debtor/Respondent | : |
|     and | : |
| Terry P. Dershaw, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

AND NOW, this 6th day of March, 2019, upon the Motion of Movant, U.S. Bank, National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc., it is hereby:

**ORDERED** THAT: the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 2832 N Bambrey Street, Philadelphia, PA 19132 to permit the Movant to exercise its *in rem* remedies with respect to the property available under applicable nonbankruptcy law.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**