**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Convert Case to Chapter 11 (Doc. # 66) ("the Motion"), the responses thereto, and after a hearing, and for the reasons stated in the accompanying Bench Opinion (which will be docketed as a digital audio file no later than the next business day after the entry of this order), it is hereby **ORDERED** that the Motion is **DENIED**.

Date: March 12, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**