UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     SHARONN E. THOMAS,     :     Chapter 7
:
Debtor     :
:
:     Bky. No. 18-17430 ELF

## APPENDIX to BENCH OPINION : LIQUIDATION TEST TABLE

| Address | Scheduled FMV | Secured Claims | Equity | Net Proceeds (15% transaction costs) |
|---|---|---|---|---|
| 3508 N. 23rd St | 112,518 | 25,330 | 87,188 | 74,109 |
| 1633 N. 26th St | 41,977<br><br>City 101,893 | 14,213 | 27,664 | 23,599 |
| 856 N. 29th St | 542,397<br><br>City 551,719 | | 152,549 | 129,667 |
| 504 N. 57th St | 70,915 | 18,447 | 52,468 | 44,597 |
| 2835 N Bonsall St | 34,051<br><br>City 41,500 | 4,814 | 29,237 | 24,851 |
| 5604 Crowson St | 25,000<br><br>City 57,040 | 5,158 | 19,842 | 16,865 |
| *49 Graypebble Circle* | *254,872* | 138,519 | 116,353 | 98,900 |
| 6106 W Oxford St | 171,000<br><br>City 165,000 | 17,257 | 153,743 | 130,681 |
| 1720 N. Taney St | 19,590<br><br>City 105,872 | 2,028 | 17,472 | 14,851 |
| | | | | 558,120 |
| | | | Dalin Funding judgment | (98,360) |
| | | | | **459,760** |

-1-

**Date: March 12, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**