UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      SHARONN E. THOMAS,           :      Chapter 7
                                         :
                    Debtor               :
                                         :
                                         :      Bky. No. 18-17430 ELF

# O R D E R

    **AND NOW WHEREAS:**

A. On July 6, 2017, the Debtor Sharonn E. Thomas, a/k/a Sharonn Thomas-Pope ("the Debtor") filed a chapter 13 bankruptcy petition in this court ("the First Case")

B. Joshua Louis Thomas ("Mr. Thomas") represented the Debtor in the First Case.

C. The Debtor requested voluntary dismissal the First Case, a request that was granted on June 12, 2018.

D. The Debtor filed the above-captioned bankruptcy case ("the Present Case"), as a chapter 13 case on November 18, 2018.

E. On motion of a creditor, opposed by the Debtor, the Present Case was converted to chapter 7 by order dated January 22, 2019.

                      \*      \*      \*      \*      \*      \*

F. In the First Case, the Debtor filed bankruptcy schedules and a statement of financial affairs.

G. During the course of the First Case, numerous creditors filed proofs of claim containing information that was inconsistent with the Debtor's schedules.

H.  Based on those proofs of claim, there appears to be a substantial likelihood that that several properties (real property) owned by the Debtor and several secured creditors were omitted from the bankruptcy schedules filed in the First Case.

I.  In the Present Case, the Debtor filed bankruptcy schedules that were virtually identical to the schedules filed in the First Case, it appearing that the Debtor simply filed the same disclosures filed in the First Case.

J.  Based on the foregoing, it appears probable that, in submitting the Debtor's schedules to the court in the Present Case, Mr. Thomas violated Fed. R. Bankr. P. 9011(b)(3).

It is therefore **ORDERED** that:

1. Pursuant to Fed. R. Bankr. P. 9011(c)(1)(B), a hearing is **SCHEDULED** on **April 15, 2019, at 10:00 a.m.,** **in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA**, at which time Mr. Thomas shall **SHOW CAUSE** why he should not be **SANCTIONED** for violating Fed. R. Bankr. P. 9011(b)(3).

2. The U.S. Trustee is invited to attend and participate at the hearing.

**Date: March 12, 2019**

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

cc:   Dave P. Adams
      Office of the United States Trustee
      833 Chestnut Street - Suite 500
      Philadelphia, PA 19107