# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-17430** |
| **Sharonn E. Thomas** | : | **Chapter 7** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wilmington Trust, National Association,** | : | Date and Time of Hearing |
| **not in its individual capacity, but solely** | : | Place of Hearing |
| **as trustee for MFRA Trust 2015-1** | : | March 13, 2019 at 10:00 a.m. |
| **Movant,** | : | |
| vs | : | _____ |
| | : | |
| **Sharonn E. Thomas** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **Terry P. Dershaw** | | **Philadelphia, PA, 19107** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this __13th__ day of __March__, 20__19__, upon consideration of the Motion for Relief from the Automatic Stay filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), and after a hearing, and for the reasons stated in court it is hereby **ORDERED,** that the Motion is **GRANTED IN PART** and that the automatic stay is terminated as it affects the interest of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 in and to the Real Property of Debtor located at 2045 W Oxford St, Philadelphia, PA 19121-4001 and more particularly described in the Mortgage, recorded June 26, 2007, at Instrument Number 51721055.

~~IT IS **FURTHER ORDERED** that the Estate's interest in the Property referred to in the Motion is hereby **ABANDONED** to the Movant, and the Movant may proceed with the sale or other disposition of the Property.~~

~~Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362~~.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**