United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17430-elf
Sharonn E. Thomas                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore          Page 1 of 2           Date Rcvd: Mar 13, 2019
                            Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr         +Martin Brown,    c/o E. McCord Clayton, Esquire,     Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Mar 14 2019 02:40:43      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2019 02:40:31
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2019 02:40:38      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov Mar 14 2019 02:40:43      City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    jzhang@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA  VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
           paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
           mary@javardianlaw.com, tami@javardianlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Mar 13, 2019
                              Form ID: pdf900            Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                          TOTAL: 18

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHARONN E. THOMAS,    :    Chapter 7
                                :
          Debtor                :
                                :
                                :    Bky. No. 18-17430 ELF

## O R D E R

**AND NOW WHEREAS:**

A. On July 6, 2017, the Debtor Sharonn E. Thomas, a/k/a Sharonn Thomas-Pope ("the Debtor") filed a chapter 13 bankruptcy petition in this court ("the First Case")

B. Joshua Louis Thomas ("Mr. Thomas") represented the Debtor in the First Case.

C. The Debtor requested voluntary dismissal the First Case, a request that was granted on June 12, 2018.

D. The Debtor filed the above-captioned bankruptcy case ("the Present Case"), as a chapter 13 case on November 18, 2018.

E. On motion of a creditor, opposed by the Debtor, the Present Case was converted to chapter 7 by order dated January 22, 2019.

\*    \*    \*    \*    \*    \*

F. In the First Case, the Debtor filed bankruptcy schedules and a statement of financial affairs.

G. During the course of the First Case, numerous creditors filed proofs of claim containing information that was inconsistent with the Debtor's schedules.

H.  Based on those proofs of claim, there appears to be a substantial likelihood that that several properties (real property) owned by the Debtor and several secured creditors were omitted from the bankruptcy schedules filed in the First Case.

I.  In the Present Case, the Debtor filed bankruptcy schedules that were virtually identical to the schedules filed in the First Case, it appearing that the Debtor simply filed the same disclosures filed in the First Case.

J.  Based on the foregoing, it appears probable that, in submitting the Debtor's schedules to the court in the Present Case, Mr. Thomas violated Fed. R. Bankr. P. 9011(b)(3).

It is therefore **ORDERED** that:

1.  Pursuant to Fed. R. Bankr. P. 9011(c)(1)(B), a hearing is **SCHEDULED** on **April 15, 2019, at 10:00 a.m.,** in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA, at which time Mr. Thomas shall **SHOW CAUSE** why he should not be **SANCTIONED** for violating Fed. R. Bankr. P. 9011(b)(3).

2.  The U.S. Trustee is invited to attend and participate at the hearing.

Date: March 12, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Dave P. Adams
      Office of the United States Trustee
      833 Chestnut Street - Suite 500
      Philadelphia, PA 19107

-2-