United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17430-elf
Sharonn E. Thomas                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900            Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
```
db             +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr             +Martin Brown,   c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
                 Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr             +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:33      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
```
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    jzhang@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA  VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
```

```
District/off: 0313-2         User: JEGilmore            Page 2 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: pdf900            Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      SHARONN E. THOMAS,      :      Chapter 7
                                    :
            Debtor                  :
                                    :
                                    :      Bky. No. 18-17430 ELF

## APPENDIX to BENCH OPINION : LIQUIDATION TEST TABLE

| Address | Scheduled FMV | Secured Claims | Equity | Net Proceeds (15% transaction costs) |
|---|---|---|---|---|
| 3508 N. 23rd St | 112,518 | 25,330 | 87,188 | 74,109 |
| 1633 N. 26th St | 41,977<br><br>City 101,893 | 14,213 | 27,664 | 23,599 |
| 856 N. 29th St | 542,397<br><br>City 551,719 |  | 152,549 | 129,667 |
| 504 N. 57th St | 70,915 | 18,447 | 52,468 | 44,597 |
| 2835 N Bonsall St | 34,051<br><br>City 41,500 | 4,814 | 29,237 | 24,851 |
| 5604 Crowson St | 25,000<br><br>City 57,040 | 5,158 | 19,842 | 16,865 |
| *49 Graypebble Circle* | *254,872* | 138,519 | 116,353 | 98,900 |
| 6106 W Oxford St | 171,000<br><br>City 165,000 | 17,257 | 153,743 | 130,681 |
| 1720 N. Taney St | 19,590<br><br>City 105,872 | 2,028 | 17,472 | 14,851 |
|  |  |  |  | 558,120 |
|  |  |  | Dalin Funding judgment | (98,360) |
|  |  |  |  | **459,760** |

**Date: March 12, 2019**  _____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**