United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-17430-elf
Sharonn E. Thomas                                                           Chapter 7
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: Mar 14, 2019
                             Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db            +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr            +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
               Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr            +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 15 2019 03:31:25
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 15 2019 03:32:15     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Mar 15 2019 03:32:26     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                         TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   jzhang@hoflawgroup.com
              E. McCord CLAYTON   on behalf of Creditor Martin  Brown cord@claytonlit.com
              HAROLD N. KAPLAN   on behalf of Creditor   The Bank of New York Mellon et als hkaplan@rasnj.com
              JOSHUA LOUIS THOMAS   on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER   on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD   on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY   on behalf of Creditor   The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY   on behalf of Creditor   DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON   on behalf of Creditor   HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY   on behalf of Creditor   First Tennessee Bank National Association
               mary@javardianlaw.com,  tami@javardianlaw.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

```
District/off: 0313-2        User: JEGilmore           Page 2 of 2            Date Rcvd: Mar 14, 2019
                           Form ID: pdf900            Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                          TOTAL: 18

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-17430** |
| **Sharonn E. Thomas** | : | **Chapter 7** |
| | : | **Judge Eric L. Frank** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | **March 13, 2019 at 10:00 a.m.** |
| Movant, | : | |
| | : | _____ |
| vs | : | |
| | : | |
| **Sharonn E. Thomas** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #1** |
| **Terry P. Dershaw** | | **Philadelphia, PA, 19107** |
| Respondents. | | |

### ORDER OF COURT

AND NOW, this ___13th___ day of ___March___, 20__19__, upon consideration of the Motion for Relief from the Automatic Stay filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), and after a hearing, and for the reasons stated in courtit is hereby **ORDERED**, that the Motion is **GRANTED IN PART** and that the automatic stay is terminated as it affects the interest of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 in and to the Real Property of Debtor located at 2045 W Oxford St, Philadelphia, PA 19121-4001 and more particularly described in the Mortgage, recorded June 26, 2007, at Instrument Number 51721055.

~~IT IS **FURTHER ORDERED** that the Estate's interest in the Property referred to in the Motion is hereby **ABANDONED** to the Movant, and the Movant may proceed with the sale or other disposition of the Property.~~

~~Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362~~.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**