# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

# O R D E R

AND NOW, Debtor Sharonn E. Thomas ("the Movant") having filed a Motion for Relief from the Stay to Proceed with Appeal in New Jersey State Court Pursuant to 11 U.S.C. §362(d)(1)("the Motion") (Doc. # 92) on **March 18, 2019**;

AND, the Motion being governed by L.B.R 9014-3;

AND, pursuant to L.B.R 9014-3(c), (e) and (g), a movant being required to schedule the motion for a hearing pursuant to L.B.R 5070-1 and to provide notice of the motion to the parties specified in the rule;

AND, L.B.R. 5070-1 requiring a movant to consult the court's website to obtain a hearing date based on a list of motion categories and dates posted on the website;

AND, the Movant having prepared a notice of motion in which she self-scheduled a hearing without regard to the posted hearing dates for the undersigned judge;[1]

It is therefore **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the rules of court**.**

.

**Date: March 19, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Movant scheduled the hearing on **April 22, 2019**, a date nowhere stated on the hearing dates posted on the website.