

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

March 19, 2019

Re: Sharonn E. Thomas
Bankruptcy No.: 18-17430
Civil Action No.

19-1141

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of appeal from order entered March 13, 2019 dated March 12, 2019 by the Honorable Eric L. Frank.
Notice of appeal filing fee (X)paid ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered by the Honorable .
( ) Objections filed .

( ) Report and recommendation entered by the Honorable .

( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Jeanette Gilmore
Deputy Clerk

---

Received Above material or record tile this 19th day of March, 20 19.

Civil Action No. 19CV1141    Signature: Steve Toma

Miscellaneous No. _____    Date: 3/19/19

Assigned to Judge JONES

BFL5.frm(rev 11/8/17)

MAR 19 2019