```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                    Case No. 18-17430-elf
Sharonn E. Thomas                                         Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2      User: JEGilmore        Page 1 of 2        Date Rcvd: Mar 19, 2019
                          Form ID: pdf900        Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
db            +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr            +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr            +Martin Brown,   c/o E. McCord Clayton, Esquire,     Clayton Commercial Litigation LLC,
                Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr            +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Mar 20 2019 02:16:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2019 02:16:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2019 02:16:52     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Mar 20 2019 02:16:57     City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2019 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    jzhang@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2             Date Rcvd: Mar 19, 2019
                              Form ID: pdf900          Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 18

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHARONN E. THOMAS,    :    Chapter 7
                                :
         Debtor                 :
                                :
                                :    Bky. No. 18-17430 ELF

## O R D E R

**AND NOW,** Debtor Sharonn E. Thomas ("the Movant") having filed a Motion for Relief from the Stay to Proceed with Appeal in New Jersey State Court Pursuant to 11 U.S.C. §362(d)(1)("the Motion") (Doc. # 92) on **March 18, 2019**;

**AND**, the Motion being governed by L.B.R 9014-3;

**AND**, pursuant to L.B.R 9014-3(c), (e) and (g), a movant being required to schedule the motion for a hearing pursuant to L.B.R 5070-1 and to provide notice of the motion to the parties specified in the rule;

**AND**, L.B.R. 5070-1 requiring a movant to consult the court's website to obtain a hearing date based on a list of motion categories and dates posted on the website;

**AND**, the Movant having prepared a notice of motion in which she self-scheduled a hearing without regard to the posted hearing dates for the undersigned judge;[1]

It is therefore **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the rules of court**.**

.

Date: March 19, 2019    _____
                        ERIC L. FRANK
                        U.S. BANKRUPTCY JUDGE

---

[1] The Movant scheduled the hearing on **April 22, 2019**, a date nowhere stated on the hearing dates posted on the website.