# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

# O R D E R

AND NOW, it is hereby ORDERED that:

1. A status hearing is scheduled on **April 17, 2019**, **at 10:00 a.m., in Bankruptcy Courtroom No. 1, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

2. The Chapter 7 Trustee **SHALL ATTEND** the hearing.

Date: April 10, 2019

							**ERIC L. FRANK**
							**U.S. BANKRUPTCY JUDGE**