### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHARONN E. THOMAS,    :    Chapter 7
:
**Debtor**    :
:
:    Bky. No. 18-17430 ELF

## O R D E R

**AND NOW**, pursuant to the court's prior order dated **March 12, 2019**, the court having held and concluded a hearing on **April 15, 2019** to consider whether the Debtor's counsel, Joshua Louis Thomas ("Mr. Thomas"), should sanctioned for violating Fed. R. Bankr. P. 9011(b)(3);

**AND**, the U.S. Trustee having participated in the hearing;

**AND**, at the conclusion of the hearing, the court having advised the parties that the court was taking the matter under advisement and ordering the notes of testimony;

It is therefore **ORDERED** that **on or before** fourteen days after the notes of testimony are docketed, Mr. Thomas and the U.S. Trustee may file a memorandum in support of their respective positions in this contested matter.

Date: April 15, 2019    _____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE