UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                Telephone
Clerk                                                                                                              (215) 408-2800

April 16, 2019

Re:    Sharonn E. Thomas
       Bankruptcy No.:  18-17430
       Civil Action No.  19-1141

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered

.

Notice of appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
   () Objections filed .

() Report and recommendation entered  by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                            For the Court

                            Timothy B. McGrath
                            Clerk

                            By:_____Jeanette Gilmore_____
                            Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____.

Civil Action No. _____          Signature:_____

Miscellaneous No. _____           Date: _____

Assigned to Judge _____                                    BFL5.frm(rev 11/8/17)

EFCOA.ELC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re : | Chapter 7 |
| Sharonn E. Thomas : | |
| : | Bankruptcy No. 18-17430 |
| : | Adversary No. |
| : | Civil No. 19-1141 |

**CERTIFICATE OF APPEAL FROM ORDER OF THE HONORABLE ERIC L. FRANK
THE BANKRUPTCY JUDGE DATED  MARCH 12, 2019
ENTERED ON THE DOCKET MARCH 13, 2019**

I, Timothy B. McGrath, Clerk of the U.S. Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed March 18, 2019 and certify that the above proceeding was properly before the Honorable Eric L. Frank, Bankruptcy Judge.

For the Court

Timothy B. McGrath
Clerk

By: _Jeanette Gilmore

Deputy Clerk

**Counsel of Record**

Joshua L. Thomas, Esquire
225 Wilmington-West Chester Pike Suite 200
Chadds Ford, Pa   19317
Attorney for Appellant/Debtor Sharonn E. Thomas

Joshua Louis Thomas, Esquire
PO Box 415
Pocopson, PA   19366
Attorney for Appellant/Debtor Sharonn E. Thom

Terry P. Dershaw, Esquire
Dershaw Law Offices
P.O. Box 556
Warminster, Pa   18974-0632
Chapter 7 Trustee

U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street Suite 500
Philadelphia, Pa   19107

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, Pa   19105