UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

April 16, 2019

Re:  Sharonn E. Thomas
Bankruptcy No.: 18-17430
Civil Action No. 19-1141

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered

Notice of appeal filing fee (X)paid  ( )not paid

( ) Designation of Record on Appeal Filed
(X) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .
   ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .
   ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

   ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By:____Jeanette Gilmore____
Deputy Clerk

---

Received Above material or record tile this __17th__ day of __APRIL__, 20 __19__ .

Civil Action No. __19CV1141__   Signature: __Nicole Oluso__

Miscellaneous No. _____   Date: __04/17/2019__

Assigned to Judge __JONES__

BFL5.frm(rev 11/8/17)