United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                 Case No. 18-17430-elf
Sharonn E. Thomas                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 1              Date Rcvd: Apr 16, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db             +Sharonn E. Thomas,   856 North 29th St.,   Philadelphia, PA 19130-1144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              HAROLD N. KAPLAN    on behalf of Creditor   The Bank of New York Mellon et als hkaplan@rasnj.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA  VELTER    on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com,   tami@javardianlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     SHARONN E. THOMAS,     :     Chapter 7
: 
                Debtor     :
:
:     Bky. No. 18-17430 ELF

## O R D E R

**AND NOW**, pursuant to the court's prior order dated **March 12, 2019**, the court having held and concluded a hearing on **April 15, 2019** to consider whether the Debtor's counsel, Joshua Louis Thomas ("Mr. Thomas"), should sanctioned for violating Fed. R. Bankr. P. 9011(b)(3);

**AND**, the U.S. Trustee having participated in the hearing;

**AND**, at the conclusion of the hearing, the court having advised the parties that the court was taking the matter under advisement and ordering the notes of testimony;

It is therefore **ORDERED** that **on or before** fourteen days after the notes of testimony are docketed, Mr. Thomas and the U.S. Trustee may file a memorandum in support of their respective positions in this contested matter.

**Date: April 15, 2019**    _____
                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**