**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                              CASE NO.: 18-17430-elf
                                                                                     CHAPTER 7

**Sharonn E. Thomas,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTTS BRIDGE RD. STE. 170**
**DULUTH, GA 30097**

                                      RAS Crane LLC
                                      Authorized Agent for Secured Creditor
                                      10700 Abbotts Bridge Rd. Ste. 170
                                      Duluth, GA 30097
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425
                                      By: /s/Darrelyn Thomas
                                      Darrelyn Thomas, Esq.
                                      Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSHUA L. THOMAS & ASSOCIATES
JOSHUA LOUIS THOMAS
PO BOX 415
POCOPSON, PA 19366

TERRY P. DERSHAW
DERSHAW LAW OFFICES  P.O. BOX 556
WARMINSTER, PA 18974-0632

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET  SUITE 500
PHILADELPHIA, PA 19107

SHARONN E. THOMAS
856 NORTH 29TH ST.
PHILADELPHIA, PA 19130

                                                     RAS Crane LLC
                                                     Authorized Agent for Secured Creditor
                                                     10700 Abbotts Bridge Rd. Ste. 170
                                                     Duluth, GA 30097
                                                     Telephone: 470-321-7112
                                                     Facsimile: 404-393-1425
                                                     By: /s/Darrelyn Thomas
                                                     Darrelyn Thomas, Esq.
                                                     Email: dthomas@rascrane.com