**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **SHARONN E. THOMAS,** | ) | |
| | ) | |
| **Debtor.** | ) | **Case No. 18-17430-ELF** |
| | ) | |

**CERTIFICATE OF NO RESPONSE**

On April 17, 2019, Terry P. Dershaw, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee for Authority to Employ Gellert Scali Busenkell & Brown LLC as General Counsel (the "Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before April 24, 2019. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application of the Chapter 7 Trustee for Authority to Employ Gellert Scali Busenkell & Brown LLC as General Counsel be entered at the Court's earliest convenience.

Dated: April 25, 2019

GELLERT SCALI BUSENKELL & BROWN LLC

By:  */s/ Holly S. Miller*

Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: 215-238-0012
Facsimile: 215-238-0016
gseitz@gsbblaw.com
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*