# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| SHARONN E. THOMAS, | ) |
| | ) |
| Debtor. | ) Case No. 18-17430-ELF |
| | ) |

## O R D E R

AND NOW, upon consideration of the Application of Terry P. Dershaw, the Chapter 7 Trustee, to Appoint Gellert Scali Busenkell & Brown LLC as General Counsel, it is hereby

ORDERED AND DECREED that Gellert Scali Busenkell & Brown LLC is appointed as general counsel to the Chapter 7 Trustee. Compensation shall be allowed only after approval of an Application in procedural conformity with <u>In re: Busy Beaver Building Centers, Inc.</u>, 19 F.3d 33 (3d Cir. 1994).

Dated: 4/26/19

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE