# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SHARONN E. THOMAS

FILED APR 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

C.A. NO. 19-1141

BKY. NO. 18-17430

FILED APR 2 2 2019

## ORDER

AND NOW, this 22nd day of APRIL, 2019, upon consideration of the notice from the Bankruptcy Court (Doc. No. 2), it appearing to this Court that the Appellant in the above captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED** that this appeal is **DISMISSED**, and the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

ENT'D APR 23 2019

BY THE COURT

C. DARNELL JONES
United States District Judge