# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>Debtor | CHAPTER 7 |
| U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1<br>Movant<br>vs.<br>Sharonn E. Thomas<br>Debtor<br>Terry P. Dershaw<br>Trustee | NO. 18-17430 ELF<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 8th day of May, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the Automatic Stay under 11 U.S.C. Sections 362 is **MODIFIED** with respect to the subject premises located at 5621 Walton Avenue, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**