# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHARONN E. THOMAS<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 18-17430-ELF |

## CERTIFICATE OF NO RESPONSE

On April 17, 2019, Terry P. Dershaw, the Chapter 7 Trustee (the "Trustee") for the above-captioned debtor, filed The Motion to Compel Debtor to Amend Her Schedules, Appear at a Meeting of Creditors, Turnover Assets and Records, and Seeking An Extension of The Objection Deadlines (the "Motion"). On the same date, the Trustee filed a Notice of Motion. Responses to the Motion were due on or before May 8, 2019. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion to Compel Debtor to Amend Her Schedules, Appear at a Meeting of Creditors, Turnover Assets and Records, and Seeking An Extension of The Objection Deadlines be entered at the Court's earliest convenience.

Dated: May 9, 2019

GELLERT SCALI BUSENKELL & BROWN LLC

By: */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
Gary F. Seitz (PA ID #52865)
8 Penn Center
1628 John F. Kennedy Blvd
Philadelphia, PA 19103
Telephone: 215-238-0012
Facsimile: 215-238-0016
gseitz@gsbblaw.com

hsmiller@gsbblaw.com
*Counsel to the Chapter 7 Trustee*