# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHARONN E. THOMAS<br><br>Debtor | CHAPTER 7<br><br>CASE NO. 18-17430-ELF |

## AMENDED PROPOSED ORDER

Upon consideration of the Motion filed by Terry P. Dershaw, Chapter 7 Trustee, to compel Sharonn E. Thomas (the "Debtor") to cooperate in order that the Trustee may perform the duties required by him in the administration of the Debtor's estate and to extend the deadlines, it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby ordered that the motion is GRANTED, it is further

ORDERED that the Debtor shall amend her schedules to accurately reflect all of her real estate, leases, creditors and income no later than 5 business days from the date of this Order; it is further

ORDERED that the Debtor shall provide the following information and documents including the leases, rent rolls, agreements of sale for purchase or sale of any real estate, deeds, notes and mortgages, most current mortgage statements, proof of insurance, tax returns for 2015, 2016, 2017 and 2018, insurance policies, payment advices and bank statements, no later than 5 business days from the date of this Order, it is further

ORDERED that Debtor shall immediately turn over the possession and control to the Trustee of the Debtor's real property, except her residence, including all keys, security codes or security devices; it is further

ORDERED that the Debtor shall appear for a meeting of creditors on **June 11, 2019** at **1:30 PM** at the Office of the United States Trustee, **900 Market Street, Suite 304A, Philadelphia PA 19107**, it is further

ORDERED, that the time periods under Federal Rules of Bankruptcy Procedure, Rules 4004(a) and 4007(b), Bankruptcy Code §727(a)(8) or (a)(9) to object to discharge, Bankruptcy Code §523(c) to determine discharge ability of a debt and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended, for all parties in interest, including the Trustee, Creditors and the United States Trustee, to 60 days after the date on which the meeting of creditors is concluded by the Trustee.

BY THE COURT:

Dated: _____

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE