THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**SHARONN E. THOMAS**<br><br>**Debtor** | **CHAPTER 7**<br><br>**CASE NO. 18-17430-ELF** |

# O R D E R

Upon consideration of the Motion filed by Terry P. Dershaw, Chapter 7 Trustee, to compel Sharonn E. Thomas (the "Debtor") to cooperate in order that the Trustee may perform the duties required by him in the administration of the Debtor's estate and to extend the deadlines, it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby ordered that the motion is **GRANTED**, it is further

**ORDERED** that the Debtor shall amend her schedules to accurately reflect all of her real estate, leases, creditors and income ~~no later than 5 business days from the date of this Order~~ on or before May 31, 2019; it is further

**ORDERED** that ↓ the Debtor shall provide the following information and documents including the leases, rent rolls, agreements of sale for purchase or sale of any real estate, deeds, notes and mortgages, most current mortgage statements, proof of insurance, tax returns for 2015, 2016, 2017 and 2018, insurance policies, payment advices and bank statements, ~~no later than 5 business days from the date of this Order,~~ on or before May 20, 2019, it is further

**ORDERED** that Debtor shall ~~immediately~~ on or before May 17, 2019, turn over the possession and control to the Trustee of the Debtor's real property, except her residence, including all keys, security codes or security devices; it is further

**ORDERED** that the Debtor shall appear for a meeting of creditors on **June 11, 2019** at **1:30 PM** at the Office of the United States Trustee, **900 Market Street, Suite 304A, Philadelphia PA 19107**, it is further

**ORDERED**, that the time periods under Federal Rules of Bankruptcy Procedure, Rules 4004(a) and 4007(b), Bankruptcy Code §727(a)(8) or (a)(9) to object to discharge, Bankruptcy Code §523(c) to determine discharge ability of a debt and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended, for all parties in interest, including the Trustee, Creditors and the United States Trustee, to ~~60 days~~ August 12, 2019.  * ~~after the date on which the meeting of creditors is concluded by the Trustee~~.

Dated: __5/10/19__

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:   Sharonn Thomas
      856 North 29th St.
      Philadelphia, PA 19130

      Sharonn Thomas
      49 Graypebble Circle
      Sicklerville, NJ  08081

---

\*   For the benefit of all parties in interest, I make two comments regarding the terms of this Order.  First, while it is customary in this district to defer the entry of an order granting a motion (as to which no response is filed) until the hearing date, I find it appropriate to act more quickly in this case.  This is due to the delays in this case, the potential estate liability arising from its de jure possession of numerous properties and the fact that a sufficient period of time has passed for the Debtor to obtain new counsel (as she seemed to indicate at the last hearing on April 17, 2019).  Second, I have adjusted the dates for the Debtor to comply with the various duties imposed by the Order to provide the Debtor with a realistic time period for her to comply.