United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-17430-elf
Sharonn E. Thomas  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2  User: JEGilmore  Page 1 of 2  Date Rcvd: May 08, 2019
                Form ID: pdf900  Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
```
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr         +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             DULUTH, GA 30097-8461
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:41     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:19
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:36     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:40     City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
```
          DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          E. McCord CLAYTON   on behalf of Creditor Martin  Brown cord@claytonlit.com
          GARY F SEITZ   on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
          HAROLD N. KAPLAN   on behalf of Creditor   The Bank of New York Mellon et als hkaplan@rasnj.com
          HOLLY SMITH MILLER   on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
          JOSHUA LOUIS THOMAS   on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA VELTER   on behalf of Creditor   WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN G. MCDONALD   on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN M. BUTTERY   on behalf of Creditor   DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN S. FRANKEL   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          MARIO J. HANYON   on behalf of Creditor   HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   Wells Fargo Bank, National Association As Trustee
           paeb@fedphe.com
          MARY F. KENNEDY   on behalf of Creditor   First Tennessee Bank National Association
           mary@javardianlaw.com, tami@javardianlaw.com
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2               Date Rcvd: May 08, 2019
                               Form ID: pdf900            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
         for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                      TOTAL: 20

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>               Debtor | CHAPTER 7 |
| U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1<br>               Movant<br>vs.<br>Sharonn E. Thomas<br>               Debtor<br>Terry P. Dershaw<br>               Trustee | NO. 18-17430 ELF<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 8th day of May, 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the Automatic Stay under 11 U.S.C. Sections 362 is **MODIFIED** with respect to the subject premises located at 5621 Walton Avenue, Philadelphia, PA 19143 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**