United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17430-elf
Sharonn E. Thomas                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: May 10, 2019
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db              +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr              +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr              +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
                  Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr              +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                  DULUTH, GA 30097-8461
cr              +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov May 11 2019 02:12:03     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2019 02:11:33
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2019 02:11:55     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov May 11 2019 02:12:03     City of Philadelphia,
                  Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                  5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com,    tami@javardianlaw.com

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                 Date Rcvd: May 10, 2019
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
        TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                         TOTAL: 20

Case 18-17430-elf    Doc 132    Filed 05/12/19    Entered 05/13/19 00:57:29    Desc
Imaged Certificate of Notice    Page 2 of 4

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 7 |
|---|---|
| SHARONN E. THOMAS | CASE NO. 18-17430-ELF |
| Debtor | |

# O R D E R

Upon consideration of the Motion filed by Terry P. Dershaw, Chapter 7 Trustee, to compel Sharonn E. Thomas (the "Debtor") to cooperate in order that the Trustee may perform the duties required by him in the administration of the Debtor's estate and to extend the deadlines, it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby ordered that the motion is **GRANTED**, it is further

**ORDERED** that the Debtor shall amend her schedules to accurately reflect all of her real estate, leases, creditors and income ~~no later than 5 business days from the date of this Order~~ on or before May 31, 2019; it is further

**ORDERED** that on or before May 20, 2019, the Debtor shall provide the following information and documents including the leases, rent rolls, agreements of sale for purchase or sale of any real estate, deeds, notes and mortgages, most current mortgage statements, proof of insurance, tax returns for 2015, 2016, 2017 and 2018, insurance policies, payment advices and bank statements, ~~no later than 5 business days from the date of this Order,~~ it is further

**ORDERED** that on or before May 17, 2019, Debtor shall ~~immediately~~ turn over the possession and control to the Trustee of the Debtor's real property, except her residence, including all keys, security codes or security devices; it is further

**ORDERED** that the Debtor shall appear for a meeting of creditors on **June 11, 2019** at **1:30 PM** at the Office of the United States Trustee, **900 Market Street, Suite 304A, Philadelphia PA 19107**, it is further

**ORDERED**, that the time periods under Federal Rules of Bankruptcy Procedure, Rules 4004(a) and 4007(b), Bankruptcy Code §727(a)(8) or (a)(9) to object to discharge, Bankruptcy Code §523(c) to determine discharge ability of a debt and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended, for all parties in interest, including the Trustee, Creditors and the United States Trustee, to ~~60 days~~ August 12, 2019.  *  ~~after the date on which the meeting of creditors is concluded by the Trustee~~.

Dated:  5/10/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:    Sharonn Thomas
       856 North 29th St.
       Philadelphia, PA 19130

       Sharonn Thomas
       49 Graypebble Circle
       Sicklerville, NJ  08081

---

*   For the benefit of all parties in interest, I make two comments regarding the terms of this Order.  First, while it is customary in this district to defer the entry of an order granting a motion (as to which no response is filed) until the hearing date, I find it appropriate to act more quickly in this case.  This is due to the delays in this case, the potential estate liability arising from its de jure possession of numerous properties and the fact that a sufficient period of time has passed for the Debtor to obtain new counsel (as she seemed to indicate at the last hearing on April 17, 2019).  Second, I have adjusted the dates for the Debtor to comply with the various duties imposed by the Order to provide the Debtor with a realistic time period for her to comply.