**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

# O R D E R

**AND NOW**, the court having held a hearing on **April 15, 2019** to consider whether the Debtor's counsel, Joshua Louis Thomas ("Mr. Thomas"), should sanctioned for violating Fed. R. Bankr. P. 9011(b)(3);

**AND**, the notes of testimony of the hearing having been docketed on **May 20, 2019**;

**AND**, pursuant to the court's prior order dated **April 15, 2019**;

It is hereby **ORDERED** that the deadline for the submission of memoranda by interested parties and the U.S. Trustee shall be **June 7, 2019**.[1]

**Date: May 21, 2019**

    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**

---

[1] In light of the intervening holiday, I have extended the original deadline by a few days.