**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------X

| | |
|---|---|
| In re: : | |
| | CHAPTER 7 |
| **SHARONN E. THOMAS** : | |
| Debtor : | CASE NO.: 18-17430-elf |

---------------------------------------------------X

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of ROBERT LEITE-YOUNG, Esquire as counsel of record for interested party and creditor DHO, LLC applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that DHO, LLC, a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Robert leote-Young; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the DHO, LLC and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be

entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                                                    Respectfully submitted,

                                                    DHO, LLC

                                            By:    /s/ Robert Leite
                                                          Robert C. Leite, Esquire
                                                          Attorney for Debtor
                                                          6950 Castor Avenue
                                                          Philadelphia, PA 19149
May 22, 2019                                      Rleite@roachleite.com
                                                          267-388-9982
                                                          215-405-3765