United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: May 22, 2019  
                     Form ID: 211    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2019.
```
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr         +Martin Brown,   c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             DULUTH, GA 30097-8461
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:37     City of Philadelphia,
                Law Revenue Department,   c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:
```
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
          HAROLD N. KAPLAN    on behalf of Creditor   The Bank of New York Mellon et als hkaplan@rasnj.com
          HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA  VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
           paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
           mary@javardianlaw.com, tami@javardianlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
           for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2              Date Rcvd: May 22, 2019
                              Form ID: 211                 Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                          Chapter: 7

    Sharonn E. Thomas

Debtor(s)                                                                                    Case No: 18–17430–elf

___

*ORDER*

AND NOW, 5/22/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 6/5/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court