UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

Click here to enter a date.

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,  PA   19107-4299

      RE:    IN RE: SHARONN E. THOMAS
              CA No.   19-1141
              Bky. No. 18-17430
              Adv. No.

Dear Mr. McGrath:

      Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 4/22/19.

      Kindly acknowledge receipt on the copy of letter provided.

                              Sincerely,

                              Kate Barkman
                              Clerk of Court

                              By:  s/Robert D. Fehrle
                              Robert D. Fehrle, Deputy Clerk

Received above record this  31st  day of  May 2019

                              _____
                              (Signature)

bankrec.frm