Certificate Number: 01401-PAE-DE-032911131

Bankruptcy Case Number: 18-17430



01401-PAE-DE-032911131

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 3, 2019</u>, at <u>2:48</u> o'clock <u>PM EDT</u>, <u>Sharonn E Thomas-Pope</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 3, 2019</u>          By:  <u>/s/Jeremy  Lark</u>

Name:  <u>Jeremy  Lark</u>

Title:  <u>FCC Manager</u>