Certificate Number: 01401-PAE-DE-032911131

Bankruptcy Case Number: 18-17430



01401-PAE-DE-032911131

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2019, at 2:48 o'clock PM EDT, Sharonn E Thomas-Pope completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2019

By:  /s/Jeremy  Lark

Name:  Jeremy  Lark

Title:  FCC Manager