United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-17430-elf
Sharonn E. Thomas                                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 4              Date Rcvd: Jul 11, 2019
                            Form ID: 139            Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             DULUTH, GA 30097-8461
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
14227420   +Account Resolution Services,    1643 North Harrison Pkwy,    Bldg. H, Ste. 100,
             Fort LauderdaleFL 33323-2857
14227515   +Andria Norton,    3508 N 23rd St.,    Philadelphia, PA 19140-3850
14227421   +Asset Maximization Group Inc.,    Po Box 190191,    South Richmond Hill NY 11419-0191
14227516   +Barbara Hines,    504 N 57th St, 2nd Floor,    Philadelphia, PA 19131-4804
14227496    Brown and Thomas,    2105 Voorhees Town Center,    Voorhees, NJ 08043
14227517   +Calvin Terrell,    6101 W Oxford St 1st Floor,    Philadelphia, PA 19151-4541
14227423   +Cavalry SPV I, LLC.,    Schachter Portnoy,    3490 US Route 1,    Princeton, NJ 08540-5920
14227518   +Charmaine Carter,    3330 Sergeant St,    Philadelphia, PA 19132-2834
14227424   +Chase,   Pob 24696,    Columbus, OH 43224-0696
14227425   +Chase Auto Finance,    Po Box 901003,    Fort Worth, TX 76101-2003
14227426   +Citmortgage Inc.,    Po Box 6243,    Sioux Falls, SD 57117-6243
14227427    City of Philadelphia,    1401 JKF Blvd, Concourse Level,    Dept. of Revenue- Water Revenue,
             Philadelphia, PA 19102
14330742   +DHO, LLC,   c/o Robert C. Leite, Esquire,    Attorney for Debtor,    6950 Castor Avenue,
             Philadelphia, PA 19149-1703
14227519   +Debra Norton,    3508 N 23rd St. 1st Floor,    Philadelphia, PA 19140-3847
14240914   +Ditech Financial LLC,    c/o Kevin Buttery, Esquire,    RAS Citron, LLC,
             130 Clinton Road, Suire 202,    Fairfield, NJ 07004-2927
14227430   +Ditech Financial Services,    5401 N. Pima Rd. Ste. 150,    Scottsdale, AZ 85250-2630
14227431    E.McCord Clayton,    Clayton Commerical Litigation,    2 Penn Center,    1500 JKF Blvd. Ste. 920,
             Philadelphia, PA 19102
14227520   +Earl Hill and Brenda Royal,    3060 Bonsall St,    Philadelphia, PA 19132-1402
14253194    Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis, MN 55440-1123
14227433   +Financial Recoveries,    200 E. Park Dr. Ste. 100,    Po Box 1388,    Mount Laurel, NJ 08054-7388
14227434    First Tennessee Bank,    Po Box 1469,    Knoxville, TN 37901-1469
14258166   +First Tennessee Bank National Assoc.,    c/o Law Office of Gregory Javardian, LLC,
             1310 Industrial Boulevard, Suite 101,    Southampton, PA 18966-4030
14250620   +First Tennessee Bank National Association,    c/o Mary F. Kennedy, Esquire,
             1310 Industrial Boulevard,    1st Floor, Suite 101,    Southampton, PA 18966-4030
14227498    HSBC BANK USA,   C/O Ocwen Loan,    Attn: Bankruptcy Dept.,    Po Box 24605,
             West Palm Beach, FL 33416-4605
14250212    HSBC Bank USA, N.A., As Indenture et al,    Ocwen Loan Servicing, LLC,
             Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL, 33416-4605
14243056    JP Morgan Chase Bank,,    National Association,    c/o Thomas Song Esq.,
             Phelan Hallinan Diamond & Jones, LLP,    1617 JKF Boulevard, Suite 1400,
             Philadelphia, pA 19103
14227500   +JPMorgan Chase,    Attn Correspondence,    Mail Code LA4-5555,    700 Kansas Lane,
             Monroe, LA 71203-4774
14258551    JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14227521   +Jim McGarvey,    5621 Walton St 19143,    Philadelphia, PA 19143-2425
14227522   +Linda Thomas,    5728 Hoffman St,    Philadelphia, PA 19143-3923
14227523   +Loretta Hughes,    2045 W Oxford St 2nd Floor,    Philadelphia, PA 19121-4001
14227501    Mario J Hanyn Esq.,    1617 JFK Blvd. Ste 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103
14235415   +Martin Brown and Brown and Thomas, LLC,    c/o E. McCord Clayton, Esquire,    Two Penn Center,
             1500 JFK Boulevard, Suite 920,    Philadelphia, Pa 19102-1742
14227525   +Mary Clark,    2924 Ringgold St,    Philadelphia, PA 19132-1907
14227502   +Matteo S. Weiner,    KML Law Group,    701 Market Street Ste. 5000,    Philadelphia, PA 19106-1541
14227526   +Monique Trottle,    2607 N 24th St,    Philadelphia, PA 19132-3613
14227503    NationStar Mortgage,    Attn: Bankruptcy,    Po Box 619094,    Dallas, TX 75261-9094
14227438    NationStar Mortgage,    8950 Cypress Waters Blvd.,    Irving, TX 75063
14227527   +Norman Scott,    6106 W. Oxford St. 2nd Floor,    Philadelphia, PA 19151-4540
14227441   +PNC Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
14263048   +PNC Bank, N.A.,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14260181   +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14263279   +PNC Bank, N.A.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14227528   +Patricia Trottie,    3508 N 23rd St. 2nd Floor,    Philadelphia, PA 19140-3847
14227504   +Peter Meltzer,    2000 Market Street,    13th Floor,    Philadelphia, PA 19103-3204
14227506    Philadelphia,    900 Market St. Ste. 400,    Philadelphia, PA 19107-4233
14227529   +Quintisha Pace,    1720 Taney St,    Philadelphia, PA 19121-2821
14227444   +RUSHMORE LOAN MANAGEMENT,    PO BOX 55004,    Irvine, CA 92619-5004
14227508   +Rebecca A. Solarz,    KML Law Group PC,    701 Market Street, Ste. 5000,
             Philadelphia, PA 19106-1541
```

