IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>　　　Debtor.<br><br>JPMorgan Chase Bank, National Association<br>　　　Movant,<br>v.<br><br>Sharonn E. Thomas<br>　　　Debtor/Respondent.<br><br>Terry P. Dershaw, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-17430/ELF<br><br>CHAPTER 7<br><br>11 U.S.C. § 362<br><br>May 22, 2019 at 10:00 AM<br><br>Courtroom # 1 |

**O R D E R**

AND NOW, this  24th  day of  July , 2019, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**