### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )   **Chapter 7** |
| **SHARONN E. THOMAS,** | ) |
| | ) |
| **Debtor.** | )   **Case No. 18-17430-ELF** |
| | ) |

### ORDER

AND NOW, upon consideration of the Amended Application of Trustee to Employ

Weber Gallagher Simpson Stapleton Fires & Newby, LLP as Special Counsel, and after notice

and opportunity for hearing, it is hereby

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that the Trustee is authorized to retain Weber Gallagher Simpson Stapleton

Fires & Newby, LLP as special counsel as provided for in the Application, to receive

compensation of no more than thirty-three percent (33%) of any recovery, plus reimbursement

of costs and expenses, subject to application to the court for approval of payment of the fees and

expenses as required under the pertinent rules of court.

Dated:   8/19/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**