# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| | : |
| SHARONN E. THOMAS, | : Bankruptcy No. 18-17430-elf |
| Debtor | : |
| | : **HEARING SET FOR SEPTEMBER 4, 2019** |
| | : **AT 10:00 A.M.** |

## AMENDED NOTICE OF OBJECTION TO CLAIM OF EXEMPTION AND HEARING DATE

Martin Brown, and Brown and Thomas, LLC, have filed an objection to your claim of exemption in this bankruptcy case.

**Your claim of exemption may be eliminated or changed by the court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to eliminate or change your claim of exemption, or if you want the court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Eric L. Frank on September 4, 2019 at 10:00 A.M. in Courtroom #1, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA, 19107.

Respectfully Submitted,

_____
E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
Ph: 267-242-3943
cord@claytonlit.com

Dated: August 19, 2019