**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| SHARONN E. THOMAS, | : Bankruptcy No. 18-17430-elf |
| Debtor | : |
| | : **HEARING SET FOR SEPTEMBER 3, 2019** |
| | : **AT 1:00 P.M.** |

# ORDER

AND NOW, this 4th day of September, 2019 upon consideration of the Objection to the Debtor's Exemption under Section 522(d)(1) of the United States Bankruptcy Code filed by Martin Brown, and Brown and Thomas, LLC ("the Objection"), and Debtor's Answer thereto, and after hearing, and after a hearing, it is hereby **ORDERED** that the Objection is **OVERRULED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**