United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-17430-elf
Sharonn E. Thomas                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: Sep 05, 2019
                              Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,   Jacksonville, FL 32256-6851
cr         +Martin Brown,   c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +THE BANK OF NEW YORK MELLON,   RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             DULUTH, GA 30097-8461
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Sep 06 2019 03:26:10    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2019 03:25:50
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2019 03:25:59    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov Sep 06 2019 03:26:10    City of Philadelphia,
             Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        DHO, LLC,   1310 S. 5th Street
                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Sharonn E. Thomas
               Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               kbuttery@rascrane.com
              KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Sep 05, 2019
                              Form ID: pdf900              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association mary@javardianlaw.com, tami@javardianlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Interested Party    DHO, LLC rleite@roachleite.com, lanette@roachleite.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                       TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
:
SHARONN E. THOMAS, : Bankruptcy No. 18-17430-elf
    Debtor :
: **HEARING SET FOR SEPTEMBER 3, 2019**
: **AT 1:00 P.M.**

**ORDER**

AND NOW, this  4th  day of  September , 2019 upon consideration of the Objection to the Debtor's Exemption under Section 522(d)(1) of the United States Bankruptcy Code filed by Martin Brown, and Brown and Thomas, LLC ("the Objection"), and Debtor's Answer thereto, and after hearing, and after a hearing, it is hereby **ORDERED** that the Objection is **OVERRULED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**