UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| SHARONN E. THOMAS, | : | Bky. No. 18-17430 ELF |
| | : | |
| Debtor. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Order to Show Cause (Doc. # 84), and after an evidentiary hearing held on **April 15, 2019**, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED and DETERMINED** that:

1. The Debtor's attorney, Joshua Louis Thomas, ("Thomas") **violated Federal Rule of Bankruptcy Procedure 9011** by failing to conduct a reasonable investigation prior to submitting to the court the Debtor's schedules in this bankruptcy case.

2. Thomas is **SANCTIONED** for this violation of Rule 9011 as follows:

    a. Thomas may not seek an administrative expense payment for the legal services rendered in this bankruptcy case.

    b. **On or before March 16, 2020**, Thomas shall pay **$1,000.00** to the Chapter 7 Trustee for the benefit of the Debtor's estate and shall file a certification of compliance with this requirement **on or before March 20, 2020**.

    c. This matter is referred to the Acting U.S. Trustee, with the request that he consider the propriety of initiating additional proceedings before the U.S. District Court with respect to Thomas' admission to the bar of this court.

**Date: February 13, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**