United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17430-elf
Sharonn E. Thomas                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 2              Date Rcvd: Feb 13, 2020
                            Form ID: pdf900        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db          +Sharonn E. Thomas,   856 North 29th St.,   Philadelphia, PA 19130-1144
cr          +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   7255 Baymeadows Way,   Jacksonville, FL 32256-6851
cr          +Martin Brown,   c/o E. McCord Clayton, Esquire,   Clayton Commercial Litigation LLC,
              Two Penn Center,   1500 JFK Blvd., Suite 920,   Philadelphia, PA 19102-1742
cr          +THE BANK OF NEW YORK MELLON,   RAS CRANE, LLC,   10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
              DULUTH, GA 30097-8461
cr          +The Bank of New York Mellon et als,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
              Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:16    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:41
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:07    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:16    City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         DHO, LLC,   1310 S. 5th Street
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
          DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Sharonn E. Thomas
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
          HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
          HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com
          JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
           et al paeb@fedphe.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2             Date Rcvd: Feb 13, 2020
                              Form ID: pdf900           Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
               et al paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
               mary@javardianlaw.com, tami@javardianlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
              ROBERT  LEITE-YOUNG    on behalf of Interested Party    DHO, LLC rleite@roachleite.com,
               lanette@roachleite.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 26
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 7 |
| | : | |
| **SHARONN E. THOMAS,** | : | Bky. No. 18-17430 ELF |
| | : | |
| **Debtor.** | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Order to Show Cause (Doc. # 84), and after an evidentiary hearing held on **April 15, 2019**, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED and DETERMINED** that:

1. The Debtor's attorney, Joshua Louis Thomas, ("Thomas") **violated Federal Rule of Bankruptcy Procedure 9011** by failing to conduct a reasonable investigation prior to submitting to the court the Debtor's schedules in this bankruptcy case.

2. Thomas is **SANCTIONED** for this violation of Rule 9011 as follows:

    a. Thomas may not seek an administrative expense payment for the legal services rendered in this bankruptcy case.

    b. **On or before March 16, 2020**, Thomas shall pay **$1,000.00** to the Chapter 7 Trustee for the benefit of the Debtor's estate and shall file a certification of compliance with this requirement **on or before March 20, 2020**.

    c. This matter is referred to the Acting U.S. Trustee, with the request that he consider the propriety of initiating additional proceedings before the U.S. District Court with respect to Thomas' admission to the bar of this court.

**Date: February 13, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**