## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : Chapter 7

SHARONN E. THOMAS,                              :
                    Debtor

                                 : Bankruptcy No. 18-17430-elf

---

### NOTICE OF BROWN'S MOTION TO CORRECT SANCTIONS OPINION

Martin Brown and Brown and Thomas, LLC have filed a Motion To Correct This Court's Sanctions Opinion (Dkt. # 179).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then you or your attorney must do all of the following:

(a)      file an answer explaining your position at:

Clerk's Office, U.S. Bankruptcy Court
The Robert Nix Building
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before **seven (7) days from the date of this Notice** and

(b)      mail a copy to the Movant's attorney:

Clayton Commercial Litigation LLC
E. McCord Clayton, Esquire
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA  19102

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend any hearing that might result in this matter, this Court may enter an order granting the relief requested in the motion.

     3.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     4.      You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 to find out whether a hearing has been scheduled.

Respectfully Submitted,

_E. McCord Clayton_

_____
E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
Two Penn Center
1500 JFK Boulevard, Suite 920
Philadelphia, PA 19102
Ph: 267-242-3943
cord@claytonlit.com

Dated: February 18, 2020

2

CERTIFICATE OF SERVICE

I hereby certify that on the date referenced below I served the foregoing document on Debtor's counsel and all other counsel and parties of record, via electronic court filing.


_____
E. McCord Clayton, Esq.


Dated: February 18, 2020