United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17430-elf
Sharonn E. Thomas                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2           Date Rcvd: Feb 24, 2020
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.
```
db         +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr         +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL 32256-6851
cr         +Martin Brown,   c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
             Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
cr         +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             DULUTH, GA 30097-8461
cr         +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
             Duluth, GA 30097-8461
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Feb 25 2020 03:40:34     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2020 03:40:20
             Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2020 03:40:28     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov Feb 25 2020 03:40:34     City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp        DHO, LLC,   1310 S. 5th Street
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:
```
          DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Sharonn E. Thomas
           Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   U.S. Bank, National Association, as Trustee
           for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
          GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com,
          HAROLD N. KAPLAN    on behalf of Creditor   The Bank of New York Mellon et als hkaplan@rasnj.com
          HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com,
           agollmann@gsbblaw.com
          JEROME B. BLANK    on behalf of Creditor   HSBC Bank USA, N.A., As Indenture Trustee et al
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, National Association As Trustee For
           et al paeb@fedphe.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
          KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
           amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor   The Bank of New York Mellon et als
           kbuttery@rascrane.com
          KEVIN M. BUTTERY    on behalf of Creditor   DITECH FINANCIAL LLC kbuttery@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pa-bk@logs.com
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Feb 24, 2020
                               Form ID: pdf900              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For et al paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association mary@javardianlaw.com, tami@javardianlaw.com
          MICHAEL J. CLARK    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mjclark@logs.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
          ROBERT LEITE-YOUNG    on behalf of Interested Party    DHO, LLC rleite@roachleite.com, lanette@roachleite.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                          TOTAL: 27

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13
   Sharon E. Thomas,                    :
                      Debtor         :        Bky. No. 18-17430 ELF

# O R D E R  AMENDING  OPINION

**AND NOW**, this 24th day of February, 2020, upon consideration of Martin Brown and Brown and Thomas, LLC's (collectively, "Brown") Motion (Doc. # 183, the "Motion") to correct the Court's Memorandum Opinion issued on February 13, 2020 (Doc. # 179, the "Opinion"):

Upon review of the factual record in this and the Debtor's previous bankruptcy (Bky. No. 17-14588), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Factual Findings of the Opinion, which sanctioned the Debtor's former attorney, Joshua Louis Thomas, for violating Federal Rule of Bankruptcy Procedure 9011(b)(3), are hereby **amended** as follows:

   a. Paragraph 18(d) of the Opinion (p.8) is **amended** to read: "Thomas only advised Brown of the existence of the bankruptcy filing on or about September 29, 2017, more than two (2) weeks after the arbitration hearing and entry of the arbitration award in the State Court Action."

   b. Paragraph 18(e) of the Opinion (p.8) is **stricken**.

   c. Paragraph 20 of the Opinion (pgs.8-9) is **amended** to read: "In entering the Stay Relief Order and annulling the automatic stay in part, this court found that Thomas' conduct in concealing the existence of the bankruptcy until after the arbitration hearing to be

'completely inexcusable' and 'almost shocking.'" (Hearing Transcript, December 15, 2017, at 114, 127) (Bky. No. 17-14588, Doc. #76).[1]

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

_____

[1] In the Motion, Brown's attorney asserts that "[n]either Mr. Brown nor his counsel wish (nor deserve) to be tarred by association with Mr. Thomas's conduct [of ignoring the automatic stay imposed by the Debtor's bankruptcy proceeding]." Motion at ¶7.

However, review of the facts reveals that Brown was not simply an innocent actor which fully understood and respected the effects of the automatic stay on the pending state court action. After receiving notice of the Debtor's bankruptcy filing, which occurred on or about September 29, 2017, Brown continued to proceed in state court and took affirmative steps to enter the arbitration award as a judgment in that venue, in violation of the automatic stay. See Transcript of hearing held on December 15, 2017 (Doc. # 76 in Bankr. No. 17- 14588, at 82-93.)

Because Brown's proceeding in state court despite having knowledge of the Debtor's bankruptcy violated the automatic stay, I entered an order which, *inter alia*, voided Brown's actions. See Doc. # 73 in Bankr. No. 17-14588.