IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHARONN E. THOMAS-POPE<br>Debtor | Chapter 13<br><br>Bankruptcy No.: 18-17430-elf |

**CERTIFICATION OF JOSHUA L. THOMAS IN COMPLIANCE WITH 2/13/2020 ORDER**

1. In compliance with the order of February 13, 2020, I went to the UPS store on March 15, 2020 to ship the check to the trustee, made out and shipped to the person and address as confirmed with the trustee.

2. The shipping label for the USPS (since it was going to a PO box) was made the next day, March 16, 2020. (See Exhibit A).

3. It then arrived at the USPS facility on March 17, 2020. (See Exhibit A).

4. It was then delivered on March 18, 2020. (See Exhibit A).

5. I received confirmation of this on the next day. (See Exhibit B).

6. As such, the order has been complied with at this time.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ Joshua L. Thomas
Joshua L. Thomas, Esq.
Bar ID 312476
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone: 215-806-1733
Fax: (888) 314-8910
Email: JoshuaLThomas@gmail.com

# EXHIBIT A

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove X

**Tracking Number:** 9400110200828249508612

Your item has been delivered and is available at a PO Box at 9:13 am on March 18, 2020 in WARMINSTER, PA 18974.

**USPS Premium Tracking™ Available** ∨

 **Delivered**

March 18, 2020 at 9:13 am
Delivered, PO Box
WARMINSTER, PA 18974

**Get Updates** ∨

---

**Text & Email Updates** ∨

**Tracking History** ∧

March 18, 2020, 9:13 am
Delivered, PO Box
WARMINSTER, PA 18974
Your item has been delivered and is available at a PO Box at 9:13 am on March 18,

Case 18-17430-elf    Doc 190    Filed 03/20/20    Entered 03/20/20 10:05:04    Desc Main
                                Document      Page 5 of 9

2020 in WARMINSTER, PA 18974.

March 18, 2020, 7:35 am
Arrived at Post Office
WARMINSTER, PA 18974

March 18, 2020, 5:58 am
Arrived at USPS Facility
WARMINSTER, PA 18974

March 18, 2020, 4:12 am
Departed USPS Regional Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER

March 18, 2020, 12:54 am
Arrived at USPS Regional Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER

March 18, 2020, 12:17 am
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

March 17, 2020, 8:29 pm
Arrived at USPS Regional Origin Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

March 17, 2020, 7:14 pm
Accepted at USPS Origin Facility
GLEN MILLS, PA 19342

March 16, 2020, 11:37 am
Shipping Label Created, USPS Awaiting Item
GLEN MILLS, PA 19342

Feedback

Premium Tracking    

**Product Information** ⌄

*See Less* ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT B



**Josh Thomas <joshualthomas@gmail.com>**

---

### Your parcel has been delivered

---

**iShip_Services@iship.com** <iShip_Services@iship.com>                               Thu, Mar 19, 2020 at 1:44 AM
To: "JOSHUALTHOMAS@GMAIL.COM" <JOSHUALTHOMAS@gmail.com>

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



## Your parcel has been delivered

The parcel to **TERRY P. DERSHAW TRUSTEE** has been delivered.

## Your shipment information

Who sent it...
**JOSHUA L. THOMAS**

(Sender's street address omitted intentionally from this email)
**Chadds Ford**, **PA 19317**

Who will receive it...
**TERRY P. DERSHAW TRUSTEE**
**CHAPTER 7 TRUSTEE**
(Recipient's street address omitted intentionally from this email)
**WARMINSTER**, **PA 18974-0632 US**
**Wed 18 Mar 2020 09:13 AM**

Who is carrying it...
**The UPS Store #6539**
**610-358-1465**

Carrier detail...
**USPS First Class Package Service**

Tracking details...
Tracking No.:
**9400110200828249508612**
Shipment ID: **MMWZN4C132WW4**
Order / Item #: **GARY 03 16 2020**
Reference #: **--**

Ship date
**Monday, March 16, 2020**

Delivery date...
**Wed 18 Mar 2020 09:13 AM**

## Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MMWZN4C132WW4&src=_e**

## Have a question?

For any queries about this shipment, please contact **USPS** directly at **1-800-ASK-USPS (1-800-275-8777)**, and have your tracking number ready.

## Great offers, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

**Sign up now**

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Wednesday, March 18, 2020 10:44 PM Pacific Daylight Time