# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | ) **Chapter 7** |
| **SHARONN E. THOMAS,** | ) |
| | ) |
| **Debtor.** | ) **Case No. 18-17430-ELF** |
| | ) |

## CERTIFICATE OF NO RESPONSE

On March 27, 2020, Terry P. Dershaw, the Chapter 7 Trustee(the "Trustee") for the above-captioned debtor, filed The Application of the Chapter 7 Trustee for Authority to Employ Star Real Estate as Real Estate Broker (The " Application"). On the same date, the Trustee filed a Notice of Application. Responses to the Application were due on or before April 3, 2020. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to The Application of the Chapter 7 Trustee for Authority to Employ Star Real Estate as Real Estate Broker be entered at the Court's earliest convenience.

Dated: 4/6/2020                                     GELLERT SCALI BUSENKELL & BROWN, LLC

By:   */s/ Holly S. Miller*
Holly S. Miller (PA ID #203979)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Counsel to the Chapter 7 Trustee*