THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHARONN E. THOMAS,<br><br>               Debtor. | Chapter 7<br><br>Case No. 18-17430-ELF |

# ORDER

Upon consideration of the Application of Trustee to Employ Star Real Estate Group, Inc. as Real Estate Broker, and after notice and opportunity for hearing, it is hereby;

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that the Trustee is authorized to retain Star Real Estate Group, Inc. as Real Estate Broker for the Trustee as provided in the Application, to receive compensation subject to allowance by the court upon application to the Court on adequate notice to all parties in interest.

Dated: 4/8/20

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE