# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| | : |
| SHARONN E. THOMAS, | : Bankruptcy No. 18-17430-elf |
| Debtor | : |
| | : |

## ORDER

AND NOW, this **4th** day of **June 2020,** upon consideration of The Motion For Status Conference and Report filed by Martin Brown and Brown and Thomas, LLC (collectively, "Brown"), IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

A Status Hearing is **SCHEDULED** on June 24, 2020, at 10:00 a.m.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**