# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | Debtor | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

## O R D E R

**AND NOW**, following a hearing held on **August 12, 2020**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Trustee and creditor Martin Brown ("Brown") shall engage in good faith negotiations on the terms of a nondisclosure agreement ("the NDA") with respect to the Trustee's asset analysis contained in the spreadsheet described by counsel for the Trustee at the **August 12, 2020** hearing ("the Spreadsheet").

2. The Trustee shall provide a copy of the Spreadsheet to Brown forthwith after receipt of an NDA executed by Brown and his counsel.

3. A further status hearing is **SCHEDULED** on **September 16, 2020, at 10:00 a.m.**

**Date: August 12, 2020**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**