United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17430-elf
Sharonn E. Thomas                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: Aug 13, 2020
                              Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Sharonn E. Thomas,    856 North 29th St.,    Philadelphia, PA 19130-1144
cr             +Martin Brown,    c/o E. McCord Clayton, Esquire,    Clayton Commercial Litigation LLC,
                 Two Penn Center,    1500 JFK Blvd., Suite 920,    Philadelphia, PA 19102-1742
r              +Richard Astrella,    Star Real Estate Broker,    1500 Walnut Street,    Ste 1103,
                 Phila, PA 19102-3506
cr             +THE BANK OF NEW YORK MELLON,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 DULUTH, GA 30097-8461
cr             +The Bank of New York Mellon et als,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:50     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 05:18:23
                 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    Jacksonville, FL  32256
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            DHO, LLC,   1310 S. 5th Street
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Sharonn E. Thomas
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              E. McCord CLAYTON    on behalf of Creditor Martin  Brown cord@claytonlit.com
              GARY F SEITZ    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    The Bank of New York Mellon et als hkaplan@rasnj.com
              HOLLY SMITH MILLER    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com,
               abrown@gsbblaw.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
               et al paeb@fedphe.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com
              KARINA VELTER    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon et als
               cdigianantonio@rascrane.com

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Aug 13, 2020
                               Form ID: pdf900              Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          KEVIN M. BUTTERY    on behalf of Creditor    DITECH FINANCIAL LLC cdigianantonio@rascrane.com
          KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          pabk@logs.com, klittle@logs.com
          MARIO J. HANYON    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
          paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee
          paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, National Association As Trustee For
          et al paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association
          mary@javardianlaw.com, angie.harrigan@javardianlaw.com
          MICHAEL JOHN CLARK    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
          New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage
          Securities Trust 2006-FA2 mjclark@logs.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
          for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com
          ROBERT LEITE-YOUNG    on behalf of Interested Party    DHO, LLC rleite@roachleite.com,
          lanette@roachleite.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, N.A., As Indenture Trustee et al
          paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                            TOTAL: 27

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SHARONN E. THOMAS, | : | Chapter 7 |
| | | : | |
| | **Debtor** | : | |
| | | : | |
| | | : | Bky. No. 18-17430 ELF |

# O R D E R

**AND NOW**, following a hearing held on **August 12, 2020**, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Trustee and creditor Martin Brown ("Brown") shall engage in good faith negotiations on the terms of a nondisclosure agreement ("the NDA") with respect to the Trustee's asset analysis contained in the spreadsheet described by counsel for the Trustee at the **August 12, 2020** hearing ("the Spreadsheet").

2. The Trustee shall provide a copy of the Spreadsheet to Brown forthwith after receipt of an NDA executed by Brown and his counsel.

3. A further status hearing is **SCHEDULED** on **September 16, 2020, at 10:00 a.m.**

Date: August 12, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**