IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>18-17430/ELF |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2<br>　　Movant.<br>v.<br><br>Sharonn E. Thomas<br>　　Debtor/Respondent,<br><br>Terry P. Dershaw, Trustee<br>　　Additional Respondent. | CHAPTER 7<br><br>11 U.S.C. § 362<br><br>November 18, 2020 at 10:00 AM<br><br>Courtroom # 1 |

**O R D E R**

　　AND NOW, this **20th day of January, 2020**, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and for the reasons stated in court, it is

　　**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 4712 Penn Street, Philadelphia, PA 19124; and it is

　　FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**