United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 20, 2021      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| r | + | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |
| cr | + | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 21 2021 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 21 2021 04:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 21 2021 04:54:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 21 2021 03:27:16 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 10 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:**

**Name**   **Email Address**

DAMIEN NICHOLAS TANCREDI
  on behalf of Debtor Sharonn E. Thomas Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DANIELLE BOYLE-EBERSOLE
  on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com

E. McCord CLAYTON
  on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
  on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN
  on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER
  on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com  abrown@gsbblaw.com

JEROME B. BLANK
  on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al paeb@fedphe.com

JEROME B. BLANK
  on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al paeb@fedphe.com

JOSHUA LOUIS THOMAS
  on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
  on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION amps@manleydeas.com

KEVIN G. MCDONALD
  on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
  on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN M. BUTTERY
  on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN S. FRANKEL
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
  on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
  on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 pabk@logs.com  klittle@logs.com;logsecf@logs.com

MARIO J. HANYON
  on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
  on behalf of Creditor Wells Fargo Bank  National Association As Trustee mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
  on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al mario.hanyon@brockandscott.com, wbecf@brockandscott.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf900 | Total Noticed: 10 |

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com angie.harrigan@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mjclark@logs.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 28

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>18-17430/ELF |
| Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2<br>　　　Movant.<br>v.<br>Sharonn E. Thomas<br>　　　Debtor/Respondent,<br>Terry P. Dershaw, Trustee<br>　　　Additional Respondent. | CHAPTER 7<br>11 U.S.C. § 362<br>November 18, 2020 at 10:00 AM<br>Courtroom # 1 |

**O R D E R**

AND NOW, this **20th day of January, 2020**, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and for the reasons stated in court, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 4712 Penn Street, Philadelphia, PA 19124; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**