# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) |
| | ) |
| | )   **Chapter 7** |
| **SHARONN E. THOMAS,** | ) |
| | ) |
| Debtor. | )   **Case No. 18-17430-ELF** |
| | ) |

## ORDER APPROVING APPLICATION OF TERRY P. DERSHAW, CHAPTER 7 TRUSTEE, TO EMPLOY BEDERSON LLP AS ACCOUNTANTS.

**AND NOW**, upon consideration of the Application of Terry P. Dershaw, Chapter 7 Trustee (the "Trustee") for the estate of Sharonn E. Thomas. (the "Debtor"), to Employ Bederson LLP ("Bederson") as Accountants, Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014, *nunc pro tunc* to April 26, 2019 (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Bederson's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ Bederson as accountants, for the purpose of providing the services as described in the Application and; and it is further

**ORDERED**, that Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

Date: 7/22/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**