United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17430-elf |
| Sharonn E. Thomas | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| acc | + | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

**Name**     **Email Address**

DAMIEN NICHOLAS TANCREDI
    on behalf of Debtor Sharonn E. Thomas Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

E. McCord CLAYTON
    on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

GARY F. SEITZ
    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com  gfs@trustesolutions.net

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: pdf900 | Total Noticed: 2 |

HAROLD N. KAPLAN
    on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER
    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com abrown@gsbblaw.com

JEROME B. BLANK
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al paeb@fedphe.com

JOSHUA LOUIS THOMAS
    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION amps@manleydeas.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 pabk@logs.com klittle@logs.com;logsecf@logs.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, wbecf@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com coleen@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 29

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 7 |
| SHARONN E. THOMAS, | ) <br> ) |
| Debtor. | ) Case No. 18-17430-ELF <br> ) |

**ORDER APPROVING APPLICATION OF TERRY P. DERSHAW, CHAPTER 7
TRUSTEE, TO EMPLOY BEDERSON LLP AS ACCOUNTANTS.**

**AND NOW**, upon consideration of the Application of Terry P. Dershaw, Chapter 7 Trustee (the "Trustee") for the estate of Sharonn E. Thomas. (the "Debtor"), to Employ Bederson LLP ("Bederson") as Accountants, Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014, *nunc pro tunc* to April 26, 2019 (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Bederson's retention is in the best interest of the creditors, it is hereby

**ORDERED**, that the Trustee is authorized to employ Bederson as accountants, for the purpose of providing the services as described in the Application and; and it is further

**ORDERED**, that Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 33 (3rd Cir. 1994).

Date: 7/22/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**