# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Sharonn E. Thomas,<br>        Debtor,<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2,<br>        Respondent | Chapter 7<br><br>Case No.: 18-17430-elf<br><br>Hearing Date: December 15, 2021<br>Time: 10:00 a.m. |

**RESPONSE OF THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2
TO TRUSTEE'S MOTION TO SELL CERTAIN REAL ESTATE ASSETS FREE AND CLEAR OF LIENS AND ENCUMBRANCES, SURCHARGE CERTAIN SECURED CREDITORS AND RESOLVE CERTAIN DISPUTES**

THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2, (hereinafter "Respondent"), by and through its undersigned counsel at Milstead & Associates, LLC, responds and objects to Trustee's Motion to Sell Certain Real Estate Assets Free and Clear of Liens and Encumbrances, Surcharge Certain Secured Creditors and Resolve Certain Disputes, in a limited manner, as follows:

    1.    Respondent's loan is secured by a mortgage on Debtor's property located at 504 N 57th Street, Philadelphia, PA 19131 ("Premises").

    2.    The proposed Order should provide that, after reasonable notice of the closing date from Trustee, Respondent shall provide to Trustee in writing an actual payoff amount,

good at least to the date of closing.

3. The proposed Order should provide that Respondent remains entitled to receive the full payoff amount on its loan due as of the date of closing on the Premises.

4. The proposed Order should provide for proper disbursement of sale proceeds, first for real estate taxes and water and sewer liens in connection with ownership of the Premises; then mortgage liens on the Premises, in order of recording; then administrative costs of sale associated with the Premises; then unsecured creditors, the Trustee and "Co-Owner," if any.

**WHEREFORE**, the Respondent, respectfully requests that this Honorable Court enter an Order consistent with Respondent's requests and such other relief as may be appropriate.

Respectfully submitted,

Milstead & Associates

Dated: December 3, 2021

BY: */s/ Lorraine Gazzara Doyle*
Lorraine Gazzara Doyle, Esquire
Milstead & Associates, LLC
1 East Stow Road
Marlton, NJ 08053
(856) 482-1400
PA BAR ID #34576
ldoyle@milsteadlaw.com
Attorneys for Respondent

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Sharonn E. Thomas,<br>        Debtor,<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2,<br>        Respondent | Chapter 7<br><br>Case No.: 18-17430-elf<br><br>Hearing Date: December 15, 2021<br>Time: 10:00 a.m. |

## CERTIFICATION OF SERVICE

     Lorraine Gazzara Doyle, Esquire counsel for THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA2, hereby certifies that a copy of the Response to Trustee`s Motion to Sell Certain Real Estate was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on December 3, 2021, addressed as follows:

| | |
|---|---|
| Terry P. Dershaw, Trustee<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974-0632<br>*via electronic transmission and regular mail* | Gary F. Seitz, Esquire<br>GELLERT SCALI BUSENKELL & BROWN, LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd., Suite 1901<br>Philadelphia, PA 19103<br>*via electronic transmission and regular mail* |
| Damien Nicholas Tancredi, Esquire<br>Flaster Greenberg P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103<br>*via electronic transmission and regular mail* | Joshua Louis Thomas, Esquire<br>Joshua L. Thomas & Associates<br>PO Box 415<br>Pocopson, PA 19366<br>*via electronic transmission and regular mail* |

| | |
|---|---|
| Sharonn E. Thomas<br>856 North 29th St.<br>Philadelphia, PA 19130<br>*via regular mail* | |

                                                    MILSTEAD & ASSOCIATES, LLC

DATED: December 3, 2021            By: */s/Lorraine Gazzara Doyle*
                                                    Lorraine Gazzara Doyle, Esquire
                                                    Attorney ID No. 34576
                                                    1 E. Stow Road
                                                    Marlton, NJ 08053
                                                    (856) 482-1400
                                                    Attorneys for Respondent