Sharonn Thomas-Pope
49 Greypebble Road
Sicklerville, NJ 08081

December 21, 2021

*Via Email Only*
Gary Seitz, Esq.
Gellert Scali Busenkell & Brown, LLC
8 Penn Center
1682 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103

RE: Offer to Purchase 3508 North 23rd Street and 2924 Ringgold Street

Dear Mr. Seitz:

    I am hereby making a binding, enforceable offer to purchase from the Estate of Sharonn Thomas 3508 North 23rd Street and 2924 Ringgold Street free and clear of all liens, claims, and encumbrances except any outstanding liens held by the City of Philadelphia, Philadelphia Gas Works, and the School District of Philadelphia (the "City Liens"). The City Liens will stay attached to the property. This sale will be accomplished through an LLC that will be established prior to the closing.

    The total consideration offered is $114,691.00. This is calculated as follows:

Estate's share of 23rd Street - $66,715
Realtor Fee - $9060
Taxes - $17,704
Estate's share of Ringgold Street - $13,742
Realtor Fee - $2280
Estate's Premium - $5000
Taxes - $190
Total = $114,691

    I am prepared to tender a deposit in the amount of $11,469.10, which will be credited against the purchase price at closing. Additionally, I am willing to waive all inspections rights regarding this property.

    I understand that this offer is subject to higher and bidder bids. Kindly let me know if you receive such and I will evaluate my next steps. If not, I hope you find this offer acceptable for us to move forward.

    Kindest Regards,

    */s/ Sharonn Thomas-Pope*
    _____
    Sharonn Thomas-Pope

CC: Pamela Thurmond, Esq.

8670727 v1