Sharonn E. Thomas-Pope Case 18-17430
(Chapter 13 Filed 11/8/2018, Converted 1/23/2019)
Property Analysis - estimate closing for properties

| property number | 1 | 2 | 3 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 15 | 16 | 19 | 20 | 21 | 26 | TOTAL FOR ALL PROPERTIES (net of partiaL ownership) | description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Status | RENTAL - Inheritance | RENTAL - Gift | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL - Inheritance | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | RENTAL- Purchased | | |
| Debtor's Ownership | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 50% | 100% | 100% | 100% | 50% | 100% | 100% | 50% | | |
| Property address | 3508 N 23rd ST, PA | 2835 N Bonsall ST, PA | 504 N 57th ST, PA | 2924 N Ringgold ST, PA | 2338 N Gratz ST, PA | 5621 Walton ST, PA | 6106 Oxford ST, PA | 3330 W Sergeant ST, PA | 1720 N Taney ST, PA | 4712 Penn ST, PA | 2509 W Lehigh Ave, PA | 6563 Woodstock ST, PA | 1633 N 26th ST, PA | 5726 Hoffman Ave, PA | 5728 Hoffman Ave, PA | 3060 N Bonsall St, PA | | |
| Estimated Sales price (a) (A) | $ 154,379 | $ 34,000 | $ 55,000 | $ 47,487 | $ 54,000 | $ 69,000 | $ 130,000 | $ 78,000 | $ 84,000 | $ 135,000 | $ 65,000 | $ 89,000 | $ 80,000 | $ 89,000 | $ 90,000 | $ 42,000 | $ 1,295,866 | |
| Last Purchased Date | 12/19/2008 | 5/19/2003 | 4/15/1988 | 6/15/2004 | 8/26/2005 | 10/31/2005 | 4/20/1993 | 6/23/2004 | 11/7/2000 | 4/15/1999 | 6/13/1995 | 7/26/2001 | 2/27/2003 | 12/18/1997 | 12/18/1997 | 4/7/2005 | total group | |
| Estimated Basis per (b) (B) | $ 51,347 | $ 11,229 | $ 31,000 | $ 18,000 | $ 35,700 | $ 43,000 | $ 59,000 | $ 17,000 | $ 500 | $ 49,000 | $ 27,500 | $ 27,617 | $ 6,500 | $ 18,000 | $ - | $ 28,000 | $ 423,393 | |
| Estimated Depr through 2017 ( C ) | $ 27,801 | $ 5,614 | | $ 5,681 | $ 16,788 | $ 20,448 | $ 56,617 | $ 14,183 | $ 188 | $ 28,119 | $ 25,455 | $ 21,472 | $ 2,805 | | | | $ 225,170 | |
| PY Depr - 2018 ( C ) | $ 2,199 | $ 401 | $ - | $ 437 | $ 1,399 | $ 1,704 | $ 2,383 | $ 1,091 | $ 313 | $ 2,163 | $ 1,545 | $ 1,342 | $ 446 | $ 1,745 | $ 1,745 | $ - | $ 18,912 | |
| Total Depr ( c ) ( C ) | $ 30,000 | $ 6,015 | $ - | $ 6,118 | $ 18,187 | $ 22,152 | $ 59,000 | $ 15,274 | $ 500 | $ 30,282 | $ 27,000 | $ 22,814 | $ 3,250 | $ 1,745 | $ 1,745 | $ - | $ 244,082 | |
| **Closing Costs** | | | | | | | | | | | | | | | | | | |
