United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 23, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| acc | + | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| r | + | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 23 2021 22:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2021 22:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 23 2021 22:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 23 2021 22:54:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 23 2021 22:59:46 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 23 2021 22:54:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 23 2021 22:54:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 18-17430-elf    Doc 246    Filed 12/25/21    Entered 12/26/21 00:22:29    Desc
Imaged Certificate of Notice    Page 2 of 8

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 11 |

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com

DAMIEN NICHOLAS TANCREDI
on behalf of Debtor Sharonn E. Thomas Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

E. McCord CLAYTON
on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN
on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER
on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com abrown@gsbblaw.com

JEROME B. BLANK
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al paeb@fedphe.com

JOSHUA LOUIS THOMAS
on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN M. BUTTERY
on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN S. FRANKEL
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 23, 2021 | Form ID: pdf900 | Total Noticed: 11 |

Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 pabk@logs.com  klittle@logs.com;logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com  coleen@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO  LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 33

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | |
| | : | No. 18-17430-ELF |
| Debtor. | : | |

### ORDER

Upon consideration of the Motion (the "Motion") filed by Terry P. Dershaw, Chapter 7 Trustee (the "Trustee) of the bankruptcy estate of Sharonn E. Thomas (the "Debtor") for an Order Authorizing The Trustee to Sell Real Estate as set forth on Exhibit A (the "Properties") Free and Clear of Liens, Claims and Interests Pursuant to Section 363(b) and (f) of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), to the parties set forth in agreements of sale attached to the Motion except that 3508 N 23rd Street and 2924 Ringgold Street shall be sold to the higher offeror pursuant to the Agreement filed with the Court and the responses to the Motion [Doc. 230, 231, 232, 233, 234, and 237], after a hearing at which the Trustee reported that the issues with the some of the responding parties have been resolved but not with respect to alleged second mortgage liens of Bank of New York Mellon, and the Court being satisfied that:

(i) the sale of the Properties is necessary and is in the best interest of the Trustee, Debtor, the creditors and the estate;

(ii) the sale of the Properties contemplated by the Motion being a sound exercise of the Trustee's business judgment and being in good faith;

(iii) the sale of the Properties is the product of good faith, arm's length negotiations between the Trustee and Buyers.

- 1 -

(iv)  and appearing that notice of the Motion having been given to the Office of the United States Trustee, the Debtor, creditors and other notice parties;

(v)  and it appearing that no other notice need be given;

(vi)  this Court having jurisdiction over the Motion;

(vii)  after any proceedings in respect of this matter; and

(viii)  sufficient cause appearing therefore, it is hereby:

**ORDERED** that pursuant to §§ 363(b) and (f) of the Bankruptcy Code, the Trustee is authorized and empowered to sell the Properties, where is, as is, without representation, warranty, statement, or guaranty whether express or implied, free and clear of interests (unless otherwise provided in the Motion or in the offer, including the purchaser of 3508 N. 23rd Street & 2924 Ringgold Street who is buying subject to the City of Philadelphia's statutory liens including any liens for real estate taxes, water debt, street fees and non-judgment licensing & inspection debt, which liens will remain attached to these properties), for due consideration pursuant to the Contracts attached to the Motion as Exhibit B as Supplemented with the higher offers submitted to the Trustee with respect to 3508 N 23rd Street and 2924 N Ringgold St. filed of record; it is further

**ORDERED** that the settlement with the City of Philadelphia is approved; it is further

**ORDERED** that from the proceeds of the sale of the Properties, the Trustee is authorized to pay at closing:

a.  all Undisputed Liens (as set forth in the attached revised Exhibit A2 to the Motion) encumbering the Properties, less any agreed upon Carve-out;

b.  the real estate Broker Fees;

c.  typical closing costs;

d.  the co-owner's portion, if any, and

2

**ORDERED** that Disputed Liens, including the alleged second mortgage liens of Bank Of New York Mellon with respect to 504 N 57th St. and 6106 W. Oxford St., shall not be paid at closing and shall attach to the proceeds of the sale until further determination by Order of the Court; it is further

**ORDERED** that Pablo Tibab, the initial bidder for real estate at 2924 N. Ringgold, Phila, PA is hereby approved as back up bidder for the same terms as proposed to the court in the Motion, in the event that the higher and better offeror does not close; it is further

**ORDERED** that Pursuant to Bankruptcy Rules 6004(h) this Order shall be effective and enforceable immediately upon entry, and the Trustee and the Buyers are authorized to close the Sales immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) and is hereby waived.

**Date: 12/22/21**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

3

EXHIBIT A-2 [REVISED]
UNDISPUTED FIRST PRIORITY LIENS/CO-OWNERS
TO BE PAID AT CLOSING

| No. | Properties | Sales Price | Mortgagee/ Co-owner | Undisputed amount |
|---|---|---|---|---|
| 1 | 3508 N 23rd St | $154,379 | TFI, Inc | $10,019 Cross collateralized with 3330 W. Sergeant |
| 2 | 2835 N Bonsall ST | $34,000 | [City] | [See carve-out] |
| 3 | 504 N 57th St | $55,000 | Bank Of New York Mellon Response Doc. 233 Bank Of New York Mellon Alleged Second | $9671. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 7 | 2924 N. Ringgold Street | $47,487 | PNC Bank, National Association Response Doc. 231 | $5155. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 8 | 2338 N Gratz ST | $54,000 | JPMorgan Chase Bank, National Association Response Doc. 234 | $20,041. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 9 | 5621 Walton Ave | $69,000 | U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 Response Doc. 230 | $29,176. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 10 | 6106 W. Oxford St | $130,000 | Wells Fargo Home Mortgage | $12,900 |

4

|    |                            |           |                                                                    |                                                                                                                                               |
|----|----------------------------|-----------|--------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------|
|    |                            |           | BoNY Alleged Second                                                | $3255                                                                                                                                         |
| 11 | 3330 W Sergeant ST         | $78,000   | TFI, Inc.                                                          | $10,019 Cross collateralized with 3508 N 23rd                                                                                                 |
| 12 | 1720 N Taney ST,           | $84,000   | 50% Owner Deborah Morris                                           | $35,397 Co-owner                                                                                                                              |
| 13 | 4712 Penn St               | $135,000  | MERS Loan Assigned to BNY/First Horizon Response Do, 237           | $34,760. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 15 | 2509 W Lehigh Ave          | $65,000   | [City]                                                             | [See carve-out]                                                                                                                               |
| 16 | 6563 Woodstock             | $89,000   | Ocwen Loan Svgs LLC                                                | $50,914                                                                                                                                       |
| 19 | 1633 N 26th Street         | $80,000   | NationStar Mtge LLC 50 % Owner Brian E. Pope                       | $24,726 $13,855                                                                                                                               |
| 20 | 5726 Hoffman Avenue        | $89,000   | PNC Bank Response Doc. 232                                         | $68038. The lien shall be paid in full subject to a proper and accurate payoff at the time of sale unless mortgagee otherwise agrees to accept a lower amount. |
| 21 | 5728 Hoffman Avenue        | $90.000   | PNC Bank                                                           | $50,000                                                                                                                                       |
| 26 | 3060 N Bonsall St          | $42,000   | 50% Owner Brenda J. Royal                                          | $16,738                                                                                                                                       |