**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-17430-ELF |
| SHARONN THOMAS | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 5403N 12TH ST, SICKLERVILLE, PA 19141 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******5749**

NOW COMES Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
PABKR@brockandscott.com

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, New Jersey 08054

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed

22-00902 BKMFR01




Certificates, Series 2007-OPT1 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                        RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

22-00902 BKMFR01