# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SHARONN THOMAS<br><br>HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2007-2,<br>     Movant<br><br>vs.<br><br>SHARONN THOMAS,<br>     Debtor,<br><br>Terry P. Dershaw<br>     Respondent | Case No. 18-17430-elf<br>Chapter 7 |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2007-2, ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Automatic Stay filed on January 4, 2022. Motion to Sell pending.

This 30th day of January, 2022.

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SHARONN THOMAS<br><br>HSBC Bank USA, N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2007-2,<br>    Movant<br><br>vs.<br><br>SHARONN THOMAS,<br>    Debtor,<br><br>Terry P. Dershaw<br>    Respondent | Case No. 18-17430-elf<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Motion For Relief From Automatic Stay has been electronically served or mailed, postage prepaid on this day to the following:

SHARONN THOMAS
856 North 29th St.
Philadelphia, PA 19130

Damien Nicholas Tancredi
Flaster/Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
damien.tancredi@flastergreenberg.com

Terry P. Dershaw, Bankruptcy Trustee
P.O. Box 556
Warminster, PA 18974

Office of the U.S. Trustee , US Trustee
200 Chestnut Street
Suite 502

Philadelphia, PA 19106

<u>January 30, 2022</u>

                                              <u>*/s/ Andrew Spivack*</u>
                                              Andrew Spivack
                                              (Bar No. 84439)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              302 Fellowship Road, Suite 130
                                              Mount Laurel, NJ 08054
                                              Telephone:  844-856-6646 x3017
                                              Facsimile:  704-369-0760
                                              E-Mail:  PABKR@brockandscott.com