## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SHARONN THOMAS<br>         Debtor | Case No. 18-17430-elf |
| Terry P. Dershaw,<br><br>         Trustee<br><br>vs.<br><br>HSBC Bank USA, N.A., as Indenture Trustee for<br>the registered Noteholders of Renaissance Home<br>Equity Loan Trust 2007-2,<br>         Respondent | Chapter 7 |

## ORDER

**AND NOW**, this   22nd day of    February    , 2022, it is hereby **ORDERED** that the

parties' Stipulation (Doc. # 257) is hereby approved,

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**