**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| SHARONN THOMAS, | : | Bankruptcy No. 18-17430-elf |
|     Debtor | : | Chapter 7 |
| Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| SHARONN THOMAS | : | 11 U.S.C. §362 |
|     and | | |
| Terry P. Dershaw, ESQUIRE (TRUSTEE) | | |
|     Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY (DE 255)**

The undersigned hereby certifies that, as of February 16, 2022, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Automat.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Automat. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before February 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 21, 2022

Respectfully submitted,

Brock & Scott, PLLC

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x3017
Facsimile: 704-369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| SHARONN THOMAS, | : | Bankruptcy No. 18-17430-elf |
|     Debtor | : | Chapter 7 |
| Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 | : | |
|     Movant | : | |
| | : | |
|       v. | : | |
| SHARONN THOMAS | : | 11 U.S.C. §362 |
|     and | | |
| Terry P. Dershaw, ESQUIRE (TRUSTEE) | | |
|     Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on February 23, 2022 to the following:

SHARONN THOMAS
856 North 29th St.
Philadelphia, PA 19130

Damien Nicholas Tancredi, Debtor's Attorney
Flaster Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Damien.Tancredi@flastergreenberg.com

Terry P. Dershaw, Bankruptcy Trustee
P.O. Box 556
Warminster, PA 18974

**GARY F SEITZ**
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

>/s/ Andrew Spivack
> Andrew Spivack
> (Bar No. 84439)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Suite 130
> Mount Laurel, NJ 08054
> Telephone:  844-856-6646 x3017
> Facsimile:  704-369-0760
> E-Mail:  PABKR@brockandscott.com