# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SHARONN E THOMAS-POPE<br>    Debtor | Case No. 18-17430-elf |
| Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1,<br>    Movant | Chapter 7 |
| vs.<br>SHARONN E THOMAS-POPE<br>    and<br>Terry P. Dershaw, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this **2nd** day of **March**, 20**22**, at **PHILADELPHIA**, upon Motion of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that the automatic stay under 11 U.S.C. §362 is **MODIFIED** with respect to, 5403N 12th Street, Sicklerville, Pennsylvania 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Order entered by default.**

Date: 3/2/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**