United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-elf  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| acc | + | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| r | + | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |
| cr | + | Wells Fargo Bank, National Association as Trustee, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 03 2022 23:50:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054, UNITED STATES 08054-4624 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2022 00:00:03 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 03 2022 23:50:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 03 2022 23:50:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com

DAMIEN NICHOLAS TANCREDI
on behalf of Debtor Sharonn E. Thomas Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

E. McCord CLAYTON
on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN
on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER
on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com abrown@gsbblaw.com

JEROME B. BLANK
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al paeb@fedphe.com

JOSHUA LOUIS THOMAS
on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: pdf900 | Total Noticed: 13 |

on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 logsecf@logs.com  cistewart@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com, cistewart@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank  National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com  coleen@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO  LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 35

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SHARONN E THOMAS-POPE<br>    Debtor | Case No. 18-17430-elf |
| | Chapter 7 |
| Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1,<br>    Movant | |
| vs.<br>SHARONN E THOMAS-POPE<br>    and<br>Terry P. Dershaw, ESQUIRE (TRUSTEE)<br>    Respondents | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this ____2nd____ day of ____March_____, 20_22_, at **PHILADELPHIA**, upon Motion of Wells Fargo Bank, National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Backed Certificates, Series 2007-OPT1 (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that the automatic stay under 11 U.S.C. §362 is **MODIFIED** with respect to, 5403N 12th Street, Sicklerville, Pennsylvania 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

    **Order entered by default.**

Date: 3/2/22

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**