**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re | ) |
| | ) |
| Sharonn E Thomas, | ) Case No: 18-17430-ELF |
| | ) Chapter 7 |
| Debtor. | ) |

## TRUSTEE'S NOTICE TO ABANDON

TO PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Terry P. Dershaw, the duly appointed and acting Chapter 7 Trustee herein, provides Notice pursuant to Rule 6007(a) of the Bankruptcy Rules and 11 U.S.C. § 554 of his intention to abandon property of the estate to Sharonn E Thomas ("Debtor"). Trustee states as follows:

1. When appointed, the Trustee took control of certain real estate of Debtor (listed on Exhibit A). The Trustee and his professionals have marketed the properties, but the bankruptcy estate is unable to sell the properties for prices in excess of liens. Accordingly, there is no point to continued control of these properties.

2. The Property has no value for unsecured creditors due to costs of administration, liens and exemption rights.

3. The Trustee intends to abandon the estate's interest in the Property.

4. If any party wishes to oppose the Trustee's action they must file a written objection and request for hearing on or before fourteen days from the date set forth below, and serve a copy on the undersigned trustee and counsel.

5. Objections and requests for a hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. General objections may not be considered by the court.

6. In the absence of a timely filed and substantiated objection and request for hearing by an interested party, the Court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

WHEREFORE, the Trustee respectfully requests that in the event that no responses to the Notice are filed or no hearing scheduled, that the court enter an order authorizing the Trustee to abandon the property set for on Exhibit A.

Dated:   March 29, 2022                         */s/ Terry P. Dershaw*
                                                        Terry P. Dershaw
                                                        Chapter 7 Trustee

Counsel for Notice and Objections:
Gellert Scali Busenkell & Brown, LLC
Gary F. Seitz, Esq.
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103
Telephone: (215) 238-0011
gseitz@gsbblaw.com