**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| Sharonn E Thomas, | ) | Case No: 18-17430-ELF |
| | ) | Chapter 7 |
| Debtor. | ) | |

**EXHIBIT A**

SIX (6) PROPERTIES TO ABANDON:

1. 2817 N Taney St, Philadelphia, PA 19132
2. 2832 N Bambrey St, Philadelphia, PA 19132
3. 5403 N 12th St, Philadelphia, PA 19141
4. 3929 Wyalusing Ave, Philadelphia, PA 19104
5. 5710 Hadfield St, Philadelphia, PA 19143
6. 2607 N 24th St, Philadelphia, PA 19132