UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | Case No: 18-17430-ELF |
| Sharonn E Thomas, | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

---

## TRUSTEE REPORTS OF SALE

---

The undersigned Terry P. Dershaw, in his capacity as Chapter 7 Trustee ("Trustee"), provides the following Report of the Sale of certain assets of the Bankruptcy Estate, and respectfully represents as follows:

1. Trustee has closed some of the sales transactions approved by the court as set forth in its order dated 12/23/2021 [Doc. 245].

2. Trustee has received net sale funds as set forth on the attached settlement sheets.

3. The following properties of the debtor were sold:

| Property Address | Gross Proceeds | Closing Csts & Liens |
|---|---|---|
| 2338 Gratz Street | $54,000 | Ex. 1 |
| 504 N. 57th Street | $55,000 | Ex. 2 |
| 6106 W Oxford Street | $130,000 | Ex. 3 |
| 2835 N. Bonsall St | $34,000 | Ex. 4 |
| 5621 Walton Avenue | $69,000 | Ex. 5 |
| 5726 Hoffman Ave | $89,000 | Ex. 6 |
| 3060 N Bonsall St | $42,000 | Ex. 7 |

| 6563 Woodstock | $89,000 | Ex. 8[1] |
|---|---|---|

4.      The Trustee deposited the net sale proceeds into a bank account for this Bankruptcy Estate.

5.      The Trustee continues to work towards closing on the other properties set forth in the court's order dated 12/23/2021 [Doc. 245].

Dated:  April 19, 2022

By: /s/  Terry P. Dershaw
Chapter 7 Trustee

---

[1] Note that the title company failed to properly include the seller and buyer's side of the transfer tax for this property on the settlement sheet.  The tax will be calculated and paid out of the Trustee's net proceeds and a revised settlement sheet will be obtained.