# **EXHIBIT 5**

| A. Settlement Statement | U.S. Department of Housing and Urban Development | OMB No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
|---|---|---|---|
| 4. ☐ VA   5. ☐ Conv Ins.  6. ☐ Seller Finance | 112386SF-02 | | |
| 7. ☒ Cash Sale. | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Michael Lenaban<br>1721 Peachtree Lane<br>Eagleville, PA 19403 | Terry Dershaw Chapter 7 Trustee for Sharonn Thomas, Case #18-17430<br>935 Ocean Ave Unit #424,<br>Ocean City, NJ 08226 | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Parcel/BRT 46-3077100, City of Philadelphia, in Philadelphia County, PA<br>5621 Walton Avenue<br>Philadelphia, PA 19143 | Surety Abstract Services, LLC<br>11 Eves Drive, Suite 150<br>Marlton, NJ 08053  Tax ID: 22-3154895<br>Underwritten By: Fidelity National |

| Place of Settlement<br>By Mail Closing | I. Settlement Date<br>3/15/2022<br>Fund: |
|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $69,000.00 | 401. Contract Sales Price | $69,000.00 |
| 102. Personal Property | | 402. | |
| 103. Settlement Charges to borrower | $2,990.79 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town Taxes  03/15/22 to 12/31/22 | $753.66 | 406. City/Town Taxes  03/15/22 to 12/31/22 | $753.66 |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. CCMUA | | 409. CCMUA | |
| 110. Association | | 410. Association | |
| 111. Trash | | 411. Trash | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $72,744.45 | 420. Gross Amount Due to Seller | $69,753.66 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | $5,000.00 | 501. Earnest money held by seller | $5,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $27,988.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan to Select Portfolio Servicing, Inc | $29,453.56 |
| 205. | | 505. Payoff of second mortgage loan to | |
| 206. | | 506. no open mortgages | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. CCMUA | | 513. CCMUA | |
| 214. Association | | 514. Association | |
| 215. Trash | | 515. Trash | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $5,000.00 | 520. Total Reduction Amount Due Seller | $62,441.66 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $72,744.45 | 601. Gross Amount due to seller (line 420) | $69,753.66 |
| 302. Less amounts paid by/for borrower (line 220) | $5,000.00 | 602. Less reductions in amt. due seller (line 520) | $62,441.66 |
| 303. Cash From Borrower | $67,744.45 | 603. Cash To Seller | $7,312.00 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

File No. 112386SF-02

| L. Settlement Charges | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $69,000.00 @6 % = $4,140.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $2,070.00 | to Star Real Estate Group | | | |
| 702. $2,070.00 | to OCF Realty | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $4,140.00 |
| 704. Broker Fee | to Star Real Estate Group | | $375.00 | |
| 800. Items Payable in Connection with Loan | | | | |
| 801. Loan Origination Fee    % | to | | | |
| 802. Loan Discount    % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report Fee | to | | | |
| 805. | to | | | |
| 806. | to | | | |
| 807. | to | | | |
| 808. | to | | | |
| 809. | to | | | |
| 900. Items Required by Lender To Be Paid in Advance | | | | |
| 901. Interest from 3/15/2022 to 4/1/2022 @ $0/day | | | | |
| 902. for months | to | | | |
| 903. Hazard Insurance Premium for years | to | | | |
| 904. | to | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard Insurance | months @ | per month | | |
| 1002. Mortgage Insurance | months @ | per month | | |
| 1003. City Property Taxes | months @ | per month | | |
| 1004. County Property Taxes | months @ | per month | | |
| 1005. School Property Taxes | months @ | per month | | |
| 1006. Other Tax | months @ | per month | | |
| 1007. Flood Insurance | months @ | per month | | |
| 1008. | months @ | per month | | |
| 1011. Aggregate Adjustment | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or Closing Fee | to | | | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to CLERK | | | $15.00 |
| 1107. Attorney's Fees | to | | | |
| (includes above items numbers: | | ) | | |
| 1108. Title Insurance | to Surety Title Company, LLC - Trust | | $875.63 | |
| (includes above items numbers: | | ) | | |
| 1109. Lender's coverage | $0.00/$0.00 . | | | |
| 1110. Owner's coverage | $69,000.00/$875.63 | | | |
| 1111. Escrow Service | to | | | |
| 1112. Courier/Messenger Service | to Surety Title Company, LLC - Trust | | | $20.00 |
| 1113. outgoing wire | to Surety Title Company, LLC - Trust | | | $10.00 |
| 1114. Incoming wire | to Surety Title Company, LLC - Trust | | $7.50 | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees  Deed $256.75 ; Mortgage : Rel | to Philadelphia County Recorder of Deeds | | $256.75 | |
| 1202. Realty Transfer Tax  Deed $2,951.82 ; Mortgage | to Philadelphia County Recorder of Deeds | | $1,475.91 | $1,475.91 |
| 1203. State Tax/Stamps  Deed ; Mortgage | to | | | |
| 1204. | to | | | |
| 1205. | to | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. Real Estate Taxes 2022 | to Philadelphia Revenue Dept. | | | $942.07 |
| 1304. Water Revenue billed to 1/14/2022 | to Philadelphia WATER REVENUE BUREAU | | | $1,145.07 |
| 1305. Water Revenue 1/14/-2/14/2022 | to Philadelphia WATER REVENUE BUREAU | | | $28.96 |
| 1306. Income tax due to the Trustee $12,312.00 | to | | | |
| 1307. Based on the net Total $21676.55 | to | | | |
| 1308. 60% Carve out to the City of Phila | to City of Philadelphia Major Tax Unit | | | $12,127.00 |
| 1309. 40% Carve out to the Trustee | to Terry Dershaw,Trustee | | | $8,084.09 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $2,990.79 | $27,988.10 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_____  Terry Dershaw Chapter 7 Trustee for Sharonn Thomas, Case #18-17430
Michael Lenahan

