# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re | ) |
| | ) Case No: 18-17430-ELF |
| Sharonn E Thomas, | ) Chapter 7 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF NO RESPONSE TO TRUSTEE'S NOTICE TO ABANDON

On March 29, 2022, Terry P. Dershaw, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtor (the "Debtor") filed the Trustee's Notice to Abandon (the "Notice"). Responses to the Notice were due on or before April 12, 2022. This Court's docket reflects that no objections were filed to the Notice. Additionally, no objections to the Notice have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Notice be entered at the Court's earliest convenience.

DATED: May 24, 2022            */s/ Gary F. Seitz*
                                                    Gary F. Seitz
                                                    Gellert Scali Busenkell & Brown, LLC
                                                    1628 JFK BLVD, STE 1901
                                                    Philadelphia, PA 19103
                                                    gseitz@gsbblaw.com