# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re<br><br>Sharonn E Thomas<br><br>Debtor. | Case No: 18-17430-ELF<br>Chapter 7 |

## ORDER AUTHORIZING ABANDONMENT

THIS MATTER coming before the Court on the Trustee's Notice to Abandon Real Estate to Debtor. Notice having been given, and no objections having been timely filed, the Court

**ORDERS:**

(1) the relief sought by the Chapter 7 Trustee is granted;

(2) the Chapter 7 Trustee is authorized to abandon the six properties listed on Exhibit A to the Notice.

Date: 5/31/22

_____
Eric L. Frank
UNITED STATES BANKRUPTCY JUDGE