**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      **SHARONN E. THOMAS,**      :      **Chapter 7**

                                                          :

               **Debtor**                     :      **Bky. No.  18-17430 ELF**

# O R D E R

   **AND NOW,** Debtor's counsel having failed to appear on **June 1, 2022**, at the hearing

scheduled on the Debtor's Motion to Avoid Judicial Lien (Doc. # 266), it is hereby **ORDERED**

that:

1.   The hearing is **RESCHEDULED to June 2, 2022 at 9:00 a.m.**[1]

2.   Regardless whether the parties report the matter settled, Debtor's counsel **SHALL APPEAR**

      at the hearing.

**Date:  June 1, 2022**

                                                  _____
                                                  **ERIC L. FRANK**
                                                  **U.S. BANKRUPTCY JUDGE**

---

[1]      The hearing will be conducted telephonically.  Instructions for appearing by telephone
may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.