United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-17430-elf
Sharonn E. Thomas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 01, 2022     Form ID: pdf900     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| acc | + | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| r | #+ | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 02 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 02 2022 00:24:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 02 2022 00:24:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054, UNITED STATES 08054-4624 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2022 00:35:54 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 02 2022 00:24:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 02 2022 00:24:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 02 2022 00:24:00 | Wells Fargo Bank, National Association as Trustee, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |
| DAMIEN NICHOLAS TANCREDI | on behalf of Debtor Sharonn E. Thomas Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| E. McCord CLAYTON | on behalf of Creditor Martin Brown cord@claytonlit.com |
| GARY F SEITZ | on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com |
| HAROLD N. KAPLAN | on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com |
| HOLLY SMITH MILLER | on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com  abrown@gsbblaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al paeb@fedphe.com |
| JOSHUA LOUIS THOMAS | on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com |
| KARINA VELTER | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |
| KEVIN G. MCDONALD | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 12 |

on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com

LILY CHRISTINA CALKINS
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com, lcalkins@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@milsteadlaw.com bankruptcy@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com coleen@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **SHARONN E. THOMAS,** | : | **Chapter 7** |
| | | : | |
| | **Debtor** | : | **Bky. No. 18-17430 ELF** |

# O R D E R

**AND NOW,** Debtor's counsel having failed to appear on **June 1, 2022**, at the hearing scheduled on the Debtor's Motion to Avoid Judicial Lien (Doc. # 266), it is hereby **ORDERED** that:

1. The hearing is **RESCHEDULED to June 2, 2022 at 9:00 a.m**.[1]

2. Regardless whether the parties report the matter settled, Debtor's counsel **SHALL APPEAR** at the hearing.

Date: June 1, 2022

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

---

[1] The hearing will be conducted telephonically. Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.