# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| | : |
| SHARONN E. THOMAS, | : Bankruptcy No. 18-17430-elf |
| Debtor | : |
| | : |

## STIPULATED ORDER

Subject to Court approval, Martin Brown and Brown and Thomas, LLC (collectively, "Brown") and Sharonn E. Thomas ("Thomas") hereby stipulate and agree, in reference to Thomas's motion to avoid lien (Dkt. 266) and Brown's response thereto (Dkt. 269), that any currently existing judgment lien Brown may have against Thomas's property located at 49 Graypebble Circle, Sicklerville NJ (the "Graypebble Property") is voided by operation of bankruptcy, *provided, however*, that the foregoing is without prejudice to the rights of Brown and/or Thomas to seek to assert or avoid lien rights, if any, against the Graypebble Property (or any proceeds from its sale) arising from Thomas's use of casualty-insurance proceeds for the purpose of repairing the Graypebble Property or otherwise.

Respectfully Submitted,

*/s/ E. McCord Clayton*
_____
E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
100 S. Juniper Street, Third Floor
Philadelphia, PA 19107
Ph: 267-242-3943
cord@claytonlit.com
Counsel for Brown

_____
Damien Nicholas Tancredi, Esq.
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Counsel for Thomas

IT IS SO ORDERED:


_____
, U.S. Bankruptcy Judge