United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 18-17430-elf

Sharonn E. Thomas    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

**Recip ID      Recipient Name and Address**
db      + Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

**Name      Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor HSBC Bank USA N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
     on behalf of Creditor Wells Fargo Bank National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

DAMIEN NICHOLAS TANCREDI
     on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com

Case 18-17430-elf    Doc 283    Filed 06/12/22    Entered 06/13/22 00:27:34    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

**E. McCord CLAYTON**
on behalf of Creditor Martin Brown cord@claytonlit.com

**GARY F SEITZ**
on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

**HAROLD N. KAPLAN**
on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

**HOLLY SMITH MILLER**
on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com  abrown@gsbblaw.com

**JEROME B. BLANK**
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al paeb@fedphe.com

**JEROME B. BLANK**
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al paeb@fedphe.com

**JOSHUA LOUIS THOMAS**
on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

**KARINA VELTER**
on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**KEVIN G. MCDONALD**
on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

**KEVIN M. BUTTERY**
on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

**KEVIN M. BUTTERY**
on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

**KEVIN S. FRANKEL**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

**KRISTEN D. LITTLE**
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 logsecf@logs.com

**KRISTEN D. LITTLE**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com

**LILY CHRISTINA CALKINS**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com, lcalkins@logs.com

**LORRAINE GAZZARA DOYLE**
on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARY F. KENNEDY**
on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com  coleen@javardianlaw.com

**MICHAEL JOHN CLARK**
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

**REBECCA ANN SOLARZ**
on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**REBECCA ANN SOLARZ**
on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 10, 2022 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO  LLC rleite@roachleite.com, lanette@roachleite.com

TERRY P. DERSHAW
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| SHARONN E. THOMAS, | : | Bankruptcy No. 18-17430-elf |
| Debtor | : | |
| | : | |

**STIPULATED ORDER**

      Subject to Court approval, Martin Brown and Brown and Thomas, LLC (collectively, "Brown") and Sharonn E. Thomas ("Thomas") hereby stipulate and agree, in reference to Thomas's motion to avoid lien (Dkt. 266) and Brown's response thereto (Dkt. 269), that any currently existing judgment lien Brown may have against Thomas's property located at 49 Graypebble Circle, Sicklerville NJ (the "Graypebble Property") is voided by operation of bankruptcy, *provided, however*, that the foregoing is without prejudice to the rights of Brown and/or Thomas to seek to assert or avoid lien rights, if any, against the Graypebble Property (or any proceeds from its sale) arising from Thomas's use of casualty-insurance proceeds for the purpose of repairing the Graypebble Property or otherwise.

Respectfully Submitted,

*/s/ E. McCord Clayton*
_____
E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
100 S. Juniper Street, Third Floor
Philadelphia, PA 19107
Ph: 267-242-3943
cord@claytonlit.com
Counsel for Brown

_____
Damien Nicholas Tancredi, Esq.
Flaster/Greenberg P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Counsel for Thomas

# O R D E R

Based on the foregoing Stipulation, which is approved, the lien held by Brown on 49 Graypebble Circle, Sicklerville NJ is avoided pursuant to 11 U.S.C. §522(f), but subject to 11 U.S.C. §349(b).

Date: 6/9/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**