IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>    Debtor,<br><br>JPMorgan Chase Bank, National Association<br>    Movant.<br>v.<br><br>Sharonn E. Thomas<br>    Debtor/Respondent,<br><br>Terry P. Dershaw, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-17430-elf<br><br>CHAPTER 7<br><br>11 U.S.C. § 362 |

## CERTIFICATION OF NO RESPONSE

JPMorgan Chase Bank, National Association ("Movant"), by and through its attorneys, LOGS Legal Group LLP, represents as follows:

1. Movant has filed its Motion for Relief, from the Automatic Stay (the "Motion") and has given notice to all required parties of the Motion, Notice of Hearing and of the necessity to file an answer.

2. The time to answer or otherwise respond to the Motion has expired, and no answer has been filed.

3. The Trustee has been given the notices mentioned above and has not notified Movant of his intention to contest the Motion.

WHEREFORE, Movant requests that the Court enter an Order granting Movant relief from the automatic stay. A proposed order to such effect is submitted herewith.

Respectfully submitted,

Dated: 6/14/2022

BY: /s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>　　　Debtor,<br><br>JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v.<br><br>Sharonn E. Thomas<br>　　　Debtor/Respondent,<br><br>Terry P. Dershaw, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-17430-elf<br><br>CHAPTER 7<br><br>11 U.S.C. § 362 |

# **O R D E R**

AND NOW, this _____ day of _____, 2022, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 5710 Hadfield St, Philadelphia, PA 19143; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ERIC L. FRANK
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>       Debtor,<br><br>JPMorgan Chase Bank, National Association<br>       Movant.<br>v.<br><br>Sharonn E. Thomas<br>       Debtor/Respondent,<br><br>Terry P. Dershaw, Trustee<br>       Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-17430-elf<br><br>CHAPTER 7<br><br>11 U.S.C. § 362 |

### CERTIFICATE OF SERVICE

I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Cert of No Response to Motion for Relief by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>14th</u> day of <u>June</u>, 2022:

Sharonn E. Thomas
856 North 29th St.
Philadelphia, PA 19130

Damien Nicholas Tancredi, Esquire, Flaster Greenberg P.C.
1835 Market Street
Suite 1050
Philadelphia, PA 19103
Damien.Tancredi@flastergreenberg.com - VIA ECF

Terry P. Dershaw, Trustee
P.O. Box 556
Warminster, PA 18974
PA66@ecfcbis.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Lily C. Calkins
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com