IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharonn E. Thomas<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>18-17430-elf |
| JPMorgan Chase Bank, National Association<br>　　　Movant.<br>v. | CHAPTER 7 |
| | 11 U.S.C. § 362 |
| Sharonn E. Thomas<br>　　　Debtor/Respondent, | Hearing Date and Time: June 22, 2022 at 10:00 AM |
| Terry P. Dershaw, Trustee<br>　　　Additional Respondent. | Courtroom # 1 |

## **O R D E R**

AND NOW, this **22nd day of June, 2022,** upon the consideration of the Motion of Movant for Adequate Protection or in the Alternative Relief from the Automatic Stay (the "Motion"), and the failure of Debtor and the Trustee to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

**ORDERED** that the Motion to Adequate Protection is granted; Debtor and/or the Trustee have 14 days to bring the taxes and insurance current with respect to the property located at 5710 Hadfield Street, Philadelphia, PA 19143; and it is

IT IS FURTHER **ORDERED** that Debtor and/or the Trusteeshall remain current on future taxes and insurance obligations; and

Should there be default on these future obligations, Movant may send a notice of default to the Debtor and the Trustee providing those parties with 14 days to effect a cure. If no cure is effected, the Movant (and its successors and/or assigns) may certify default with the Court and request relief from stay be entered, without need for filing another motion.

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**