IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHARONN E. THOMAS<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>18-17430 - ELF |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>　　Movant.<br>v. | CHAPTER 7<br><br>11 U.S.C. § 362 |
| SHARONN E. THOMAS<br>　　Debtor/Respondent, | HEARING DATE AND TIME:<br>October 4, 2022 at 9:30 AM |
| TERRY P. DERSHAW, Trustee<br>　　Additional Respondent. | COURTROOM NO. 1 |

**O R D E R**

　　AND NOW, this  4th  day of  October , 2022, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor [and the Trustee] to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　ORDERED ~~AND DECREED~~ [MODIFIED] that the Automatic Stay ~~of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code")~~, 11 U.S.C. § 362, is ~~lifted~~ to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 5710 Hadfield St, Philadelphia, PA 19143; and it is

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE