United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17430-elf |
| Sharonn E. Thomas | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 18, 2022 | Form ID: 211 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 211 | Total Noticed: 1 |

**CHARLES GRIFFIN WOHLRAB**
on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com

**CHARLES GRIFFIN WOHLRAB**
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

**CHRISTOPHER A. DENARDO**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com

**DAMIEN NICHOLAS TANCREDI**
on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

**E. McCord CLAYTON**
on behalf of Creditor Martin Brown cord@claytonlit.com

**GARY F SEITZ**
on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

**HAROLD N. KAPLAN**
on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

**HOLLY SMITH MILLER**
on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com abrown@gsbblaw.com

**JEROME B. BLANK**
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al jblank@avallonelaw.com

**JEROME B. BLANK**
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al jblank@avallonelaw.com

**JOSHUA LOUIS THOMAS**
on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

**KARINA VELTER**
on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**KEVIN G. MCDONALD**
on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

**KEVIN M. BUTTERY**
on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

**KEVIN M. BUTTERY**
on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

**KEVIN S. FRANKEL**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

**KRISTEN D. LITTLE**
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 kdlittleecf@gmail.com

**KRISTEN D. LITTLE**
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kdlittleecf@gmail.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARY F. KENNEDY**
on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

**MICHAEL JOHN CLARK**
on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 18, 2022 | Form ID: 211 | Total Noticed: 1 |

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com

ROGER FAY
    on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@milsteadlaw.com bkecf@milsteadlaw.com

TERRY P. DERSHAW
    td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 36

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7

　　Sharonn E. Thomas

Debtor(s)　　　　　　　　　　　　　　　　　　　　　Case No: 18−17430−elf

---

## *ORDER*

　　AND NOW, 10/18/22 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

　　And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

　　Accordingly, it is hereby ORDERED that the debtor shall have until 11/1/22 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

　　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　Eric L. Frank

　　　　　　　　　　　　　　　　　　　　　　Judge ,United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　298
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 211