United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
Debtor

Case No. 18-17430-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 6
Date Rcvd: Nov 01, 2022 | Form ID: 318 | Total Noticed: 81

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| 14227515 | + | Andria Norton, 3508 N 23rd St., Philadelphia, PA 19140-3850 |
| 14227421 | + | Asset Maximization Group Inc., Po Box 190191, South Richmond Hill NY 11419-0191 |
| 14227516 | + | Barbara Hines, 504 N 57th St, 2nd Floor, Philadelphia, PA 19131-4804 |
| 14227496 | | Brown and Thomas, 2105 Voorhees Town Center, Voorhees, NJ 08043 |
| 14227517 | + | Calvin Terrell, 6101 W Oxford St 1st Floor, Philadelphia, PA 19151-4541 |
| 14227423 | + | Cavalry SPV I, LLC., Schachter Portnoy, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 14227426 | + | Citmortgage Inc., Po Box 6243, Sioux Falls, SD 57117-6243 |
| 14227427 | | City of Philadelphia, 1401 JKF Blvd, Concourse Level, Dept. of Revenue- Water Revenue, Philadelphia, PA 19102 |
| 14227497 | | Dietch Financial, Po Box 6154, Rapid City, SD 57709-6150 |
| 14259533 | | Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154 |
| 14227430 | + | Ditech Financial Services, 5401 N. Pima Rd. Ste. 150, Scottsdale, AZ 85250-2630 |
| 14227431 | | E.McCord Clayton, Clayton Commerical Litigation, 2 Penn Center, 1500 JKF Blvd. Ste. 920, Philadelphia, PA 19102 |
| 14227520 | + | Earl Hill and Brenda Royal, 3060 Bonsall St, Philadelphia, PA 19132-1402 |
| 14227434 | | First Tennessee Bank, Po Box 1469, Knoxville, TN 37901-1469 |
| 14258166 | + | First Tennessee Bank National Assoc., c/o Law Office of Gregory Javardian, LLC, 1310 Industrial Boulevard, Suite 101, Southampton, PA 18966-4030 |
| 14250212 | | HSBC Bank USA, N.A., As Indenture et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 14227521 | + | Jim McGarvey, 5621 Walton St 19143, Philadelphia, PA 19143-2425 |
| 14227522 | + | Linda Thomas, 5728 Hoffman St, Philadelphia, PA 19143-3923 |
| 14227523 | + | Loretta Hughes, 2045 W Oxford St 2nd Floor, Philadelphia, PA 19121-4001 |
| 14227501 | | Mario J Hanyn Esq., 1617 JFK Blvd. Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14227525 | + | Mary Clark, 2924 Ringgold St, Philadelphia, PA 19132-1907 |
| 14227502 | + | Matteo S. Weiner, KML Law Group, 701 Market Street Ste. 5000, Philadelphia, PA 19106-1541 |
| 14227526 | + | Monique Trottle, 2607 N 24th St, Philadelphia, PA 19132-3613 |
| 14227438 | | NationStar Mortgage, 8950 Cypress Waters Blvd., Irving, TX 75063 |
| 14227527 | + | Norman Scott, 6106 W. Oxford St. 2nd Floor, Philadelphia, PA 19151-4540 |
| 14227528 | + | Patricia Trottie, 3508 N 23rd St. 2nd Floor, Philadelphia, PA 19140-3847 |
| 14227504 | + | Peter Meltzer, 2000 Market Street, 13th Floor, Philadelphia, PA 19103-3204 |
| 14227506 | | Philadelphia, 900 Market St. Ste. 400, Philadelphia, PA 19107-4233 |
| 14227529 | + | Quintisha Pace, 1720 Taney St, Philadelphia, PA 19121-2821 |
| 14227508 | + | Rebecca A. Solarz, KML Law Group PC, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14227530 | #+ | Robert Sanders, 504 N 57th St First floor, Philadelphia, PA 19131-4804 |
| 14227531 | + | Sam Polk, 3508 N 23rd 3rd floor, Philadelphia, PA 19140-3847 |
| 14227511 | | Shapiro and Fishman, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14252626 | | THE BANK OF NEW YORK MELLON F/K/A THE, BANK OF NEW YORK AS TRUSTEE FOR FIRST, HORIZON ALTERNATIVE MORTGAGE SECURITIES, TRUST 2006-FA2, PO Box 619096, Dallas TX 75261 |
| 14227475 | | The Galman Law Group, 2 Penn Center Plaza Ste. 1120, Philadelphia, PA 19102 |
| 14227513 | + | Wells Fargo, E2578-021 Po Box 3599, Rancho Cucamonga, CA 91729-3599 |
| 14227479 | | Wilmington Trust National Associates, Fay Servicing LLC., 3000 Kellyway Drive, Ste. 150, Carrollton, TX 75006-3357 |

