## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | ) Chapter 7 |
| | ) |
| **SHARON E. THOMAS,** | ) Case No. 18-17430-ELF |
| Debtor. | ) |
| | ) |
| | ) RE: D.I. 301 |

### NOTICE OF WITHDRAWAL REGARDING DOCKET NO. 301

**PLEASE TAKE NOTICE** that Terry P. Dershaw, as the Chapter 7 Trustee, by and through undersigned counsel hereby withdraws the *Application of Star Real Estate Group, Inc. for Compensation and Reimbursement of Expenses* [D.I. 301], filed on October 28, 2022, and all attachments thereto, in their entirety.

Respectfully submitted,

Dated: November 14, 2022        GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Holly S. Miller
Gary Seitz (PA ID #52865)
Holly S. Miller (PA ID #203979)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, Pennsylvania 19103
(215) 238-0010
(215) 238-0016
*Counsel for the Chapter 7 Trustee*