# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **SHARONN E. THOMAS,** | ) | **Case No. 18-17430-elf** |
| | ) | |
| **Debtor.** | ) | **Re: Docket No. 306** |
| | ) | |

## CERTIFICATE OF NO RESPONSE TO APPLICATION OF STAR REAL ESTATE GROUP, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

On November 18, 2022, Terry P. Dershaw, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of the above-captioned debtor (the "Debtor"), filed an Application of Star Real Estate Group, Inc. for Compensation and Reimbursement of Expenses (the "Application"). On November 18, 2022 the Trustee also filed the Notice of Star Real Estate Group, Inc. for Compensation and Reimbursement of Expenses. Responses to the Application were due on or before December 2, 2022. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Application of Star Real Estate Group, Inc. for Compensation and Reimbursement of Expenses be entered at the Court's earliest convenience.

Dated: 12/5/2022                    GELLERT SCALI BUSENKELL & BROWN, LLC

                        By:    */s/ Holly S. Miller*
                            Gary F. Seitz, Esquire
                            Holly S. Miller, Esquire
                            1628 John F. Kennedy Blvd, Suite 1901
                            Philadelphia, PA 19103
                            Telephone: (215) 238-0010
                            Email: gseitz@gsbblaw.com
                                   hsmiller@gsbblaw.com

                            *Counsel to the Chapter 7 Trustee*