IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| SHARONN E. THOMAS, | ) |
| | ) |
| Debtor. | ) Case No. 18-17430-elf |
| | ) |

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Star Real Estate Group, Inc., as Real Estate Agent for the Trustee ("the Application"); it is **ORDERED** that the Application is hereby granted and it is further **ORDERED** that compensation of $11,940.00 and reimbursement of actual expenses in the amount of $495.00, for a total of $12,435.00, are allowed and authorized as a chapter 7 administrative expense claim and the Trustee is authorized to pay fee to Star Real Estate Group, Inc. pursuant to §330 of the Bankruptcy Code.

Date: 12/6/22

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE