United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-17430-elf

Sharonn E. Thomas                                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| acc | #+ | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| r | #+ | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2022 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 08 2022 00:32:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 08 2022 00:32:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054, UNITED STATES 08054-4624 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2022 00:33:30 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 00:32:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2022 00:32:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 08 2022 00:32:00 | Wells Fargo Bank, National Association as Trustee, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2                                      User: admin                                      Page 2 of 3

Date Rcvd: Dec 07, 2022                              Form ID: pdf900                              Total Noticed: 12

**Recip ID        Bypass Reason   Name and Address**
intp                              DHO, LLC, 1310 S. 5th Street

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

**Name**                          **Email Address**

ANDREW L. SPIVACK

on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK

on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor PNC Bank  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB

on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB

on behalf of Creditor THE BANK OF NEW YORK MELLON cwohlrab@raslg.com

CHRISTOPHER A. DENARDO

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

DAMIEN NICHOLAS TANCREDI

on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

DANIELLE BOYLE-EBERSOLE

on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

E. McCord CLAYTON

on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ

on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN

on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER

on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com  abrown@gsbblaw.com

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Dec 07, 2022                      Form ID: pdf900                                 Total Noticed: 12

JEROME B. BLANK
        on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al jblank@pincuslaw.com

JEROME B. BLANK
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al jblank@pincuslaw.com

JOSHUA LOUIS THOMAS
        on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
        on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION kvelter@hoflawgroup.com,
ckohn@hoflawgroup.com

KEVIN G. MCDONALD
        on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
        on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN M. BUTTERY
        on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN S. FRANKEL
        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
        on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as
Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 kdlittleecf@gmail.com

KRISTEN D. LITTLE
        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION kdlittleecf@gmail.com

MARIO J. HANYON
        on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

MARIO J. HANYON
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

MARIO J. HANYON
        on behalf of Creditor Wells Fargo Bank  National Association As Trustee wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

MARY F. KENNEDY
        on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com
coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL JOHN CLARK
        on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as
Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@squirelaw.com

PAMELA ELCHERT THURMOND
        on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

ROBERT LEITE-YOUNG
        on behalf of Interested Party DHO  LLC rleite@roachleite.com, lanette@roachleite.com

ROGER FAY
        on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@milsteadlaw.com  bkecf@milsteadlaw.com

TERRY P. DERSHAW
        td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
        on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 36

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    )
                                                          )
                                                          )    **Chapter 7**
SHARONN E. THOMAS,                                        )
                                                          )
            Debtor.                                       )    **Case No. 18-17430-elf**
                                                          )

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of

Expenses of Star Real Estate Group, Inc., as Real Estate Agent for the Trustee ("the

Application"); it is **ORDERED** that the Application is hereby granted and it is further

**ORDERED** that compensation of $11,940.00 and reimbursement of actual expenses in the

amount of $495.00, for a total of $12,435.00, are allowed and authorized as a chapter 7

administrative expense claim and the Trustee is authorized to pay fee to Star Real Estate Group,

Inc. pursuant to §330 of the Bankruptcy Code.

Date:  12/6/22

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE