# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Sharonn E. Thomas, | : | Case No. 18-17430-PMM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING EXPEDITED HEARING OF TRUSTEE, TERRY P. DERSHAW, ESQUIRE, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE TAX CLAIMS**

**AND NOW**, upon consideration of the Order Granting the Expedited Hearing of Trustee, Terry P. Dershaw, Esquire, for Allowance and Payment of Administrative Tax Claims and Request for Expedited Hearing (the "Motion")[1] and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Order Granting the Expedited Hearing of Trustee, Terry P. Dershaw, Esquire, for Allowance and Payment of Administrative Tax Claims shall be and hereby is scheduled on April 12, 2023 at 9:30 a.m **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, `19107**.

3. Written objections or other responsive pleadings to the Order Granting the Expedited Hearing of Trustee, Terry P. Dershaw, Esquire, for Allowance and Payment of Administrative Tax Claims (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DMEAST #37709546 v1

4. The Movant shall serve the Motion to the Order Granting the Expedited Hearing of Trustee, Terry P. Dershaw, Esquire, for Allowance and Payment of Administrative Tax Claims, the Trustee, the Debtor, and Debtor's counsel by email and Federal Express or another other overnight delivery service no later than **5:00 p.m. on** April 6, 2023.

5. The Movant shall serve this order and the Order Granting the Expedited Hearing of Trustee, Terry P. Dershaw, Esquire, for Allowance and Payment of Administrative Tax Claims in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by email and Federal Express or another overnight delivery service no later than **5:00 p.m. on** April 6, 2023.

6. The Movant shall file a Certification of Service as required by Local 9014-4.

Dated: **April 5**, 2023

*/s/ Patricia M. Mayer/*

The Honorable Patricia M. Mayer
United States Bankruptcy Judge

DMEAST #37709546 v1     2