## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | |
| | : | No. 18-17430-PMM |
| Debtor. | : | |

### CERTIFICATION OF SERVICE

The undersigned certifies that the Motion of the Chapter 7 Trustee for an Order Authorizing The Trustee to Pay Administrative Taxes (the "Motion") and the Order Granting Expedited Hearing Of Trustee, Terry P. Dershaw, Esquire, For Allowance And Payment Of Administrative Tax Claims [D.I. 312] was served upon the persons set forth in the Court's Mailing Matrix via ecf/email on April 5, 2023 as set forth below. The Motion was also served on the following parties in the manner set forth below:

**Via Overnight Mail**

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

City of Philadelphia Law Department – Tax Unit
Bankruptcy Group – MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102

Attorney General of the United States
Ben Franklin Station
P. O. Box 227
Washington, DC 20044

U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106


**Via Electronic Mail**
E. McCord CLAYTON
Clayton Commercial Litigation, LLC
1500 JFK Blvd.
Suite 920
Philadelphia, PA 19102
267 242 3943
cord@claytonlit.com

PAMELA ELCHERT THURMOND
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102
215-686-0508
215-686-0588 (fax)
pamela.thurmond@phila.gov

KEVIN M. BUTTERY
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097
9727571486
kbuttery@lcbf.com

MARY F. KENNEDY
Law Offices of Gregory Javardian
1310 Industrial Blvd.
Ste. 101
Southampton, PA 18966
215-942-9690
mary@javardianlaw.com

JEROME B. BLANK
Pincus Law Group, PLLC
2929 Arch Street
Ste 17th Floor
Philadelphia, PA 19104
484-575-2201
516-279-6990 (fax)
jblank@pincuslaw.com

MARIO J. HANYON
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054
844-856-6646
wbecf@brockandscott.com

THOMAS SONG
3637 Sentara Way
Suite 1400
Virginia Beach, VA 23452
267-885-6180
tomysong0@gmail.com

ANDREW L. SPIVACK
Brock & Scott, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054
844-856-6646
andrew.spivack@brockandscott.com

CHRISTOPHER A. DENARDO
Shapiro and DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
610-278-6800
610-278-9980 (fax)
logsecf@logs.com

KEVIN S. FRANKEL
Shapiro & DeNardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406
610 278 6800
pa-bk@logs.com

KRISTEN D. LITTLE
First American Law Group
1235 Westlakes Drive
Suite 400
Berwyn, PA 19302
610-233-4226
714-481-2887 (fax)
kdlittleecf@gmail.com

3

LILY CHRISTINA CALKINS
LOGS Legal Group, LLP
3600 Horizon Drive,
Suite 150
King of Prussia, PA 19406
610-278-6800
logsecf@logs.com

LILY CHRISTINA CALKINS
LOGS Legal Group, LLP
3600 Horizon Drive,
Suite 150
King of Prussia, PA 19406
610-278-6800
logsecf@logs.com

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 825 6327
bkgroup@kmllawgroup.com

ROGER FAY
Milstead and Associates LLC
1 East Stow Road
Marlton, NJ 08053
856-482-1400
rfay@milsteadlaw.com

LORRAINE GAZZARA DOYLE
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053
856-482-1400
856-482-9190 (fax)
ldoyle@logs.com

KEVIN M. BUTTERY
RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097
9727571486
kbuttery@lcbf.com

HAROLD N. KAPLAN
Law Offices of Harold N. Kaplan
203 Barclay Pavilion West
Cherry Hill, NJ 08034
855 225 6906 x271
hkaplan@rasnj.com

DAMIEN NICHOLAS TANCREDI
Flaster/Greenberg P.C.
1717 Arch Street
Suite 3300
Philadelphia, PA 19103
215-587-5675
damien.tancredi@flastergreenberg.com

DANIELLE BOYLE-EBERSOLE
Orlans PC
200 Eagle Road
Suite 120
Wayne, PA 19087
248-502-1400
dboyle-ebersole@orlans.com


       /s/ Gary F. Seitz_____
      Gary F. Seitz

Dated: April 5, 2023
Philadelphia, PA

5