**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | |
| | : | No. 18-17430-PMM |
| Debtor. | : | |

## **ORDER**

Upon consideration of the Motion (the "Motion") filed by Terry P. Dershaw, Chapter 7 Trustee (the "Trustee) of the bankruptcy estate of Sharonn E. Thomas (the "Debtor") for an Order Authorizing The Trustee to Pay Administrative Tax Claims to the United States Treasury and the Commonwealth of Pennsylvania, Philadelphia and any responses thereto, it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby ordered that:

(1) the Motion is GRANTED;

(2) the court approves the chapter 7 administrative claims for chapter 7 administrative taxes of:

| | | |
|---|---|---|
| 1. | Federal Return: | $ 110,505 |
| 2. | Pennsylvania Return: | $ 23,704 |
| 3. | Philadelphia Net Profit Return: | $ 2,635 |
| 4. | Philadelphia BIRT Return: | $ 30,162 |
| Total | | $ 167,006 |

when he submits the returns seeking a prompt determination of the estate's tax liability pursuant to Section 505(b) of the Bankruptcy Code; and

(4) the foregoing approval and authorization is without prejudice to the rights of the United States, the Commonwealth of Pennsylvania and the City of Philadelphia to audit the returns as contemplated by Section 505(b) of the Bankruptcy Code.

Dated: _____April 12_____, 2023

_____
Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE

9