**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | |
| | : | No. 18-17430-PMM |
| Debtor. | : | |

**PRAECIPE TO WITHDRAW**
**MOTION OF TRUSTEE, TERRY P. DERSHAW, ESQUIRE,**
**TO COMPEL THE DEBTOR TO TURN OVER**
**<u>PROPERTY OF THE BANKRUPTCY ESATE</u>**

Terry P. Dershaw, Esquire (the "Trustee"), Trustee of the bankruptcy estate ("Estate") of Sharonn E. Thomas or Pope-Thomas ("Debtor"), by and through his attorneys, hereby withdraws the Motion to Compel the Debtor to Turn Over Property of the Bankruptcy Estate.

Date: June 17, 2024

                        GELLERT SEITZ BUSENKELL & BROWN, LLC

                        <u>/s/ Gary F. Seitz</u>
                        Gary F. Seitz
                        901 Market Street
                        Suite 3020
                        Philadelphia, PA 19107
                        Phone: (215) 238-0011
                        Fax: (215) 238-0016
                        Email: gseitz@gsbblaw.com
                        Counsel to Terry P. Dershaw,
                        Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | |
| | : | No. 18-17430-PMM |
| Debtor. | : | |

**CERTIFICATION OF SERVICE**

The undersigned certifies that the Praecipe to withdraw Motion of the Chapter 7 Trustee for the entry of an Order under 11 U.S.C. § 521(a)(4) and Rule 4002 of the Federal Rules of Bankruptcy Procedure, directing the Debtor to turn over to the Trustee certain property of the estate (the "Motion") was served upon the persons set forth in the Court's Mailing Matrix via First Class United States Mail on June 17, 2024. The Motion was also served on the following parties in the manner set forth below:

**Via U.S. Mail**
Sharonn E. Thomas
856 North 29th St.
Philadelphia, PA 19130

**Via Electronic Mail**
Damien Tancredi, Esquire
Flaster/Greenberg P.C.
1717 Arch Street
Suite 3300
Philadelphia, PA 19103
Email: damien.tancredi@flastergreenberg.com

                                                    /s/ Gary F. Seitz_____
                                                         Gary F. Seitz

Dated: June 17, 2024
Philadelphia, PA