**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>SHARONN E THOMAS,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-17430-PMM |

**CERTIFICATE OF NO RESPONSE REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GELLERT SEITZ BUSENKELL & BROWN LLC, AS ATTORNEYS TO THE TRUSTEE FOR THE PERIOD FROM APRIL 15, 2019 THROUGH JULY 9, 2025**

On July 11, 2025, Gellert Seitz Busenkell & Brown LLC ("Applicant"), filed the *First and Final Application for Compensation and Reimbursement of Expenses for Gellert Seitz Busenkell & Brown LLC, as Attorneys to the Trustee for the Period from April 15, 2019 Through July 9, 2025* (the "Application"). On July 11, 2025, Applicant also filed the Notice of the Application. Responses to the Application were due on or before July 25, 2025. This Court's docket reflects that no objections were filed to the Application. Additionally, no objections to the Application have been received by the Applicant. Accordingly, the Applicant respectfully requests that the Order attached to the Application be entered at the Court's earliest convenience.

Dated: August 21, 2025

GELLERT SEITZ BUSENKELL & BROWN LLC

By: /s/ Gary F. Seitz
Gary F. Seitz (PA ID #52865)
901 N. Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com

*Counsel to the Chapter 7 Trustee*