IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | No. 18-17430-PMM |
| | : | |
| Debtor. | : | |

**ORDER**

Upon consideration of the *First and Final Application for Compensation and Reimbursement of Expenses of Gellert Seitz Busenkell & Brown LLC as Counsel to the Chapter 7 Trustee for the Period of April 15, 2019 through July 9, 2025* (the "Application"), it is hereby ORDERED that:

The Application shall be allowed and compensation to Gellert Seitz Busenkell & Brown LLC shall be allowed and authorized as a chapter 7 administrative expense claim for services rendered in the amount of $30,379.50 voluntarily reduced to $29,000.00 and reimbursement of actual expenses in the amount of $846.14 incurred by Gellert Seitz Busenkell & Brown LLC in rendering said services to the Trustee.

Dated: 8/22/25

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE