IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 7 |
| | : | |
| SHARONN E. THOMAS | : | BANKRUPTCY NO. 18-17430 (PMM) |
| | : | |
| Debtor | : | |
| | : | |

ORDER

AND NOW, this 22nd day of August, 2025, upon consideration of the First & Final Application of Bederson LLP (the "Applicant") for Compensation and Reimbursement of Expenses as Accountants to the Trustee (the "Application"), and after Notice, it is hereby ORDERED that::

1. The Application is APPROVED.

2. The Applicant is allowed compensation in the amount of $80,000.00 for services rendered and $401.71 for reimbursement of expense for a total of $80,401.71 for the period from April 23, 2019 through July 9, 2025.

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE