United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 7  
Date Rcvd: Aug 25, 2025      Form ID: pdf901      Total Noticed: 102

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |
| 14227515 | + | Andria Norton, 3508 N 23rd St., Philadelphia, PA 19140-3850 |
| 14227421 | #+ | Asset Maximization Group Inc., Po Box 190191, South Richmond Hill NY 11419-0191 |
| 14227516 | + | Barbara Hines, 504 N 57th St, 2nd Floor, Philadelphia, PA 19131-4804 |
| 14227496 | | Brown and Thomas, 2105 Voorhees Town Center, Voorhees, NJ 08043 |
| 14227517 | + | Calvin Terrell, 6101 W Oxford St 1st Floor, Philadelphia, PA 19151-4541 |
| 14227423 | | Cavalry SPV I, LLC., Schachter Portnoy, 3490 US Route 1, Princeton, NJ 08540 |
| 14227518 | + | Charmaine Carter, 3330 Sergeant St, Philadelphia, PA 19132-2834 |
| 14227426 | + | Citmortgage Inc., Po Box 6243, Sioux Falls, SD 57117-6243 |
| 14227427 | | City of Philadelphia, 1401 JKF Blvd, Concourse Level, Dept. of Revenue- Water Revenue, Philadelphia, PA 19102 |
| 14330742 | + | DHO, LLC, c/o Robert C. Leite, Esquire, Attorney for Debtor, 6950 Castor Avenue, Philadelphia, PA 19149-1703 |
| 14227519 | + | Debra Norton, 3508 N 23rd St. 1st Floor, Philadelphia, PA 19140-3847 |
| 14227497 | | Dietch Financial, Po Box 6154, Rapid City, SD 57709-6150 |
| 14259533 | | Ditech Financial LLC, P.O. Box 6154, Rapid City SD 57709-6154 |
| 14227430 | + | Ditech Financial Services, 5401 N. Pima Rd. Ste. 150, Scottsdale, AZ 85250-2630 |
| 14227431 | | E.McCord Clayton, Clayton Commerical Litigation, 2 Penn Center, 1500 JKF Blvd. Ste. 920, Philadelphia, PA 19102 |
| 14227520 | + | Earl Hill and Brenda Royal, 3060 Bonsall St, Philadelphia, PA 19132-1402 |
| 14258166 | + | First Tennessee Bank National Assoc., c/o Law Office of Gregory Javardian, LLC, 1310 Industrial Boulevard, Suite 101, Southampton, PA 18966-4030 |
| 14250620 | + | First Tennessee Bank National Association, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14661026 | + | HSBC Bank USA ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14661292 | + | HSBC Bank USA, N.A, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Ste. 130, Mount Laurel, NJ 08054-1218 |
| 14250212 | | HSBC Bank USA, N.A., As Indenture et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 14243056 | | JP Morgan Chase Bank,, National Association, c/o Thomas Song Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JKF Boulevard, Suite 1400 Philadelphia, pA 19103 |
| 14227521 | + | Jim McGarvey, 5621 Walton St 19143, Philadelphia, PA 19143-2425 |
| 14227522 | + | Linda Thomas, 5728 Hoffman St, Philadelphia, PA 19143-3923 |
| 14227523 | + | Loretta Hughes, 2045 W Oxford St 2nd Floor, Philadelphia, PA 19121-4001 |
| 14227501 | | Mario J Hanyn Esq., 1617 JFK Blvd. Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14235415 | + | Martin Brown and Brown and Thomas, LLC, c/o E. McCord Clayton, Esquire, Two Penn Center, 1500 JFK Boulevard, Suite 920, Philadelphia, Pa 19102-1742 |
| 14227525 | + | Mary Clark, 2924 Ringgold St, Philadelphia, PA 19132-1907 |
| 14227502 | + | Matteo S. Weiner, KML Law Group, 701 Market Street Ste. 5000, Philadelphia, PA 19106-1541 |
| 14227526 | + | Monique Trottle, 2607 N 24th St, Philadelphia, PA 19132-3613 |
| 14227438 | | NationStar Mortgage, 8950 Cypress Waters Blvd., Irving, TX 75063 |
| 14227527 | + | Norman Scott, 6106 W. Oxford St. 2nd Floor, Philadelphia, PA 19151-4540 |
| 14650490 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. |

