CLAYTON COMMERCIAL LITIGATION LLC
100 S. Juniper Street, Third Floor
Philadelphia, PA 19107
Ph: 267-242-3943

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| | : |
| SHARONN E. THOMAS, | : |
| | : |
| Debtor | : |
| | : Bankruptcy No. 18-17430-pmm |

**NOTICE OF BROWN'S INTENT TO DESIGNATE GENERAL POWER OF
ATTORNEY TO RECEIVE DIVIDEND PAYMENTS**

To:   E. McCord Clayton, Esq.
    of
    CLAYTON COMMERCIAL LITIGATION LLC
    and
    CLAYTON COMMERCIAL LITIGATION LLC
    100 S. Juniper Street, Third Floor
    Philadelphia, PA 19107

Consistent with the Notices recently filed by the Trustee herein (Dkt. Nos. 328 and 336) indicating his intention to "pay dividends pursuant to FRBP 3009," and as expressly provided for therein, the undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors; **to receive dividends**; and in general to perform any act constituting or not constituting the practice of law for the undersigned in all matters arising in this case.

**Pursuant to this Notice, the Trustee is hereby directed to make any dividend payments or other distributions that may be authorized in favor of Martin Brown or Brown and Thomas LLC ("Brown") payable <u>specifically</u> to "*Martin Brown, Brown and Thomas LLC and/or Clayton Commercial Litigation LLC*" and to deliver any check(s) reflecting such payments to the following address:**[1]

---

[1] The purpose of this notice is to guide the Trustee in the issuance of any dividends or distributions to Brown that may be authorized and payable relative to Brown's Proof of Claim No. 14 filed on January 15, 2019, as described in the Trustee's Final Report.  *See* Fed. R. Bkptcy. Proc. 3009, 9010 and 9012; Bkrptcy. Form No. 411A; and NJ Rev Stat § 41:2-1 and 57 Pa.C.S.A. § 301 *et seq.*

1

E. McCord Clayton, Esq.
CLAYTON COMMERCIAL LITIGATION LLC
100 S. Juniper Street, Third Floor
Philadelphia, PA 19107

Dated: 9/2/25

Signed: _____

By: Martin Brown

As: Himself and as Manager for Brown and Thomas, LLC
    156 North Mansfield Blvd.
    Cherry Hill, NJ 08034

Acknowledged before me on September 2nd, 2025, by Martin S. Brown who says that he is the Manager of the corporation named above and is authorized to execute this power of attorney on his behalf and that of Brown and Thomas LLC.

_____

Charly Klinman - PA Notary Public

[Official character]

Commonwealth of Pennsylvania - Notary Seal
CHARLY KLINMAN - Notary Public
Philadelphia County
My Commission Expires July 28, 2028
Commission Number 1366461

                Respectfully Submitted,

_____
E. McCord Clayton, Esq.
Clayton Commercial Litigation LLC
100 S. Juniper Street, Third Floor
Philadelphia, PA 19107
Ph: 267-242-3943

Dated: September 3, 2025

3

CERTIFICATE OF SERVICE

  I hereby certify that on the date referenced below I served the foregoing document on all counsel and parties of record via electronic court filing.

                _____
                E. McCord Clayton, Esq.

Dated:  September 3, 2025