IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| SHARONN E. THOMAS | BANKRUPTCY NO. 18-17430 (PMM) |
| Debtor | |

CERTIFICATE OF NO RESPONSE

The undersigned counsel to the trustee hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Final Report and Notice of Final Report along with eh application for Compensation for the Trustee filed on August 21, 2025 and amended on August 25, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Applications appears thereon. Pursuant to the Notice of Final Audit, objections to the Applications were to be filed and served no later than September 5, 2025. It is hereby respectfully requested that the Orders attached to the Final Report and Application be entered by the Court.

Gellert Seitz Busenkell & Brown LLC

By: /s/ Gary F. Seitz
Counsel to the Trustee

Dated: September 9, 2025