UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| THOMAS, SHARONN | : Case No. 18-17430 PMM |
| | : |
| | : Chapter 7 -- Liquidation |
| | : |
| Debtor(s). | : |
| | : |

ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this 9th day of September 2025, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge