IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | No. 18-17430-PMM |
| | : | |
| Debtor. | : | |

**NOTICE OF TRUSTEE MOTION TO REOPEN CASE**

Terry P. Dershaw, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned case, has moved the Court for entry of an order reopening this case pursuant to 11 U.S.C. § 350(b) to pay an uncased check.

**Your Rights May be Affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want this Court to grant the relief sought in the Application, or if you want this court to consider your views on the Application, you or your attorney must do all of the following:

    (a) file an objection explaining your position at:

    Robert N.C. Nix, Sr. Fed. Courthouse
    900 Market Street, Suite 400
    Philadelphia, Pennsylvania 19107

    If you mail your answer to the Bankruptcy Clerk's office for filing, **you must mail it early enough so that it will be received on or before fourteen (14) days from the date of this Notice;** and

    (b) mail a copy to the following person:

    Gary F. Seitz
    Gellert Seitz Busenkell & Brown LLC
    901 Market Street, Suite 3020
    Philadelphia, PA 19107

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) and attend any hearing which may be scheduled accordingly, this Court may approve the Motion.

3. A copy of the Motion will be provided to you if you request a copy from the attorneys

named in paragraph 1(b).

4. Please take further notice that objections to the relief requested in the Motion, if any, must: (a) be in writing; (b) conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and Local Rules for the Eastern District of Pennsylvania; (c) set forth the name and identity of the objector and the nature and amount of any claims against or interests in the Debtor; (d) state with particularity the legal and factual basis for the objections and the specific grounds therefore and (e) be filed with the Court no later than fourteen days from today and be served on counsel for the Trustee as set forth above in paragraph 1(b) and be served on the Office of the United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, Pennsylvania 19106, so that same are received no later than such date and time.

You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether a hearing has been scheduled.

Dated: January 5, 2026                    GELLERT SEITZ BUSENKELL & BROWN LLC


 /s/ Gary F. Seitz
Gary F. Seitz (PA ID # 52865)
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: 215-238-0010
Fax: 215-238-0016
gseitz@gsbblaw.com

*Counsel to the Chapter 7 Trustee*