## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SHARONN E THOMAS, <br><br> Debtor. | Chapter 7 <br><br> Case No. 18-17430-PMM |

## CERTIFICATE OF NO RESPONSE REGARDING
## TRUSTEE'S MOTION TO REOPEN CASE

On January 5, 2026, Terry P. Dershaw, the chapter 7 trustee (the "Trustee"), filed the *Trustee's Motion to Reopen Case* (the "Motion"). On January 8, 2026, the Trustee also filed the Notice of Motion. Responses to the Motion were due on or before January 22, 2026. This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Trustee or counsel for the Trustee. Accordingly, the Trustee respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: January 28, 2026

GELLERT SEITZ BUSENKELL & BROWN LLC

By:    */s/ Gary F. Seitz*
Gary F. Seitz (PA ID #52865)
901 N. Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: 215-238-0010
Facsimile: 215-238-0016
gseitz@gsbblaw.com

*Counsel to the Chapter 7 Trustee*