IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Sharonn E Thomas, | : | No. 18-17430-PMM |
| | : | |
| Debtor. | : | |

**ORDER**

Upon consideration of the *Motion of the Chapter 7 Trustee to Reopen the Case* (the "Motion"), it is hereby ORDERED that:

The Motion is GRANTED;

This case is reopened pursuant to 11 U.S.C. § 350(b);

The Order Approving Trustee's Final Account, Discharging Trustee, And Closing Estate [Doc. 348] is hereby vacated;

The Trustee is permitted to take any necessary actions to resolve the outstanding check issue;

The Trustee is authorized to file any supplemental reports of account as may be required;

Any court fees in connection with the motion are waived.

Dated: **January 29, 2026**

_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE