## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Sharonn E. Thomas, | : | Case No. 18-17430 (PMM) |
| | : | |
| Debtor. | | |

## ORDER

**AND NOW** upon review of the docket, it is hereby **ordered** that the clerk's office shall **close** this bankruptcy case.

Dated: 2/9/26

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**