United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharonn E. Thomas  
    Debtor

Case No. 18-17430-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 09, 2026      Form ID: pdf900      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharonn E. Thomas, 856 North 29th St., Philadelphia, PA 19130-1144 |
| cr | + | Martin Brown, c/o E. McCord Clayton, Esquire, Clayton Commercial Litigation LLC, Two Penn Center, 1500 JFK Blvd., Suite 920 Philadelphia, PA 19102-1742 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 10 2026 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 10 2026 00:17:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 10 2026 00:17:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054, UNITED STATES 08054-4624 |
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 10 2026 00:18:13 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256-6851 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 10 2026 00:17:00 | THE BANK OF NEW YORK MELLON, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 10 2026 00:17:00 | The Bank of New York Mellon et als, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 10 2026 00:17:00 | Wells Fargo Bank, National Association as Trustee, One Mortgage Way, Mount Laurel, NJ 08054-4637 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | DHO, LLC, 1310 S. 5th Street |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 10 |

| | | | |
|---|---|---|---|
| acc | ##+ | | Bederson & Company, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| r | ##+ | | Richard Astrella, Star Real Estate Broker, 1500 Walnut Street, Ste 1103, Phila, PA 19102-3506 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor HSBC Bank USA  N.A., as Indenture Trustee for the Registered Noteholders of Renaissance Home Equity Loan Trust 2007-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Soundview Home Loan Trust 2007-OPT1, Asset-Bac andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHRISTOPHER A. DENARDO
on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION logsecf@logs.com

DAMIEN NICHOLAS TANCREDI
on behalf of Debtor Sharonn E. Thomas damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;krystall.hasker@flastergreenberg.com

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor U.S. Bank  National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8 c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the CIM Trust 2016-FRE1, Mortgage-Backed Notes, Series 2016-FRE1 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com

E. McCord CLAYTON
on behalf of Creditor Martin Brown cord@claytonlit.com

GARY F SEITZ
on behalf of Trustee TERRY P. DERSHAW gseitz@gsbblaw.com

HAROLD N. KAPLAN
on behalf of Creditor The Bank of New York Mellon et als hkaplan@rasnj.com

HOLLY SMITH MILLER
on behalf of Trustee TERRY P. DERSHAW hsmiller@gsbblaw.com

JEROME B. BLANK
on behalf of Creditor HSBC Bank USA  N.A., As Indenture Trustee et al jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor Wells Fargo Bank  National Association As Trustee For et al jblank@pincuslaw.com, mmorris@pincuslaw.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: pdf900 | Total Noticed: 10 |

JOSHUA LOUIS THOMAS
    on behalf of Debtor Sharonn E. Thomas joshualthomas@gmail.com

KARINA VELTER
    on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC Bank N.A. bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor DITECH FINANCIAL LLC cdigianantonio@rascrane.com

KEVIN M. BUTTERY
    on behalf of Creditor The Bank of New York Mellon et als cdigianantonio@rascrane.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 KRLITTLE@FIRSTAM.COM

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION KRLITTLE@FIRSTAM.COM

MARIO J. HANYON
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee For et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor Wells Fargo Bank National Association As Trustee wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor First Tennessee Bank National Association mary@javardianlaw.com tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mclark@pincuslaw.com brausch@pincuslaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Nationstar Mortgage LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-FA2 mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor THE BANK OF NEW YORK MELLON mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

ROBERT LEITE-YOUNG
    on behalf of Interested Party DHO LLC rleite@roachleite.com, lanette@roachleite.com

ROGER FAY
    on behalf of Creditor THE BANK OF NEW YORK MELLON rfay@alaw.net bkecf@milsteadlaw.com

TERRY P. DERSHAW
    7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com

THOMAS SONG
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor HSBC Bank USA N.A., As Indenture Trustee et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 36

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **Sharonn E. Thomas,** | : | Case No. 18-17430 (PMM) |
| | : | |
| **Debtor.** | | |

-------------------------------

## ORDER

**AND NOW** upon review of the docket, it is hereby **ordered** that the clerk's office shall **close** this bankruptcy case.

Dated: 2/9/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**