```
District/off: 0313-2           User: JEGilmore            Page 2 of 4                   Date Rcvd: Jul 11, 2019
                               Form ID: 139               Total Noticed: 96


14227443       +Remex Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
14227530       +Robert Sanders,    504 N 57th St First floor,    Philadelphia, PA 19131-4804
14227509       +Rushmore Loan Management,    15480 Laguna Canyon Rd.,    Irvine, CA 92618-2132
14227531       +Sam Polk,    3508 N 23rd 3rd floor,    Philadelphia, PA 19140-3847
14227510       +Select Portfolio Services,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14233803       +Select Portfolio Servicing,    servicer for U.S. Bank National Associat,
                 c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14227511        Shapiro and Fishman,    3600 Horizon Drive,    Ste. 150,    King of Prussia, PA 19406-4702
14252355       +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
14311059       +THE BANK OF NEW YORK MELLON,    FOR FIRST HORIZON ALTERNATIVE 2006-FA2,    c/o RAS Crane, LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14252626        THE BANK OF NEW YORK MELLON F/K/A THE,    BANK OF NEW YORK AS TRUSTEE FOR FIRST,
                 HORIZON ALTERNATIVE MORTGAGE SECURITIES,    TRUST 2006-FA2,    PO Box 619096, Dallas TX 75261
14227446        The Bank of New York Mellon,    Robertson, Anschutz,    6409 Congress Ave. Ste. 100,
                 Boca Raton, FL 33487-2853
14227512        The Bank of New York Mellon,    Attn: Bankruptcy Dept.,    Po Box 619094,    Dallas, TX 75261-9094
14227475        The Galman Law Group,    2 Penn Center Plaza Ste. 1120,    Philadelphia, PA 19102
14227476        US Bank National Assoc.,    Po Box 65250,    Salt Lake City, UT 84165-0250
14245464        WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al.,    OCWEN LOAN SERVICING, LLC,
                 Attention: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14227479        Wilmington Trust National Associates,    Fay Servicing LLC.,    3000 Kellyway Drive, Ste. 150,
                 Carrollton, TX 75006-3357
14233800        Wilmington Trust, National Association,    trustee for MFRA,    c/o Karina Velter, Esquire,
                 PO Box 165028,    Columbus, OH    43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BTPDERSHAW.COM Jul 12 2019 06:48:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA  18974-0632
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:37      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:37      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +EDI: CHASE.COM Jul 12 2019 06:48:00      JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,
                 7255 Baymeadows Way,    Jacksonville, FL 32256-6851
14227422        EDI: BANKAMER.COM Jul 12 2019 06:48:00      Bank of America,    Po Box 982238,    El Paso,TX 7998
14240987        E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:37
                 City of Philadelphia, Water Revenue Bureau,    c/o Pamela Elchert Thurmond,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1595
14275203       +E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:37
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14234127       +E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:37
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14228665       +E-mail/Text: bankruptcy@cavps.com Jul 12 2019 11:05:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14227428       +E-mail/Text: info@dalinfinancial.com Jul 12 2019 11:05:46      Dalin Funding,
                 1801 North America Street #2a,    Philadelphia, PA 19122-2330