| Realtor Fees (estimated 6%) | $ 9,263 | $ 2,040 | $ 3,300 | $ 2,849 | $ 3,240 | $ 4,140 | $ 7,800 | $ 4,680 | $ 5,040 | $ 8,100 | $ 3,900 | $ 5,340 | $ 4,800 | $ 5,340 | $ 5,400 | $ 2,520 | $ 77,752 | paid at closing |
| Other Closing (estimated 3%) | $ 4,631 | $ 1,020 | $ 1,650 | $ 1,425 | $ 1,620 | $ 2,070 | $ 3,900 | $ 2,340 | $ 2,520 | $ 4,050 | $ 1,950 | $ 2,670 | $ 2,400 | $ 2,670 | $ 2,700 | $ 1,260 | $ 38,876 | paid at closing |
| City Water Liens (per petition) | $ 18,491 | $ 6,429 | $ 3,736 | $ 3,177 | $ 7,869 | $ 862 | $ 6,478 | $ 2,607 | $ 98 | $ 20,631 | $ 10,693 | $ 5,597 | $ 11,781 | $ 9,058 | $ 67 | $ 51 | $ 107,624 | paid at closing |
| Water Repair | $ - | $ - | | | | | | | | | | $ 864 | | $ 264 | | | $ 1,128 | paid at closing |
| L&I Debt | | | | | $ 645 | | | | | | | $ 168 | $ - | | | | $ 813 | paid at closing |
| Trash Fees | $ 8,971 | | | | | | $ 3,587 | | | | $ 8,961 | $ 8,961 | | | $ 2,507 | | $ 32,986 | paid at closing |
| TOTAL OTHER LIENS | $ 6,994 | $ 14,445 | $ 6,836 | $ 14,449 | $ 6,641 | $ 2,538 | $ 5,346 | $ 5,154 | $ 2,174 | $ 28,168 | $ 14,694 | $ 8,136 | $ 1,944 | $ 1,504 | $ 7,813 | $ 4,253 | $ 131,089 | paid at closing |
| Property Tax € www.phila.gov | $ 8,535 | $ 5,401 | $ - | $ 4,023 | $ - | $ - | $ - | $ 3,700 | $ 3,375 | $ - | $ 7,959 | $ - | $ 6,374 | $ 1,738 | $ 6,752 | $ 441 | $ 48,297 | paid at closing |
| TOTAL LIENS | $ 56,885 | $ 29,335 | $ 15,522 | $ 25,923 | $ 20,016 | $ 9,610 | $ 27,111 | $ 18,481 | $ 13,207 | $ 70,942 | $ 48,156 | $ 21,743 | $ 27,563 | $ 22,816 | $ 22,732 | $ 8,525 | $ 438,565 | |
| Deductible selling (d) | $ 56,885 | $ 29,335 | $ 15,522 | $ 25,923 | $ 20,016 | $ 9,610 | $ 27,111 | $ 18,481 | $ 13,207 | $ 70,942 | $ 48,156 | $ 21,743 | $ 27,563 | $ 22,816 | $ 22,732 | $ 8,525 | $ 438,565 | |
| Non-deductible | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| ESTIMATED GAIN/(LOSS) | $ 76,146 | $ (548) | $ 8,478 | $ 9,682 | $ 16,471 | $ 38,542 | $ 102,889 | $ 57,793 | $ 70,793 | $ 45,340 | $ 16,344 | $ 62,454 | $ 49,187 | $ 49,929 | $ 69,013 | $ 5,475 | $ 677,990 | |
| (a)-(b)+(c)-(d) | | | | | | | | | | | | | | | | | | |
| PA Tax (3.07%); NJ (from tax table) | $ 2,338 | $ (17) | $ 260 | $ 297 | $ 506 | $ 1,183 | $ 3,159 | $ 1,774 | $ 2,173 | $ 1,392 | $ 502 | $ 1,917 | $ 755 | $ 1,533 | $ 2,119 | $ 168 | $ 20,059 | reserved and paid to trustee |
| Fed Tax on Cap Gains (15%) | $ 6,922 | $ (82) | $ 1,272 | $ 535 | $ 2,471 | $ 2,459 | $ 6,583 | $ 6,378 | $ 10,544 | $ 2,259 | $ 2,452 | $ 5,946 | $ 3,445 | $ 7,228 | $ 10,090 | $ 821 | $ 69,321 | reserved and paid to trustee |