_____, TRUSTEE
By Sharonn Thomas

SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____   3/15/2022
Settlement Agent          Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete           Page 2           form HUD-1 (3/86)
                                                          Handbook 4305.2

## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

### B. Type of Loan

1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv Unins
4. ☐ VA    5. ☐ Conv Ins   6. ☐ Seller Finance
7. ☒ Cash Sale

6. File Number: 112386SF-02
7. Loan Number:
8. Mortgage Ins. Case Number:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Michael Lenahan<br>1721 Peachtree Lane<br>Eagleville, PA 19403 | Terry Dershaw Chapter 7 Trustee for Sharoon Thomas, Case #18-17430<br>935 Ocean Ave Unit #424,<br>Ocean City, NJ 08226 | |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| Parcel/BRT 46-3027100, City of Philadelphia, in Philadelphia County, PA<br>5621 Walton Avenue<br>Philadelphia, PA 19143 | Surety Abstract Services, LLC<br>11 Eves Drive, Suite 150<br>Marlton, NJ 08053  Tax ID: 22-3154895<br>Underwritten By: Fidelity National |
| | Place of Settlement: By Mail Closing |
| | I. Settlement Date: 3/18/2022  Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $69,000.00 | 401. Contract Sales Price | $69,000.00 |
| 102. Personal Property | | 402. | |
| 103. Settlement Charges to borrower | $2,990.79 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town Taxes  03/15/22 to 12/31/22 | $753.66 | 406. City/Town Taxes  03/15/22 to 12/31/22 | $753.66 |
| 107. Water | | 407. Water | |
| 108. Sewer | | 408. Sewer | |
| 109. CCMUA | | 409. CCMUA | |
| 110. Association | | 410. Association | |
| 111. Trash | | 411. Trash | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $72,744.45 | **420. Gross Amount Due to Seller** | $69,753.66 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $5,000.00 | 501. Earnest money held by seller | $5,000.00 |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $27,988.10 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan  to  Select Portfolio Servicing, Inc | $29,453.56 |
| 205. | | 505. Payoff of second mortgage loan  to | |
| 206. | | 506. no open mortgages | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. Water | | 511. Water | |
| 212. Sewer | | 512. Sewer | |
| 213. CCMUA | | 513. CCMUA | |
| 214. Association | | 514. Association | |
| 215. Trash | | 515. Trash | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $5,000.00 | **520. Total Reduction Amount Due Seller** | $62,441.66 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $72,744.45 | 601. Gross Amount due to seller (line 420) | $69,753.66 |
| 302. Less amounts paid by/for borrower (line 220) | $5,000.00 | 602. Less reductions in amt. due seller (line 520) | $62,441.66 |
| 303. **Cash From Borrower** | $67,744.45 | 603. **Cash To Seller** | $7,312.00 |

Section 4 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;
• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.
The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.
The information requested does not lend itself to confidentiality.