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 01, 2022 | Form ID: 318 | Total Noticed: 81 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Nov 02 2022 04:48:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2022 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 02 2022 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2022 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14227420 | ^ | MEBN | Nov 02 2022 00:43:58 | Account Resolution Services, 1643 North Harrison Pkwy, Bldg. H, Ste. 100, Fort LauderdaleFL 33323-2857 |
| 14227422 | + | EDI: BANKAMER.COM | Nov 02 2022 04:48:00 | Bank of America, Po Box 982238, El Paso,TX 79998-2238 |
| 14275203 | | Email/Text: megan.harper@phila.gov | Nov 02 2022 00:47:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14366712 | | Email/Text: megan.harper@phila.gov | Nov 02 2022 00:47:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14234127 | + | Email/Text: megan.harper@phila.gov | Nov 02 2022 00:47:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14228665 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2022 00:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14227428 | + | Email/Text: info@dalinfinancial.com | Nov 02 2022 00:47:00 | Dalin Funding, 1801 North America Street #2a, Philadelphia, PA 19122-2330 |
| 14253194 | ^ | MEBN | Nov 02 2022 00:43:57 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14227433 | ^ | MEBN | Nov 02 2022 00:44:00 | Financial Recoveries, 200 E. Park Dr. Ste. 100, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14227498 | | EDI: LCIPHHMRGT | Nov 02 2022 04:48:00 | HSBC BANK USA, C/O Ocwen Loan, Attn: Bankruptcy Dept., Po Box 24605, West Palm Beach, FL 33416-4605 |
| 14227435 | | EDI: HFC.COM | Nov 02 2022 04:48:00 | HSBC Bank, Po Box 9068, Brandon, FL 33509-9068 |
| 14227424 | | EDI: JPMORGANCHASE | Nov 02 2022 04:48:00 | Chase, Pob 24696, Columbus, OH 43224 |
| 14227425 | | EDI: JPMORGANCHASE | Nov 02 2022 04:48:00 | Chase Auto Finance, Po Box 901003, Fort Worth, TX 76101 |
| 14227500 | | EDI: JPMORGANCHASE | Nov 02 2022 04:48:00 | JPMorgan Chase, Attn Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14258551 | | EDI: JPMORGANCHASE | Nov 02 2022 04:48:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |

Case 18-17430-elf    Doc 304    Filed 11/03/22    Entered 11/04/22 00:35:10    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 01, 2022 | Form ID: 318 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| 14227437 | + | Email/Text: bknotices@mbandw.com | Nov 02 2022 00:47:00 | McCarthy Burgess and Wol, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 14227503 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 00:47:00 | NationStar Mortgage, Attn: Bankruptcy, Po Box 619094, Dallas, TX 75261-9094 |
| 14227439 | + | EDI: LCIPHHMRGT | Nov 02 2022 04:48:00 | Ocwen Loan Servicing, 1661 Worthington Rd., Ste 100, West Palm Beach, FL 33409-6493 |
| 14227441 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2022 00:47:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14260181 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 02 2022 00:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14227442 | | EDI: PRA.COM | Nov 02 2022 04:48:00 | Portfolio Recovery, 120 Corporate Blvd., Ste 1, Norfolk, VA 23502 |
| 14227507 | | EDI: PRA.COM | Nov 02 2022 04:48:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541-1067 |
| 14260022 | | EDI: PRA.COM | Nov 02 2022 04:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14358356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2022 00:50:38 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14227440 | | EDI: PENNDEPTREV | Nov 02 2022 04:48:00 | Pennsylvania Dept. Of Revenue, Bankruptcy Dept., Po Box 2809646, Harrisburg, PA 17128-0946 |
| 14227440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2022 00:47:00 | Pennsylvania Dept. Of Revenue, Bankruptcy Dept., Po Box 2809646, Harrisburg, PA 17128-0946 |
| 14227444 | + | Email/Text: bkenotice@rushmorelm.com | Nov 02 2022 00:47:00 | RUSHMORE LOAN MANAGEMENT, PO BOX 55004, Irvine, CA 92619-5004 |
| 14227443 | + | Email/Text: clientservices@remexinc.com | Nov 02 2022 00:47:00 | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 14227509 | + | Email/Text: bkenotice@rushmorelm.com | Nov 02 2022 00:47:00 | Rushmore Loan Management, 15480 Laguna Canyon Rd., Irvine, CA 92618-2132 |
| 14227445 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2022 00:47:00 | Select Portfolio Services, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14227510 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2022 00:47:00 | Select Portfolio Services, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14252355 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 00:47:00 | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14311059 | + | Email/Text: RASEBN@raslg.com | Nov 02 2022 00:47:00 | THE BANK OF NEW YORK MELLON, FOR FIRST HORIZON ALTERNATIVE 2006-FA2, c/o RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14227512 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 00:47:00 | The Bank of New York Mellon, Attn: Bankruptcy Dept., Po Box 619094, Dallas, TX 75261-9094 |
| 14227446 | | Email/Text: RASEBN@raslg.com | Nov 02 2022 00:47:00 | The Bank of New York Mellon, Robertson, Anschutz, 6409 Congress Ave. Ste. 100, Boca Raton, FL 33487-2853 |
| 14255817 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2022 00:47:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14227476 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2022 00:47:00 | US Bank National Assoc., Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14245464 | | EDI: LCIPHHMRGT | Nov 02 2022 04:48:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al., OCWEN LOAN |