Case 18-17430-pmm    Doc 337    Filed 08/27/25    Entered 08/28/25 00:39:33    Desc
Imaged Certificate of Notice    Page 2 of 13

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: pdf901 | Total Noticed: 102 |

| | | |
|---|---|---|
| | | 19106-1541 |
| 14263048 | + | PNC Bank, N.A., Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14263279 | + | PNC Bank, N.A., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14227528 | + | Patricia Trottie, 3508 N 23rd St. 2nd Floor, Philadelphia, PA 19140-3847 |
| 14227504 | + | Peter Meltzer, 2000 Market Street, 13th Floor, Philadelphia, PA 19103-3204 |
| 14227506 | | Philadelphia, 900 Market St. Ste. 400, Philadelphia, PA 19107-4233 |
| 14227529 | | Quintisha Pace, 1720 Taney St, Philadelphia, PA 19121 |
| 14227508 | + | Rebecca A. Solarz, KML Law Group PC, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14227531 | + | Sam Polk, 3508 N 23rd 3rd floor, Philadelphia, PA 19140-3847 |
| 14233803 | + | Select Portfolio Servicing, servicer for U.S. Bank National Associat, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14227511 | | Shapiro and Fishman, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14252626 | | THE BANK OF NEW YORK MELLON F/K/A THE, BANK OF NEW YORK AS TRUSTEE FOR FIRST, HORIZON ALTERNATIVE MORTGAGE SECURITIES, TRUST 2006-FA2, PO Box 619096, Dallas TX 75261 |
| 14227475 | | The Galman Law Group, 2 Penn Center Plaza Ste. 1120, Philadelphia, PA 19102 |
| 14227513 | + | Wells Fargo, E2578-021 Po Box 3599, Rancho Cucamonga, CA 91729-3599 |
| 14664548 | + | Wells Fargo Bank ,et al, C/O Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14227479 | | Wilmington Trust National Associates, Fay Servicing LLC., 3000 Kellyway Drive, Ste. 150, Carrollton, TX 75006-3357 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054, UNITED STATES 08054-4624 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2025 00:09:24 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256-6851 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | Wells Fargo Bank, National Association as Trustee, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14227420 | ^ | MEBN | Aug 26 2025 00:03:32 | Account Resolution Services, 1643 North Harrison Pkwy, Bldg. H, Ste. 100, Fort LauderdaleFL 33323-2857 |
| 14227422 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 26 2025 00:07:00 | Bank of America, Po Box 982238, El Paso,TX 79998-2238 |
| 14366712 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14275203 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14240987 | | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | City of Philadelphia, Water Revenue Bureau, c/o Pamela Elchert Thurmond, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: pdf901 | Total Noticed: 102 |