14227497       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2019 11:05:00      Dietch Financial,    Po Box 6154,
                 Rapid City, SD 57709-6154
14259533        E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2019 11:05:00      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City SD 57709-6154
14227435        EDI: HFC.COM Jul 12 2019 06:48:00      HSBC Bank,    Po Box 9068,    Brandon, FL 33509-9068
14227437       +E-mail/Text: bknotices@mbandw.com Jul 12 2019 11:05:26      McCarthy Burgess and Wol,
                 26000 Cannon Road,    Bedford, OH 44146-1807
14227439       +Fax: 407-737-5634 Jul 12 2019 03:04:32      Ocwen Loan Servicing,    1661 Worthington Rd.,
                 Ste 100,    West Palm Beach, FL 33409-6493
14227442        EDI: PRA.COM Jul 12 2019 06:48:00      Portfolio Recovery,    120 Corporate Blvd., Ste 1,
                 Norfolk, VA 23502
14227507        EDI: PRA.COM Jul 12 2019 06:48:00      Portfolio Recovery,    Po Box 41067,
                 Norfolk, VA 23541-1067
14260022        EDI: PRA.COM Jul 12 2019 06:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14227440        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:15      Pennsylvania Dept. Of Revenue,
                 Bankruptcy Dept.,    Po Box 2809646,    Harrisburg, PA 17128-0946
14227445       +E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2019 11:05:48      Select Portfolio Services,
                 3217 Decker Lake Drive,    Salt Lake City, UT 84119-3284
14255817        E-mail/Text: jennifer.chacon@spservicing.com Jul 12 2019 11:05:48
                 U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14227477       +EDI: WFFC.COM Jul 12 2019 06:48:00      Wells Fargo,    Po Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0313-2           User: JEGilmore             Page 3 of 4                   Date Rcvd: Jul 11, 2019
                               Form ID: 139                Total Noticed: 96

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14227514      EDI: WFFC.COM Jul 12 2019 06:48:00      Wells Fargo Bank,   N9286 O1Y,   1000 Blue Gentian Rd.,
              Eagan, MN 55121-7700
14227478     +EDI: WFFC.COM Jul 12 2019 06:48:00      Wells Fargo Financial,   CSCL DSP TM MAC N8235-04M,
              Po Box 14517,   Des Moines, IA 50306-3517
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          DHO, LLC,   1310 S. 5th Street
14227524*    +Loretta Hughes,   2045 W Oxford St 2nd Floor,    Philadelphia, PA 19121-4001
14252644*     THE BANK OF NEW YORK MELLON F/K/A THE,    BANK OF NEW YORK AS TRUSTEE FOR FIRST,
              HORIZON   ALTERNATIVE MORTGAGE,    SECURITIES TRUST 2006-FA2,   PO Box 619096, Dallas TX 75261
14227513    ##+Wells Fargo,   E2578-021 Po Box 3599,   Rancho Cucamonga, CA 91729-3599
                                                                                  TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Sharonn E. Thomas
               Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA   VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com,  tami@javardianlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Interested Party    DHO, LLC rleite@roachleite.com,
               lanette@roachleite.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: JEGilmore            Page 4 of 4              Date Rcvd: Jul 11, 2019
                              Form ID: 139               Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re:  Sharonn E. Thomas
856 North 29th St.
Philadelphia, PA 19130

Debtor(s)

Case No: 18−17430−elf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−6366

___

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 10/13/19

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 7/11/19

150
Form 139