| Fed Tax on Ordinary Income (30%) | $ 9,000 | $ - | $ - | $ 1,835 | $ - | $ 6,646 | $ 17,700 | $ 4,582 | $ 150 | $ 9,085 | $ - | $ 6,844 | $ 488 | $ 524 | $ 524 | $ - | $ 57,377 | reserved and paid to trustee |
| Total Estimated Estate Taxes | $ 18,260 | $ (99) | $ 1,532 | $ 2,667 | $ 2,976 | $ 10,287 | $ 27,442 | $ 12,734 | $ 12,867 | $ 12,735 | $ 2,953 | $ 14,708 | $ 4,688 | $ 9,284 | $ 12,732 | $ 989 | $ 146,757 | reserved and paid to trustee |
| Estimated Mortgages on Property | $ 10,019 | $ - | $ 9,671 | $ 5,155 | $ 20,841 | $ 29,176 | $ 16,155 | $ 10,019 | $ - | $ 34,760 | $ - | $ 50,914 | $ 24,726 | $ 6,838 | $ 50,000 | $ - | $ 268,274 | |
| Estimated Available Cash after Payments to Lenders & Taxes | $ 69,215 | $ 4,764 | $ 28,275 | $ 13,742 | $ 10,166 | $ 19,927 | $ 59,292 | $ 36,766 | $ 57,926 | $ 16,563 | $ 13,891 | $ 1,635 | $ 23,023 | $ 50,062 | $ 4,536 | $ 32,486 | $ 442,270 | |
| Amount for joint owner | | | | | | | | | $ 35,397 | | | | $ 13,855 | | | $ 16,738 | $ 65,990 | to be paid to joint owner |
| 60% of net cash at closing after reserve for taxes as payment on additional city liens | $ 41,529 | $ 2,859 | $ 16,965 | $ 8,245 | $ 6,100 | $ 11,956 | $ 35,575 | $ 22,060 | $ 13,518 | $ 9,938 | $ 8,334 | $ 981 | $ 5,501 | $ 30,037 | $ 2,722 | $ 9,449 | $ 225,768 | paid at closing to city |
| carve out for professionals and unsecured claims paid to trustee | $ 27,686 | $ 1,906 | $ 11,310 | $ 5,497 | $ 4,067 | $ 7,971 | $ 23,717 | $ 14,706 | $ 9,012 | $ 6,625 | $ 5,556 | $ 654 | $ 3,667 | $ 20,025 | $ 1,814 | $ 6,299 | $ 150,512 | reserved and paid to trustee |
| allocation of estimated Available Cash after Payments to Lenders & Taxes | $ 69,215 | $ 4,764 | $ 28,275 | $ 13,742 | $ 10,166 | $ 19,927 | $ 59,292 | $ 36,766 | $ 57,926 | $ 16,563 | $ 13,891 | $ 1,635 | $ 23,023 | $ 50,062 | $ 4,536 | $ 32,486 | $ 442,270 | |
| FROM TOTAL WORKSHEET | $ 69,215 | $ 4,764 | $ 28,275 | $ 13,742 | $ 10,166 | $ 19,927 | $ 59,292 | $ 36,766 | $ 57,926 | $ 16,563 | $ 13,891 | $ 1,635 | $ 23,023 | $ 50,062 | $ 4,536 | $ 32,486 | $ 442,270 | |
| Proof | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Deposit received by Estate | $ 12,000 | $ 3,400 | $ 5,500 | $ 3,800 | $ 5,400 | $ 5,000 | $ 6,500 | $ 7,800 | $ 8,000 | $ 10,000 | $ 6,500 | $ 8,900 | $ 5,000 | $ 4,450 | $ 4,450 | $ 4,200 | $ 100,900 | |