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $69,000.00 @ 6 % = $4,140.00 | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $2,070.00 | to Star Real Estate Group | | | |
| 702. $2,070.00 | to OCF Realty | | | |
| 703. Commission Paid at Settlement | | | $0.00 | $4,140.00 |
| 704. Broker Fee | to Star Real Estate Group | | $375.00 | |
| 800. Items Payable in Connection with Loan | | | | |
| 801. Loan Origination Fee     % | to | | | |
| 802. Loan Discount     % | to | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report Fee | to | | | |
| 805. | to | | | |
| 806. | to | | | |
| 807. | to | | | |
| 808. | to | | | |
| 809. | to | | | |
| 900. Items Required by Lender To Be Paid in Advance | | | | |
| 901. Interest from 3/15/2022 to 4/1/2022 @ $0/day | | | | |
| 902. for months | to | | | |
| 903. Hazard Insurance Premium for years | to | | | |
| 904. | to | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard Insurance | months @ | per month | | |
| 1002. Mortgage Insurance | months @ | per month | | |
| 1003. City Property Taxes | months @ | per month | | |
| 1004. County Property Taxes | months @ | per month | | |
| 1005. School Property Taxes | months @ | per month | | |
| 1006. Other Tax | months @ | per month | | |
| 1007. Flood Insurance | months @ | per month | | |
| 1008. | months @ | per month | | |
| 1011. Aggregate Adjustments | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or Closing Fee | to | | | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Title Examination | to | | | |
| 1104. Title Insurance Binder | to | | | |
| 1105. Document Preparation | to | | | |
| 1106. Notary Fees | to CLERK | | | $15.00 |
| 1107. Attorney's Fees | to | | | |
| (includes above items numbers: | | ) | | |
| 1108. Title Insurance | to Surety Title Company, LLC - Trust | | $875.63 | |
| (includes above items numbers: | | ) | | |
| 1109. Lender's coverage | $0.00/$0.00 | | | |
| 1110. Owner's coverage | $69,000.00/$875.63 | | | |
| 1111. Escrow Service | to | | | |
| 1112. Courier/Messenger Service | to Surety Title Company, LLC - Trust | | | $20.00 |
| 1113. outgoing wire | to Surety Title Company, LLC - Trust | | | $10.00 |
| 1114. Incoming wire | to Surety Title Company, LLC - Trust | | $7.50 | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording Fees | Deed $256.75, Mortgage ; Rel | to Philadelphia County Recorder of Deeds | $256.75 | |
| 1202. Realty Transfer Tax | Deed $2,951.82, Mortgage | to Philadelphia County Recorder of Deeds | $1,475.91 | $1,475.91 |
| 1203. State Tax/Stamps | Deed ; Mortgage | to | | |
| 1204. | to | | | |
| 1205. | to | | | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspections | to | | | |
| 1303. Real Estate Taxes 2022 | to Philadelphia Revenue Dept. | | | $942.07 |
| 1304. Water Revenue billed to 1/14/2022 | to Philadelphia WATER REVENUE BUREAU | | | $1,145.07 |
| 1305. Water Revenue 1/14-2/14/2022 | to Philadelphia WATER REVENUE BUREAU | | | $28.96 |
| 1306. Income tax due to the Trustee $12,327.00 | to | | | |
| 1307. Based on the net Total $21,676.55 | to | | | |
| 1308. 60% Carve out to the City of Phila | to City of Philadelphia Major Tax Unit | | | $12,127.00 |
| 1309. 40% Carve out to the Trustee | to Terry Dershaw, Trustee | | | $8,084.89 |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | $2,990.79 | $27,988.10 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me on this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

*[Signature]* Michael Lenahan    3/14/2022

Terry Dershaw Chapter 7 Trustee for Shannon Thomas, Case #18-17430

By Shannon Thomas

### SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

*[Signature]* Settlement Agent    3/15/2022    Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete    Page 2    form HUD-1 (3/86)
Handbook 4305.2