Case 18-17430-elf    Doc 304    Filed 11/03/22    Entered 11/04/22 00:35:10    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 01, 2022 | Form ID: 318 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14227477 | + | EDI: WFFC2 | Nov 02 2022 04:48:00 | Wells Fargo, Po Box 10335, Des Moines, IA 50306-0335 |
| 14227514 | + | EDI: WFFC2 | Nov 02 2022 04:48:00 | Wells Fargo Bank, N9286 O1Y, 1000 Blue Gentian Rd., Eagan, MN 55121-1663 |
| 14227478 | + | EDI: WFFC2 | Nov 02 2022 04:48:00 | Wells Fargo Financial, CSCL DSP TM MAC N8235-04M, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14227524 | *+ | Loretta Hughes, 2045 W Oxford St 2nd Floor, Philadelphia, PA 19121-4001 |
| 14252644 | * | THE BANK OF NEW YORK MELLON F/K/A THE, BANK OF NEW YORK AS TRUSTEE FOR FIRST, HORIZON ALTERNATIVE MORTGAGE, SECURITIES TRUST 2006-FA2, PO Box 619096, Dallas TX 75261 |
| 14227518 | ##+ | Charmaine Carter, 3330 Sergeant St, Philadelphia, PA 19132-2834 |
| 14227519 | ##+ | Debra Norton, 3508 N 23rd St. 1st Floor, Philadelphia, PA 19140-3847 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com |

Case 18-17430-elf    Doc 304    Filed 11/03/22    Entered 11/04/22 00:35:10    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 01, 2022 | Form ID: 318 | Total Noticed: 81 |

**CHARLES GRIFFIN WOHLRAB**
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

**CHRISTOPHER A. DENARDO**
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION logsecf@logs.com

**DAMIEN NICHOLAS TANCREDI**
    on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com
    damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

**DANIELLE BOYLE-EBERSOLE**
    on behalf of Creditor U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

**E. McCord CLAYTON**
    on behalf of Creditor Martin Brown cord@claytonlit.com

**GARY F SEITZ**
    on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

**HAROLD N. KAPLAN**
    on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

**HOLLY SMITH MILLER**
    on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com  abrown@gsbblaw.com

**JEROME B. BLANK**
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al jblank@avallonelaw.com

**JEROME B. BLANK**
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al jblank@avallonelaw.com

**JOSHUA LOUIS THOMAS**
    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

**KARINA VELTER**
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION kvelter@hoflawgroup.com, ckohn@hoflawgroup.com

**KEVIN G. MCDONALD**
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

**KEVIN M. BUTTERY**
    on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

**KEVIN M. BUTTERY**
    on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

**KEVIN S. FRANKEL**
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

**KRISTEN D. LITTLE**
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 kdlittleecf@gmail.com

**KRISTEN D. LITTLE**
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION kdlittleecf@gmail.com

**MARIO J. HANYON**
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
    on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARIO J. HANYON**
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

**MARY F. KENNEDY**
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com
    coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

**MICHAEL JOHN CLARK**
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

| | |
|---|---|
| ROBERT LEITE-YOUNG | on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com |
| ROGER FAY | on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@milsteadlaw.com bkecf@milsteadlaw.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |
| THOMAS SONG | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 36

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharonn E. Thomas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6366<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 18–17430–elf | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharonn E. Thomas

11/1/22

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**