| | | | | |
|---|---|---|---|---|
| 14234127 | + | Email/Text: megan.harper@phila.gov | Aug 26 2025 00:07:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 14228665 | + | Email/Text: bankruptcy@cavps.com | Aug 26 2025 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14227424 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2025 00:09:24 | Chase, Pob 24696, Columbus, OH 43224-0696 |
| 14227425 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2025 00:09:24 | Chase Auto Finance, Po Box 901003, Fort Worth, TX 76101-2003 |
| 14227428 | + | Email/Text: info@dalinfinancial.com | Aug 26 2025 00:07:00 | Dalin Funding, 1801 North America Street #2a, Philadelphia, PA 19122-2352 |
| 14240914 | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | Ditech Financial LLC, c/o Kevin Buttery, Esquire, RAS Citron, LLC, 130 Clinton Road, Suire 202, Fairfield, NJ 07004-2927 |
| 14253194 | | Email/Text: BNCnotices@dcmservices.com | Aug 26 2025 00:07:00 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14227433 | ^ | MEBN | Aug 26 2025 00:03:35 | Financial Recoveries, 200 E. Park Dr. Ste. 100, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14227434 | | Email/Text: kxcolbankruptcy@firsthorizon.com | Aug 26 2025 00:07:00 | First Tennessee Bank, Po Box 1469, Knoxville, TN 37901-1469 |
| 14227498 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | HSBC BANK USA, C/O Ocwen Loan, Attn: Bankruptcy Dept., Po Box 24605, West Palm Beach, FL 33416-4605 |
| 14227435 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 26 2025 00:07:00 | HSBC Bank, Po Box 9068, Brandon, FL 33509-9068 |
| 14227500 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2025 00:09:24 | JPMorgan Chase, Attn Correspondence, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 14258551 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 26 2025 00:09:35 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14227437 | | Email/Text: bknotices@mbandw.com | Aug 26 2025 00:07:00 | McCarthy Burgess and Wol, 26000 Cannon Road, Bedford, OH 44146 |
| 14227503 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2025 00:07:00 | NationStar Mortgage, Attn: Bankruptcy, Po Box 619094, Dallas, TX 75261-9094 |
| 14227439 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | Ocwen Loan Servicing, 1661 Worthington Rd., Ste 100, West Palm Beach, FL 33409-6493 |
| 14661027 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14227441 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2025 00:07:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14260181 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2025 00:07:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14227442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2025 00:09:24 | Portfolio Recovery, 120 Corporate Blvd., Ste 1, Norfolk, VA 23502 |
| 14227507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2025 00:09:24 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541-1067 |
| 14260022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2025 00:09:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14358356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 00:09:24 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14227440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2025 00:07:00 | Pennsylvania Dept. Of Revenue, Bankruptcy |

District/off: 0313-2 | User: admin | Page 4 of 7
--- | --- | ---
Date Rcvd: Aug 25, 2025 | Form ID: pdf901 | Total Noticed: 102

| Recip ID | | Method / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept., Po Box 2809646, Harrisburg, PA 17128-0946 |
| 14227444 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2025 00:07:00 | RUSHMORE LOAN MANAGEMENT, PO BOX 55004, Irvine, CA 92619-5004 |
| 14227443 | + | Email/Text: clientservices@remexinc.com | Aug 26 2025 00:07:00 | Remex Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 14227509 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2025 00:07:00 | Rushmore Loan Management, 15480 Laguna Canyon Rd., Irvine, CA 92618-2132 |
| 14227445 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2025 00:07:00 | Select Portfolio Services, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14227510 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2025 00:07:00 | Select Portfolio Services, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14252355 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2025 00:07:00 | THE BANK OF NEW YORK MELLON, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 14311059 | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | THE BANK OF NEW YORK MELLON, FOR FIRST HORIZON ALTERNATIVE 2006-FA2, c/o RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14656299 | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | The Bank Of New York Mellon f/k/a Bank of New York, c/o Charles Wohlrab, Esq., Robertson,Anschutz, Schneid, Crane & Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14227512 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 26 2025 00:07:00 | The Bank of New York Mellon, Attn: Bankruptcy Dept., Po Box 619094, Dallas, TX 75261-9094 |
| 14227446 | | Email/Text: RASEBN@raslg.com | Aug 26 2025 00:07:00 | The Bank of New York Mellon, Robertson, Anschutz, 6409 Congress Ave. Ste. 100, Boca Raton, FL 33487-2853 |
| 14255817 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2025 00:07:00 | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14227476 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2025 00:07:00 | US Bank National Assoc., Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14245464 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 26 2025 00:07:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al., OCWEN LOAN SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14227477 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 26 2025 00:21:20 | Wells Fargo, Po Box 10335, Des Moines, IA 50306-0335 |
| 14227514 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 26 2025 00:21:20 | Wells Fargo Bank, N9286 O1Y, 1000 Blue Gentian Rd., Eagan, MN 55121-4400 |
| 14227478 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 26 2025 00:21:20 | Wells Fargo Financial, CSCL DSP TM MAC N8235-04M, Po Box 14517, Des Moines, IA 50306-3517 |
| 14233800 | | Email/Text: amps@manleydeas.com | Aug 26 2025 00:07:00 | Wilmington Trust, National Association, trustee for MFRA, c/o Karina Velter, Esquire, PO Box 165028, Columbus, OH 43216-5028 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

| | | |
|---|---|---|
| 14227524 | *+ | Loretta Hughes, 2045 W Oxford St 2nd Floor, Philadelphia, PA 19121-4001 |
| 14664549 | *+ | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14252644 | * | THE BANK OF NEW YORK MELLON F/K/A THE, BANK OF NEW YORK AS TRUSTEE FOR FIRST, HORIZON ALTERNATIVE MORTGAGE, SECURITIES TRUST 2006-FA2, PO Box 619096, Dallas TX 75261 |
| acc | ##+ | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| r | ##+ | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |
| 14676836 | ##+ | JPMorgan Chase Bank, National Association, c/o Lily C. Calkins, Esquire, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, Pa 19406-4702 |
| 14470103 | ##+ | Nationstar Mortgage LLC et al, c/o Michael J. Clark, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14227530 | ##+ | Robert Sanders, 504 N 57th St First floor, Philadelphia, PA 19131-4804 |

TOTAL: 1 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

**Name**            **Email Address**

ANDREW L. SPIVACK
　　　　on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
　　　　on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER A. DENARDO
　　　　on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

DAMIEN NICHOLAS TANCREDI
　　　　on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com

DANIELLE BOYLE-EBERSOLE
　　　　on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
　　　　on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
　　　　on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
　　　　on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

E. McCord CLAYTON
　　　　on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
　　　　on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN

Case 18-17430-pmm   Doc 337   Filed 08/27/25   Entered 08/28/25 00:39:33   Desc
Imaged Certificate of Notice   Page 6 of 13

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: pdf901 | Total Noticed: 102 |

| | |
|---|---|
| | on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com |
| HOLLY SMITH MILLER | on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com |
| JEROME B. BLANK | on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOSHUA LOUIS THOMAS | on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com |
| KARINA VELTER | on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com |
| KEVIN M. BUTTERY | on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 KRLITTLE@FIRSTAM.COM |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM |
| MARIO J. HANYON | on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARY F. KENNEDY | on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@pincuslaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor THE BANK OF NEW YORK MELLON mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov |
| ROBERT LEITE-YOUNG | on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com |
| ROGER FAY | on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@alaw.net bkecf@milsteadlaw.com |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| THOMAS SONG | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al tomysong0@gmail.com |

District/off: 0313-2 | User: admin | Page 7 of 7
Date Rcvd: Aug 25, 2025 | Form ID: pdf901 | Total Noticed: 102

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: SHARONN E. THOMAS | § § § § | Case No. 18-17430-PMM |
| Debtor(s) | | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Terry P. Dershaw</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street

Suite 400

Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/10/2025 in Courtroom 3, Robert N.C. Nix, Sr. Federal Courthouse Courthouse, 900 Market Street, Second Floor, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/25/2025</u>                              By: /s/ Terry P Dershaw
                                                                                                     Trustee

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632
(484) 897-0341

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: SHARONN E. THOMAS § Case No. 18-17430-PMM
§
§
§
Debtor(s)

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 1,200,796.20 |
| *and approved disbursements of:* | $ | 951,669.38 |
| *leaving a balance on hand of[1]:* | $ | 249,126.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Pennsylvania Dept. Of Revenue | 967.49 | 967.49 | 0.00 | 0.00 |
| 3 | WELLS FARGO BANK, NATIONAL ASSOCIATION, et.al. | 95,366.14 | 0.00 | 0.00 | 0.00 |
| 4 | HSBC Bank USA, N.A., As Indenture et al | 70,390.83 | 60,000.00 | 60,000.00 | 0.00 |
| 5 | THE BANK OF NEW YORK MELLON | 11,236.86 | 3,290.14 | 3,290.14 | 0.00 |
| 6 | THE BANK OF NEW YORK MELLON F/K/A THE | 21,014.17 | 35,305.24 | 35,305.24 | 0.00 |
| 7 | THE BANK OF NEW YORK MELLON F/K/A THE | 9,753.01 | 2,073.12 | 2,073.12 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | U.S. Bank National Association | 33,440.51 | 29,453.56 | 29,453.56 | 0.00 |
| 10 | First Tennessee Bank National Assoc. | 87,152.32 | 0.00 | 0.00 | 0.00 |
| 11 | U.S. Bank National Association | 31,229.69 | 0.00 | 0.00 | 0.00 |
| 12 | JPMorgan Chase | 33,182.07 | 0.00 | 0.00 | 0.00 |
| 13 | JPMorgan Chase Bank, N.A. | 27,202.98 | 21,036.32 | 21,036.32 | 0.00 |
| 15 | Wilmington Trust National Associates | 110,058.46 | 0.00 | 0.00 | 0.00 |
| 16 | JPMorgan Chase Bank, N.A. | 38,798.20 | 0.00 | 0.00 | 0.00 |
| 17 | Ditech Financial LLC | 51,367.69 | 0.00 | 0.00 | 0.00 |
| 19 | PNC Bank, N.A. | 0.00 | 6,838.00 | 6,838.00 | 0.00 |
| 20 | Water Revenue Bureau | 127,552.14 | 104,652.36 | 104,652.36 | 0.00 |
| 21 | CITY OF PHILADELPHIA LAW DEPARTMENT | 1,518.48 | 1,518.48 | 0.00 | 0.00 |
| 22S | CITY OF PHILADELPHIA LAW DEPARTMENT | 89,339.53 | 338,452.76 | 338,452.76 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                          $      249,126.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Terry P. Dershaw | 59,254.96 | 0.00 | 59,254.96 |
| Trustee, Expenses - Terry P. Dershaw | 20.01 | 0.00 | 20.01 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 0.49 | 0.49 | 0.00 |
| Bond Payments - International Sureties | 50.42 | 50.42 | 0.00 |
| Bond Payments - International Sureties | 187.20 | 187.20 | 0.00 |
| Income Taxes - Internal Revenue Service (post-petition) - UNITED STATES TREASURY | 110,505.00 | 110,505.00 | 0.00 |
| Other State or Local Taxes (post-petition) - PA DEPARTMENT OF REVENUE | 23,704.00 | 23,704.00 | 0.00 |
| Other State or Local Taxes (post-petition) - CITY OF PHILADELPHIA | 2,635.00 | 2,635.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Philadelphia Department of Revenue | 30,162.00 | 30,162.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Gellert Seitz Busenkell & Brown, LLC | 29,000.00 | 0.00 | 29,000.00 |
| Attorney for Trustee Expenses (Other Firm) - Gellert Seitz Busenkell & Brown, LLC | 846.14 | 0.00 | 846.14 |
| Accountant for Trustee Fees (Other Firm) - BEDERSON & COMPANY LLP | 80,000.00 | 0.00 | 80,000.00 |
| Accountant for Trustee Expenses (Other Firm) - BEDERSON & COMPANY LLP | 401.71 | 0.00 | 401.71 |

Total to be paid for chapter 7 administrative expenses: $ 169,522.82
Remaining balance: $ 79,604.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 79,604.00

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $495.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Pennsylvania Dept. Of Revenue | 491.97 | 0.00 | 491.97 |
| 22P | CITY OF PHILADELPHIA LAW DEPARTMENT | 3.36 | 0.00 | 3.36 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 495.33 |
| Remaining balance: | $ 79,108.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $892,242.15 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 3,009.50 | 0.00 | 264.89 |
| 2U | Pennsylvania Dept. Of Revenue | 23.15 | 0.00 | 2.04 |
| 8 | Emergency Physician Associate of South Jersey, PC | 731.00 | 0.00 | 64.34 |
| 14 | Brown and Thomas | 880,141.50 | 0.00 | 77,468.14 |
| 18 | Portfolio Recovery Associates, LLC | 5,761.51 | 0.00 | 507.12 |
| 22U | CITY OF PHILADELPHIA LAW DEPARTMENT | 1,069.14 | 0.00 | 94.10 |
| 23 | PYOD, LLC | 875.35 | 0.00 | 77.04 |
| 2924 N RING | 2924 N RINGGOLD STREET, LLC | 631.00 | 0.00 | 631.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 79,108.67 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:  $    0.00
Remaining balance:  $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $    0.00
Remaining balance:  $    0.00

Prepared By: /s/ Terry P Dershaw
Trustee

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632
(484) 897-0341

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**